```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX005129
Cashier ID: sq
Transaction Date: 10/23/2007
Payer Name: JOHNSON AND OLDFATHER
--------------------------------
CIVIL FILING FEE
 For: JOHNSON AND OLDFATHER
 Amount:        $350.00
--------------------------------
CREDIT CARD
 Amt Tendered: $350.00
--------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00

07-CV-2235


A fee of $45.00 will be assessed on
any returned check.
```