# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-MJW

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## CERTIFICATE OF SERVICE
---

The undersigned hereby certifies that on the 2nd day of November, 2007, plaintiff served true and correct copies of the (1) Order of Reference to Magistrate Judge and Letter to Counsel and (2) Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.C.Colo.LCivR 72.2, upon the Assistant United States Attorney, by regular United States mail, postage prepaid, at the following address:

    Mark Pestal
    U.S. Attorney's Office
    District of Colorado
    1225 Seventeenth St., Ste 700
    Denver, CO 80202

Dated this 2nd day of November, 2007.

By:   s/ Tracy Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
   JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
(970) 221-2637
Fax (970) 221-2638
E-mail:  toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

**CERTIFICATE OF SERVICE**

I  hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants:

No counsel of record for defendant at this time.

/s/ Tracy Oldemeyer

L0771380.1                                                   -2-