**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-MJW

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

CERTIFICATE OF SERVICE

---

The undersigned hereby certifies that on the 2nd day of November, 2007, plaintiff served a true and correct copy of the Order Setting Scheduling/Planning Conference upon the Assistant United States Attorney, by regular United States mail, postage prepaid, at the following address:

    Mark Pestal
    U.S. Attorney's Office
    District of Colorado
    1225 Seventeenth St., Ste 700
    Denver, CO 80202

L0771915.1

-2-

Dated this 2nd day of November, 2007.

By:   s/ Tracy Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
   JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
(970) 221-2637
Fax (970) 221-2638
E-mail:  toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

**CERTIFICATE OF SERVICE**

I  hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants:

No counsel of record for defendant at this time.

/s/ Tracy Oldemeyer