# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## RETURN OF SERVICE OF SUMMONS

---

See Return of Service attached and incorporated herein by reference.

Dated this 5th day of November, 2007.

                                        By:   s/ Tracy Oldemeyer
                                        Tracy A. Oldemeyer, #028246
                                        CLINE, WILLIAMS, WRIGHT,
                                            JOHNSON & OLDFATHER, L.L.P.
                                        123 N. College Avenue, Suite 330
                                        Fort Collins, CO 80524
                                        (970) 221-2637
                                        Fax (970) 221-2638
                                        E-mail: toldemeyer@clinewilliams.com
                                        Attorney for
                                        DONALD N. TARANTO, Plaintiff

L0770341.1

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

NAME OF SERVER: Randal McCaslin          TITLE: Owner

Check one box to indicate appropriate method of service.

[✓] Served personally upon the defendant. Place where left: Troy Eid, United States Attorney, 1225 17th Street, Suite 700, Denver, CO 80202

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

[ ] Returned unexecuted:: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 60.00 | 60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 10-24-2007
Date  2:18 PM

Signature of Server: Randal McCaslin

Address of Server: 13084 Logan St, Thornton, CO 80041

Sworn to me the 25th day of October 2007 by Randal McCaslin

Jenavieve Squires

JENAVIEVE SQUIRES
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires January 10, 2011

{OM540266.1}

# RETURN OF SERVICE

| NAME OF SERVER: Tracy A. Oldemeyer | TITLE: Attorney for Plaintiff |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

[X] Other (specify):  Certified Mail, Return Receipt Requested, to Peter Keisler, U.S. Dept. of Justice, 950 Pennsylvania Ave NW, Washington, D.C. 20530-0001, signed receipt October 30, 2007, as attached

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL $5.77 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: _____          _____
                Date                          Signature of Server

                                              _____
                                              Address of Server

{L0772197.1}

