TROY A. EID
United States Attorney

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-3164

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) Civil No.  07-CV-02235-MSK-MJW |
| | ) |
| v. | ) |
| | ) **UNITED STATES' UNOPPOSED MOTION** |
| UNITED STATES OF AMERICA, | ) **TO CONTINUE SCHEDULING** |
| | ) **CONFERENCE** |
| Defendant. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Counterclaim Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DAVID MASKELL, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant, | ) |

The United States of America ("United States"), by and through undersigned counsel, hereby moves this Court for an Order continuing the Scheduling Conference set out by the Court in its Order setting Scheduling/Planning Conference. In support of this motion, the United States submits as follows:

1. On October 23, 2007, plaintiff filed this instant action in the United States District Court for the District of Colorado.

2. On November 2, 2007 the Court issued its Order setting Scheduling/Planning Conference, ordering the parties to file a joint Scheduling Report on or before January 9, 2008 and setting a Scheduling Conference for January 14, 2008 at 9:00 a.m.

3. On October 24, 2007, a copy of the complaint and summons was served on the United States Attorney for the District of Colorado. The Attorney General of the United States was served pursuant to FED. R. CIV. P. 4(i) on or about October 30, 2007.

4. The United States filed an Answer on December 21, 2007. During the preceding week, the parties conferred via telephone on several occasions in anticipation of the filing a Joint Scheduling Report.

5. Undersigned counsel for the United States is unable to attend the Scheduling currently scheduled for January 14, 2008 at 9:00 a.m. due to a previously scheduled hearing of a motion for summary judgment in the United States District Court for the Eastern District of California on the same date. Counsel for the United States conferred with counsel for plaintiff Donald Taranto during the Rule 26(f) conference and determined that there is no opposition to continuance of the Scheduling Conference.

6. The United States respectfully requests that the date set out in the Court's order

be vacated and the Scheduling Conference be continued until January 17, 2008 at 8:00 a.m.

   7. This motion is not being made for delay.  This motion will not prejudice any of the parties, nor will it require significant modifications to any other dates set out by the Court, as a Scheduling Order has not yet issued.  The continuance will still allow for a Scheduling Conference well within the time provided under Federal Rule of Civil Procedure 16.

   8. Federal Rule of Civil Procedure 6(b) authorizes this Court to grant an extension of time to respond to deadlines set by the Court.

   WHEREFORE, the parties request that their motion to continue the Scheduling Conference be granted, and that the Court reset the scheduling conference as a telephonic conference on January 17, 2008 at 8:00 a.m.

   Respectfully submitted this 2nd day of January, 2008.

             TROY A. EID
             United States Attorney


             /s/ Aaron M. Bailey
             AARON M. BAILEY
             Trial Attorney, Tax Division
             U.S. Department of Justice
             Post Office Box 683
             Ben Franklin Station
             Washington, D.C.  20044
             Telephone: (202) 616-3164

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the above motion as of this 2nd day of January, 2008, been effected upon petitioner by depositing a copy in the United States mail at Washington, D.C., postage paid, addressed to petitioner at the following address:

    Tracy Oldemeyer
    Cline, Williams, Wright, Johnson & Oldfather, LLP
    123 North College Avenue, Suite 330
    Fort Collins, Colorado 80524


    /s/ Aaron M. Bailey
    AARON M. BAILEY
    Trial Attorney, Tax Division
    United States Department of Justice