TROY A. EID
United States Attorney

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DONALD N. TARANTO, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-CV-02235-MSK-MJW |
| ) | |
| v. ) | |
| ) | **[Proposed] Order** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Counterclaim Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| MARK SEADER, ) | |
| Counterclaim Defendant, ) | |
| and ) | |
| ) | |
| DAVID MASKELL, ) | |
| Counterclaim Defendant, ) | |
| and ) | |
| ) | |
| DONALD N. TARANTO, ) | |
| ) | |
| Counterclaim Defendant, ) | |

Having considered the Unopposed Motion to Continue Scheduling Conference, for good cause showing, the Court hereby GRANTS the Motion. Accordingly,

IT IS ORDERED that the telephonic scheduling conference shall be held on January 17, 2008, at 8:00 a.m.

THUS DONE AND SIGNED in _____, Colorado, this ___, day of _____, 2008.

_____
Honorable Michael J. Watanabe
United States Magistrate Judge

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the above Answer and Counterclaim as of this 2nd day of January, 2008, been effected upon petitioner by depositing a copy in the United States mail at Washington, D.C., postage paid, addressed to petitioner at the following address:

Tracy Oldemeyer
Cline, Williams, Wright, Johnson & Oldfather, LLP
123 North College Avenue, Suite 330
Fort Collins, Colorado 80524


/s/ Aaron M. Bailey
AARON M. BAILEY
Trial Attorney, Tax Division
United States Department of Justice