TROY A. EID
United States Attorney

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) Civil No. 07-CV-02235-MSK-MJW |
| | ) |
| v. | ) |
| | ) [~~Proposed~~] Order  ( Docket No. 10 ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Counterclaim Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DAVID MASKELL, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant, | ) |

Having considered the Unopposed Motion to Continue Scheduling Conference, for good cause showing, the Court hereby GRANTS the Motion. Accordingly,

IT IS ORDERED that the telephonic scheduling conference shall be held on January 17, 2008, at 8:00 a.m.

THUS DONE AND SIGNED in _Denver_, Colorado, this _3rd_ day of _January_, 2008.

_____
Honorable Michael J. Watanabe
United States Magistrate Judge