**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ANSWER TO COUNTERCLAIM

---

    COMES NOW Plaintiff Donald N. Taranto, and for his answer to Defendant's Counterclaim Against Donald N. Taranto ("Counterclaim"), admits, denies and alleges as follows:

    1.    Alleges that paragraph 1 of the Counterclaim is not a factual allegation, and therefore, no response is necessary. To the extent the Court interprets paragraph 1 to contain an allegation to which a response is required, Plaintiff denies the allegation.

    2.    Alleges that paragraph 2 of the Counterclaim is not a factual allegation, and therefore, no response is necessary. To the extent the Court interprets paragraph 2 to contain an allegation to which a response is required, Plaintiff admits only that Rule 13 of the Federal Rules of Civil Procedure relates to counterclaims and cross claims.

3. Alleges that Plaintiff has insufficient knowledge or information to form a belief regarding the truth of the allegations in paragraph 3 of the Defendant's Counterclaim, and therefore denies those allegations.

4. Admits that jurisdiction over the counterclaim against Plaintiff is proper as alleged in paragraph 4 of the Counterclaim, but Plaintiff denies that this Court has jurisdiction over the purported counterclaims that Defendant alleged, procedurally improperly, against non-parties Mark Seader and David Maskell.

5. Admits that venue is proper in this judicial district as to the Counterclaim, but denies all liability for a tax as alleged in paragraph 5 of the Counterclaim. Denies that venue would be proper with respect to the purported counterclaims that Defendant alleged, procedurally improperly, against non-parties Mark Seader and David Maskell.

6. Denies the allegations contained in paragraph 6 of the Counterclaim.

7. Denies all remaining allegations in the Counterclaim, except those expressly admitted herein.

8. Alleges that the purported counterclaims against Mark Seader and David Maskell are improper in this individual taxpayer tax refund action; further alleges that the purported counterclaims should be dismissed or stricken upon the filing of an appropriate motion, which Plaintiff intends to file forthwith, for failure to meet the requirements of Fed. R. Civ. P. 19 or 20.

Dated this 10th day of January 2008.

                    By:   s/ Tracy Oldemeyer
                         Tracy A. Oldemeyer, #028246
                         CLINE, WILLIAMS, WRIGHT,
                           JOHNSON & OLDFATHER, L.L.P.
                         123 N. College Avenue, Suite 330
                         Fort Collins, CO 80524
                         (970) 221-2637
                         Fax (970) 221-2638
                         E-mail:  toldemeyer@clinewilliams.com
                         Attorney for
                         DONALD N. TARANTO, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Aaron M. Bailey
        U.S. Department of Justice
        Tax Division
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C.  20044

                    By:   s/ Tracy Oldemeyer
                         Tracy A. Oldemeyer, #028246