**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

PLAINTIFF'S CERTIFICATE OF SERVICE

---

The undersigned hereby certifies that on the 16th day of January 2008, Plaintiff Donald N. Taranto served his Rule 26(a) disclosures upon defendant, through its counsel, by regular United States mail, postage prepaid, as follows:

>Aaron M. Bailey
>U.S. Department of Justice
>Tax Division
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C.  20044

0787109.1

Dated this 16th day of January 2008.

          By:   s/ Tracy Oldemeyer
          Tracy A. Oldemeyer, #028246
          CLINE, WILLIAMS, WRIGHT,
            JOHNSON & OLDFATHER, L.L.P.
          123 N. College Avenue, Suite 330
          Fort Collins, CO 80524
          (970) 221-2637
          Fax (970) 221-2638
          E-mail: toldemeyer@clinewilliams.com
          Attorney for
          DONALD N. TARANTO, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Aaron M. Bailey
    U.S. Department of Justice
    Tax Division
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C. 20044

          By:   s/ Tracy Oldemeyer
            Tracy A. Oldemeyer, #028246