IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DONALD TARANTO, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-CV-02235-MSK-MJW |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARK SEADER, ) | |
| ) | |
| Counterclaim Defendant ) | |
| and ) | |
| ) | |
| DAVID MASKELL, ) | ENTRY OF APPEARANCE |
| Counterclaim Defendant ) | |
| and ) | |
| ) | |
| DONALD N. TARANTO, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| _____) | |

ENTRY OF APPEARANCE

The undersigned, being duly admitted to practice before the United States District Court for the District of Colorado, hereby enter their appearance on behalf of David Maskell, Counterclaim/Third Party Defendant.

DATED:    February 19, 2008

    Respectfully submitted,

    MERRIAM LAW FIRM, P.C.

    s/Ted H. Merriam
    Ted H. Merriam, Esq.

    s/Kevin A. Planegger
    Kevin A. Planegger, Esq.

    s/Garret M. Francis
    Garret M. Francis, Esq.

    1625 Broadway, Suite 770
    Denver, Colorado 80202
    Telephone: 303-592-5404
    Facsimile: 303-592-5439
    E-mail: tmerriam@taxlaw2848.com

    Counsel for David Maskell,
    Counterclaim/Third Party Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2008, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Aaron M. Bailey
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Tracy Oldemeyer
Cline, Williams, Wright, Johnson & Oldfather, LLP
123 North College Avenue, Suite 330
Fort Collins, CO 80524

Additionally, paper copies of the foregoing Entry of Appearance were placed in the United States Mail first-class postage prepaid to above counsel.

s/Kevin A. Planegger
Kevin A. Planegger