IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DONALD TARANTO, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-CV-02235-MSK-MJW |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARK SEADER, ) | |
| ) | |
| Counterclaim Defendant ) | |
| and ) | |
| ) | |
| DAVID MASKELL, ) | |
| Counterclaim Defendant ) | |
| and ) | |
| ) | |
| DONALD N. TARANTO, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| _____) | |

STIPULATION REGARDING EXTENSION TO
RESPOND TO THIRD PARTY COMPLAINT

The Counterclaim/Third Party Defendant, David Maskell, by and through undersigned counsel, notifies the Court pursuant to D.C. Colo. L. Civ. R. 6.1 that counsel for the United States of America has stipulated to an extension until March 12, 2008 for Mr. Maskell to answer or otherwise respond to the United States' Answer and Counterclaim (Document #9) in this case.

Service of Process of the United States' Answer and Counterclaim was received by Counterclaim/Third Party Defendant, David Maskell, on February 1, 2008. Therefore, David Maskell is required under Fed. R. Civ. P. 12 to answer or otherwise respond to the United States Answer and Counterclaim by February 21, 2008.

This week, David Maskell retained undersigned counsel to represent him in this case. Mr. Maskell has been traveling this week, and has been unable to meet and confer with undersigned counsel regarding the substantive issues in this case. Mr. Maskell also needs time to gather relevant documents from tax periods going back five and/or six years. Undersigned counsel will also require time to review these documents to adequately answer or otherwise respond to the United States' Answer and Counterclaim.

On February 19, 2008, undersigned counsel, Kevin Planegger, called Aaron Bailey to request a twenty (20) day extension to respond to the United States' Answer and Counterclaim. Mr. Bailey communicated that he agreed to such a twenty (20) day extension. Accordingly, an answer or other response to the United States' Answer and

Counterclaim is due to be filed with the Court by March 12, 2008, twenty (20) days after the initial due date of February 21, 2008.

DATED:   February 19, 2008

                Respectfully submitted,

                MERRIAM LAW FIRM, P.C.

                s/Ted H. Merriam
                Ted H. Merriam, Esq.

                s/Kevin A. Planegger
                Kevin A. Planegger, Esq.

                s/Garret M. Francis
                Garret M. Francis, Esq.

                1625 Broadway, Suite 770
                Denver, Colorado 80202
                Telephone: 303-592-5404
                Facsimile: 303-592-5439
                E-mail: tmerriam@taxlaw2848.com

                Counsel for David Maskell,
                Counterclaim/Third Party Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2008, I electronically filed the foregoing Stipulation Regarding Extension to Respond to Third Party Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Aaron M. Bailey
    U.S. Department of Justice
    Tax Division
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C. 20044

    Tracy Oldemeyer
    Cline, Williams, Wright, Johnson & Oldfather, LLP
    123 North College Avenue, Suite 330
    Fort Collins, CO 80524

Additionally, paper copies of the foregoing were placed in the United States Mail first-class postage prepaid to above counsel.

                                              s/Kevin A. Planegger
                                              Kevin A. Planegger