**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT

---

COMES NOW Plaintiff Donald N. Taranto ("Taranto"), pursuant to Fed. R. Civ. P. 15, and moves the Court for an Order granting him leave to file a Second Amended Complaint. An unsigned copy of the proposed amended pleading is attached hereto as Exhibit A. Prior to filing this unopposed motion and pursuant to D.C.COLO.LCivR7.1, the undersigned conferred with Aaron M. Bailey, attorney for Defendant United States of America, who indicated that he did not oppose the Motion.

The proposed Second Amended Complaint amends Plaintiff's alleged damages to reflect recent events. More specially, on or about February 13, 2008, Defendant United States of America seized $105,228.14 due Taranto and applied those funds to the two civil penalty accounts at issue in this case.

Rule 15(a)(2) indicates that leave shall be "freely given when justice so requires."  Justice requires that leave be granted in this instance so that all of Plaintiff's claims are heard and resolved in this one action.  Rule 15(d) provides that "on just terms" the Court may permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented.  The Court should permit the proposed amended pleading because it sets out an occurrence that happened after the filing of the First Amended Complaint.

This Motion is filed within the time frame agreed to by the parties and set by the Court for amending pleadings.  See Filing No. 20 (Scheduling Oder dated 1/17/08) at § 8(a).

WHEREFORE, Plaintiff Donald N. Taranto respectfully requests that the Court grant its Motion for Leave to File Second Amended Complaint and allow him to file Exhibit A.

Dated this 25th day of February 2008.

By:   s/ Tracy Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
  JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
(970) 221-2637
Fax (970) 221-2638
E-mail:  toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of February 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Aaron M. Bailey
      U.S. Department of Justice
      Tax Division
      P.O. Box 683
      Ben Franklin Station
      Washington, D.C.  20044

      Ted H. Merriam
      Kevin A. Planegger
      Garret M. Francis
      Merriam Law Firm, P.C.
      1625 Broadway, Suite 770
      Denver, CO 80202

      Algirdas M. Liepas
      419 Canyon Avenue, Suite 215
      Fort Collins, CO 80521


                                      By:    s/ Tracy Oldemeyer
                                               Tracy A. Oldemeyer, #028246