**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

    This matter is before the Court on Plaintiff Donald N. Taranto's Motion for Leave to File Second Amended Complaint (Filing No. ___). For good cause shown in the Motion and in Exhibit A attached thereto, and in light of the liberal standards set forth in Rule 15, IT IS ORDERED:

    Plaintiff Donald N. Taranto's Motion for Leave to File Second Amended Complaint is granted. Plaintiff is given 10 days from the date of this Order to file the proposed Second Amended Complaint. Defendant shall plead in response within 10 days after service of the Second Amended Complaint.

    Dated this ___ day of February, 2008.

                                       Kathleen M. Tafoya
                                       United States Magistrate Judge

0795446.1