# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff Donald N. Taranto's Motion for Leave to File Second Amended Complaint (Doc. No. 30). For good cause shown in the Motion and in Exhibit A attached thereto, and in light of the liberal standards set forth in Rule 15, IT IS ORDERED:

Plaintiff Donald N. Taranto's Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiff is given 10 days from the date of this Order to file the proposed Second Amended Complaint. Defendant shall plead in response within 10 days after service of the Second Amended Complaint.

Dated this 27th day of February, 2008.

                                                s/ Kathleen M. Tafoya
                                                Kathleen M. Tafoya
                                                United States Magistrate Judge