IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| DONALD TARANTO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-CV-02235-MSK-MJW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK SEADER, | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| | ) | |
| DAVID MASKELL, | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| | ) | |
| DONALD N. TARANTO, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| _____ | ) | |

ANSWER OF COUNTERCLAIM DEFENDANT DAVID MASKELL
TO THE UNITED STATES' AMENDED ANSWER
TO SECOND AMENDED COMPLAINT AND COUNTERCLAIM

The Counterclaim Defendant, David Maskell, by and through undersigned counsel, hereby responds to the Amended Answer to Second Amended Complaint and Counterclaim (Document #34) filed by the United States of America in the above-captioned matter, and states as follows:

1. David Maskell admits that the counterclaim is brought by the United States to reduce to judgment certain outstanding tax assessments made against him pursuant to 26 U.S.C. § 6672.

2. David Maskell admits that the United States counterclaims against him pursuant to Fed. R. Civ. P. 13.

3. David Maskell admits this counterclaim is brought pursuant to 26 U.S.C. § 7401, but lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 3 of the counterclaim, and therefore denies the same.

4. David Maskell admits that this Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. § 1340 and 26 U.S.C. § 7402.

5. David Maskell admits that venue is proper in this Court.

6. David Maskell denies his activities within this jurisdiction were related to the accrual of the federal tax liabilities at issue in this case.

7. David Maskell denies that, during the periods set forth in paragraphs 8 through 13, he was responsible for collecting, truthfully accounting for and paying over

to the United States the income and FICA taxes withheld from wages paid to employees of Firewall Forward, Inc.

    8.    David Maskell admits that on about February 27, 2006, a delegate of the Secretary of the Treasury made an assessment of a liability in the amount of $51,289.49 arising under 26 U.S.C. § 6672 against David Maskell, but denies the allegations that he was willful in failing to collect, truthfully account for, and pay over the withheld income and FICA taxes of Firewall Forward, Inc. for the tax period ending June 30, 2002.

    9.    David Maskell admits that on about February 27, 2006, a delegate of the Secretary of the Treasury made an assessment of a liability in the amount of $71,407.87 arising under 26 U.S.C. § 6672 against David Maskell, but denies the allegations that he was willful in failing to collect, truthfully account for, and pay over the withheld income and FICA taxes of Firewall Forward, Inc. for the tax period ending September 30, 2002.

    10.    David Maskell admits that on about February 27, 2006, a delegate of the Secretary of the Treasury made an assessment of a liability in the amount of $95,366.94 arising under 26 U.S.C. § 6672 against David Maskell, but denies the allegations that he was willful in failing to collect, truthfully account for, and pay over the withheld income and FICA taxes of Firewall Forward, Inc. for the tax period ending December 31, 2002.

    11.    David Maskell admits that on about February 27, 2006, a delegate of the Secretary of the Treasury made an assessment of a liability in the amount of $76,081.98 arising under 26 U.S.C. § 6672 against David Maskell, but denies the allegations that he was willful in failing to collect, truthfully account for, and pay over the withheld income and FICA taxes of Firewall Forward, Inc. for the tax period ending March 31, 2003.

12. David Maskell admits that on about February 27, 2006, a delegate of the Secretary of the Treasury made an assessment of a liability in the amount of $83,262.78 arising under 26 U.S.C. § 6672 against David Maskell, but denies the allegations that he was willful in failing to collect, truthfully account for, and pay over the withheld income and FICA taxes of Firewall Forward, Inc. for the tax period ending June 30, 2003.

13. David Maskell admits that on about March 6, 2006, a delegate of the Secretary of the Treasury made an assessment of a liability in the amount of $52,991.72 arising under 26 U.S.C. § 6672 against David Maskell, but denies the allegations that he was willful in failing to collect, truthfully account for, and pay over the withheld income and FICA taxes of Firewall Forward, Inc. for the tax period ending September 30, 2003.

14. David Maskell denies the allegations in paragraph 14 of the counterclaim.

15. David Maskell denies each and every other allegation contained in the counterclaim that is not specifically admitted or denied above.

Jury Demand

Pursuant to Fed.R.Civ.P. 38, Counterclaim Defendant David Maskell demands a trial by jury on all issues so triable.

WHEREFORE, David Maskell prays for judgment as follows:

A. That the Court enter judgment in his favor and against the United States of America on the counterclaim;

B. That the Court further order the United States of America to abate any and all penalties assessed against David Maskell pursuant to 26 U.S.C. § 6672 for the quarterly tax periods ending June 30, 2002; September 30, 2002; December 31, 2002; March 31, 2003; June 30, 2003; and September 30, 2003;

C. That the Court award attorney's fees and costs under 26 U.S.C. § 7430;

D. That the Court grant any other and further relief that it deems just and proper.

DATED: March 12, 2008

                                              Respectfully submitted,

MERRIAM LAW FIRM, P.C.

s/Ted H. Merriam
Ted H. Merriam, Esq.

s/Kevin A. Planegger
Kevin A. Planegger, Esq.

s/Garret M. Francis
Garret M. Francis, Esq.

1625 Broadway, Suite 770
Denver, Colorado 80202
Telephone: 303-592-5404
Facsimile: 303-592-5439
E-mail: tmerriam@taxlaw2848.com

Counsel for David Maskell,
Counterclaim Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2008, I electronically filed the foregoing ANSWER OF COUNTERCLAIM DEFENDANT DAVID MASKELL TO THE UNITED STATES' AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIM using the CM/ECF system which will send notification of such filing to the following:

Aaron M. Bailey
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044

Tracy Oldemeyer
Cline, Williams, Wright, Johnson & Oldfather, LLP
123 North College Avenue, Suite 330
Fort Collins, CO  80524

Algirdas M. Liepas
Algirdas M. Liepas, P.C.
419 Canyon Avenue, #215
Fort Collins, CO  80521


s/Kevin A. Planegger
Kevin A. Planegger