IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

USA,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The Scheduling Conference set for April 17, 2008 at 8:15 a.m. was set in error and is VACATED. The Settlement Conference in this matter remains set for **April 22, 2008 at 1;30 p.m. in Courtroom A-601.**

Dated: March 27, 2008.