# EXHIBIT A

TROY A. EID
United States Attorney

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| DONALD N. TARANTO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-CV-02235-MSK-KMT |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES' FIRST AMENDED |
| UNITED STATES OF AMERICA, | ) | INITIAL DISCLOSURES |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK SEADER, | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| | ) | |
| DAVID MASKELL, | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| | ) | |
| DONALD N. TARANTO, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

The United States, by and through its undersigned counsel, hereby submits its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

1. Name and addresses of individuals likely to have discoverable information that the United States may use to support its case:

    a.    Donald N. Taranto



        Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

    b.    Mark Seader



        Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

    c.    David Maskell



        Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

    d.    J. Houston Lennard



        An individual who has knowledge of the corporate structure of Firewall Forward, Inc. and associated entities.

    e.    Stephanie Papst



        Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

    f.    Andrew P. Chumney



        Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

g. Carl Schlotz

Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

h. Kurt Hoeven

Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

i. Donna Herskind

Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

j. Jane Patoniac
(current address unknown)
Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

k. David Osborn

Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

l. Ken Karegeannes

Has knowledge of accounting and business practices of Firewall Forward, Inc. and related companies at issue in this litigation.

m. Any witness identified by the plaintiff pursuant to Fed.R.Civ.P. 26(a)(1).

2. A description and location of all documents in the possession, custody or control of the United States that may be used in support of its case:

a. The United States will provide a copy of the relevant and unprivileged portions

3

of the Internal Revenue Service administrative file associated with this matter, and a privilege log forthwith.

3. Computation of Damages. The United States does not claim damages in this matter, rather the United States seeks full payment of the penalty assessed. This matter is set forth in the counterclaim.

4. The United States is aware of no insurance agreements carried by any person that may be used to satisfy a judgment in this case.

Dated this 13th day of March,

                                      TROY A. EID
                                      United States Attorney

                                      AARON M. BAILEY
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 683
                                      Ben Franklin Station
                                      Washington, D.C. 20044
                                      Telephone: (202) 616-3164