# EXHIBIT B

ARTICLES OF ORGANIZATION

OF

FIREWALL FORWARD INVESTMENTS, LLC

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE
20011230536  M
$ 100.00
SECRETARY OF STATE
12-06-2001  09:56:55

KNOW ALL MEN BY THESE PRESENTS THAT:

The undersigned, a natural person of the age of eighteen (18) years or more, acting as Organizer of a limited liability company under the provisions of the Colorado Limited Liability Company Act, adopts the following Articles of Organization for such limited liability company:

ARTICLE 1: **Name**. The name of this limited liability company is FIREWALL FORWARD INVESTMENTS, LLC ("the Company").

ARTICLE II: **Principal Place of Business**. The principal place of business of the Company shall be 5212 Cessna Drive, Loveland, CO 80538.

ARTICLE III: **Duration**. The Company shall dissolve and terminate twenty-five (25) years from the filing of these Articles of Organization with the Colorado Secretary of State.

ARTICLE IV: **Registered Agent**. The name of the initial registered agent of the Company in the State of Colorado is David L. Osborn, and the business address of the registered agent is 217 West Olive, Fort Collins, CO 80521.

ARTICLE V: **Management**. The management of the Company is vested in the Members rather than in the Managers.

ARTICLE VI: **Initial Member**. The name and business address of the person who is the initial member is:

| Name | Address |
| --- | --- |
| Donald N. Taranto | 748 Whalers Way<br>Fort Collins, CO 80525 |

ARTICLE VII: **Purpose**. The purpose for which this company is formed is the transaction of any and all business for which limited liability companies may be organized pursuant to the Colorado Limited Liability Act.

COMPUTER UPDATE COMPLETE
CS

**ARTICLE VIII:** **Indemnification of Managers and Members**. The Managers of and the Members of the Company shall be entitled to indemnification to the full extent permitted by the Colorado Limited Liability Company Act as the same may, from time to time, exist, and shall be entitled to the advance of expenses, including, without limitation, reasonable attorneys' fees in the defense or prosecution of a claim against them in their capacity as managers, members, employees or agents of the Company to the full extent permitted by the Colorado Limited Liability Act as the same may, from time to time, exist.

**ARTICLE IX:** **Right of Amendment**. The right is expressly reserved to amend these Articles of Organization, or any Article herein, in any manner or respect now or hereafter permitted or provided by the laws of the State of Colorado. The rights of all members are expressly made subject to such power of amendment.

EXECUTED this 3/2 day of December, 2001, by the undersigned Organizer.

David L. Osborn, Organizer
217 West Olive
Fort Collins, CO  80521

_____
David L. Osborn

STATE OF COLORADO,    )
                     ) ss.
COUNTY OF LARIMER,    )

The foregoing Articles of Organization were signed and sworn to by David L. Osborn, as Organizer, who affirmed, under penalty of perjury, that the facts stated herein are true, on this 3rd day of December, 2001.

WITNESS my hand and official seal.

My commission expires: 6/14/03

_____
Notary Public

2

Mail to: Secretary of State

Corporations Section
1560 Broadway, Suite 200
Denver, CO 80202
(303) 894-2251
Fax (303) 894-2242

Please include a typed self-addressed envelope

CHANGE OF NAME

MUST BE TYPED
FILING FEE: $25.00
MUST SUBMIT TWO COPIES

For office use only 032
FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20021166940   M
$   25.00
SECRETARY OF STATE
06-19-2002   10:12:05

DLLC 20011230556.

## AMENDMENT TO THE ARTICLES OF ORGANIZATION
## FOR A COLORADO LIMITED LIABILITY COMPANY

Pursuant to the provisions of the Colorado Limited Liability Company Act, the Articles of Organization shall be amended as set forth herein:

_Firewall Forward Investments, LLC_   bus
Exact name of limited liability company

_5235 Gulf Stream Court_
Principal Address

_Loveland_            CO                        80538
City                  State                     Zip

**CIRCLE ALL THAT APPLY:**

A.   There is a change in the name of the limited liability company to:

_Eagle Air Investments, LLC_

B.   There is a change in the dissolution date of the limited liability company to:_____

C.   There is a false or erroneous statement or the members desire to change any other statement in the Articles of Organization. Describe below:

D.   All of the members have elected to accept the 1994 amendments to the Limited Liability Company Act.

Signature _____, Manager

COMPUTER UPDATE COMPLETE
MJ Revised 7/95

# ARTICLES OF ORGANIZATION

## OF

## FIREWALL FORWARD TECHNOLOGIES, LLC
### a Colorado Limited Liability Company

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20001147677  M
$ 50.00
SECRETARY OF STATE
08-01-2000  15:21:42

We, the undersigned natural persons of the age of eighteen (18) years or more, acting as organizers of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company.

**FIRST:** The name of this limited liability company (the "Company") is FIREWALL FORWARD TECHNOLOGIES, LLC.

**SECOND:** The Company is organized to perform any and all legal and lawful purposes, pursuant to the Colorado Limited Liability Company Act.

**THIRD:** The address of the initial registered office of the Company is 217 West Olive, Fort Collins, CO 80521, and the name of its initial Registered Agent at such address is David L. Osborn.

**FOURTH:** The address of the company's principal place of business is 748 Whaler's Way, Fort Collins, CO 80525.

**FIFTH:** Management of the Company is to be vested in the Manager. The name and address of the person who shall serve as Manager until the first meeting of members, or until a successor is elected and shall qualify, is Donald N. Taranto, 748 Whaler's Way, Fort Collins, CO 80525.

**SIXTH:** The name and address of the organizer is:

David L. Osborn
217 West Olive
Fort Collins, CO 80521

_/s/ David L. Osborn_
David L. Osborn

**ARTICLES OF ORGANIZATION**

OF

**FIREWALL FORWARD INTERNATIONAL, LLC**

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

KNOW ALL MEN BY THESE PRESENTS THAT:

The undersigned, a natural person of the age of eighteen (18) years or more, acting as Organizer of a limited liability company under the provisions of the Colorado Limited Liability Company Act, adopts the following Articles of Organization for such limited liability company:

**ARTICLE 1:** **Name**. The name of this limited liability company is FIREWALL FORWARD INTERNATIONAL, LLC ("the Company").

**ARTICLE II:** **Principal Place of Business**. The principal place of business of the Company shall be 5212 Cessna Drive, Loveland, CO 80538.

**ARTICLE III:** **Duration**. The Company shall dissolve and terminate fifty (50) years from the date of filing of these Articles of Organization with the Colorado Secretary of State.

**ARTICLE IV:** **Registered Agent**. The name of the initial registered agent of the Company in the State of Colorado is Kurt Hoeven, and the business address of the registered agent is 1001-A East Harmony Road, PMB #502, Fort Collins, CO 80525.

**ARTICLE V:** **Management**. The management of the Company is vested in the Members rather than in the Managers.

**ARTICLE VI:** **Initial Member**. The name and business address of the person who is the initial manager is:

| Name | Address |
|---|---|
| Kurt Hoeven | 1001-A East Harmony Road, PMB #502<br>Fort Collins, CO 80525 |

**ARTICLE VII:** **Purpose**. The purpose for which this company is formed is the transaction of any and all business for which limited liability companies may be organized pursuant to the Colorado Limited Liability Act.

```
20011222461  M
$  100.00
SECRETARY OF STATE
11-21-2001   11:30:21
```

COMPUTER UPDATE COMPLETE
SP

**ARTICLE VIII: Indemnification of Manager and Member**. The Manager of and the Member of the Company shall be entitled to indemnification to the full extent permitted by the Colorado Limited Liability Company Act as the same may, from time to time, exist, and shall be entitled to the advance of expenses, including, without limitation, reasonable attorneys' fees in the defense or prosecution of a claim against them in their capacity as managers, members, employees or agents of the Company to the full extent permitted by the Colorado Limited Liability Act as the same may, from time to time, exist.

**ARTICLE IX: Right of Amendment**. The right is expressly reserved to amend these Articles of Organization, or any Article herein, in any manner or respect now or hereafter permitted or provided by the laws of the State of Colorado. The rights of all members are expressly made subject to such power of amendment.

EXECUTED this 20th day of November, 2001, by the undersigned Organizer.

David L. Osborn, Organizer
217 West Olive
Fort Collins, CO 80521

*David L. Osborn* (signature)

STATE OF COLORADO,     )
                       ) ss.
COUNTY OF LARIMER,     )

The foregoing Articles of Organization were signed and sworn to by David L. Osborn, as Organizer, who affirmed, under penalty of perjury, that the facts stated herein are true, on this 20th day of November, 2001.

WITNESS my hand and official seal.

My commission expires: June 14, 2003.

*Patricia A. Shaffer* (signature)
Notary Public

2