IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-MJW

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**COUNTERCLAIM DEFENDANT MARK SEADER'S RESPONSE TO PLAINTIFF'S
MOTION FOR BIFURCATION OF CLAIMS**

1

COMES NOW Mark Seader (hereinafter "Seader"), by his undersigned counsel, Algirdas M. Liepas of Algirdas M. Liepas PC, and hereby responds to the Plaintiff's Motion For Bifurcation of Claims Involving Plaintiff From Claims Involving Other Counterclaim Defendants For Purposes of Discovery and Trial (document#38) dated March 17th, 2008 and filed with the Court March 17th, 2008 (hereinafter "Bifurcation Motion").  For his response, Seader states as follows:

1.  Seader opposes the Bifurcation Motion and respectfully requests that the Court deny the Bifurcation Motion.  Seader is in general agreement with the arguments presented by the United States in its Opposition to Motion for Bifurcation (document #40) dated March 27th, 2008 and filed with the Court on March 27th, 2008.  For the reasons stated therein, the Plaintiff's Bifurcation Motion should be denied.

2.  Seader also contends that bifurcation of the proceedings both for discovery and/or trial will result in considerable additional litigation expense and inconvenience for him and the other parties to these proceedings.  The acts and omissions of Messrs. Taranto, Seader and Maskell will be relevant for all of the quarters for which the United States is claiming trust fund recovery penalties are due, and not just those two for which Mr. Taranto has been assessed those penalties.  For this reason, it makes little sense to cover in discovery the acts and omissions of these three individuals as to the two quarters which are in controversy as far as Mr. Taranto is concerned, only to then retrace much of that same information again during the course of discovery for those same two quarters (and other quarters as well) in the case involving Messrs. Seader and Maskell.

3. Seader also contends that the interests of justice will be furthered if bifurcation is denied. Seader contends that it will be best to present the jury a comprehensive picture of what transpired during all of the quarters at issue from which they can draw appropriate inferences. By presenting the case in this way, the jury will be able to get the best possible understanding of what transpired during the quarters at issue. This will also minimize the risk of inconsistent results as to the quarters at issue.

WHEREFORE, Seader respectfully prays that the Court deny the Plaintiff's Motion For Bifurcation of Claims Involving Plaintiff From Claims Involving Other Counterclaim Defendants For Purposes of Discovery and Trial. Seader prays further for additional legal and equitable relief that the Court deems just and proper.

Respectfully submitted this 5th day of April, 2008.

/S/ Algirdas M. Liepas
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2008, a true and correct copy of the foregoing document was served by first class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office; or by e-mail or other electronic delivery as allowed by law, as indicated below:

| | |
|---|---|
| Aaron M. Bailey<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 | ☒ U.S. Mail<br>☐ FAX<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Electronically |
| Tracy Oldemeyer<br>Cline, Williams, Wright, Johnson & Oldfather, LLP<br>123 North College Avenue, Suite 330<br>Fort Collins, CO 80524 | ☒ U.S. Mail<br>☐ FAX<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Electronically |
| Garret Marsh Francis<br>Kevin A. Planegger<br>Theodore "Ted" H. Merriam<br>Merriam Law Firm, PC<br>1625 Broadway #770<br>Denver, CO 80202 | ☒ U.S. Mail<br>☐ FAX<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Electronically |

/S/ Algirdas M. Liepas
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com