TROY A. EID
United States Attorney

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) Civil No. 07-CV-02235-MSK-MJW |
| | ) |
| v. | ) |
| | ) **JOINT MOTION TO VACATE** |
| | ) **SCHEDULING ORDER OR** |
| | ) **ALTERNATIVELY** |
| UNITED STATES OF AMERICA, | ) **CONVERT SETTLEMENT** |
| | ) **CONFERENCE TO SCHEDULING** |
| Defendant. | ) **CONFERENCE** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Counterclaim Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DAVID MASKELL, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

The United States of America ("United States"), Mark Seader ("Seader), and David Maskell ("Maskell"), by and through undersigned counsel, hereby move this Court for an Order vacating the current Scheduling Order or, in the alternative, converting the Settlement Conference currently set for April 22, 2008 to a Scheduling Conference. In support of this motion, the undersigned submit as follows:

1.   On October 23, 2007, plaintiff Donald Taranto filed the instant action in the United States District Court for the District of Colorado seeking the refund of certain penalties paid and the abatement of penalty assessments made against him pursuant to I.R.C. § 6672 with respect to unpaid employment taxes of Firewall Forward Aircraft Engines, Inc. (Firewall Forward, Inc.).

2.   The United States filed an Answer and Counterclaims on December 21, 2007. The Counterclaims seek to reduce penalty assessments pursuant to I.R.C. § 6672 against Taranto, Seader and Maskell to judgment. All assessments were made with respect to the unpaid employment taxes of Firewall Forward, Inc. during the 2002 and 2003 tax years.

3.   On January 17, 2008 a Scheduling Conference was held before Magistrate Judge Tafoya. Counsel for Counterclaim Defendants Seader and Maskell, having not yet been served, were not present at the Scheduling Conference. Thus, the current Scheduling Order was entered without the participation of Counterclaim Defendants Seader and Maskell.

4.   On February 24, 2008, Seader filed an Answer to the United States' Counterclaims.

5.   On February 28, 2008, Donald Taranto filed a Second Amended Complaint. The

2

United States filed an Answer to the Second Amended Complaint and Amended Counterclaims on February 29, 2008.

6.      On March 12, 2008, Maskell filed an Answer to the United States' Amended Counterclaims.

7.      The undersigned parties have diligently attempted to engage in meaningful discovery during the intervening period. All parties have exchanged initial disclosures pursuant to Rule 26(a). The United States has served its first set of written discovery on all parties. As of this date, only Donald Taranto has responded to this discovery. Responses for Maskell and Seader are due on or about April 21, 2008.

8.      In light of the joinder of Counterclaim Defendants Seader and Maskell, additional time is required to adequately complete discovery in this case. The undersigned parties have come to an agreement, subject to the Court's approval, on a new proposed scheduling order. The agreement would generally extend discovery and other deadlines by approximately two months and set a settlement conference after the close of discovery. The dates agreed upon by the parties are as follows:

Written Discovery: April 25, 2008

Fact Discovery: September 16, 2008

Dispositive Motions: October 27, 2008

Expert Disclosures: September 16, 2008

Expert Rebuttal: October 20, 2008

Settlement Conference: September 22, 2008

9.      Given the incomplete status of discovery and the absence of any deposition

3

testimony, the undersigned parties are not in a position to meaningfully discuss the possibility of settlement at this time. The lack of deposition testimony also would prevent the United States from engaging in meaningful individual settlement negotiations with Donald Taranto.

10.     It is the understanding of United States that Donald Taranto opposes this motion.

11.     The undersigned parties respectfully request that the dates set out in the Scheduling Order be vacated, including the Settlement Conference scheduled for April 22, 2008, and that the dates listed in paragraph eight (8) above be adopted and set forth in a new Scheduling Order. In the alternative, the undersigned parties the Settlement Conference currently scheduled for April 22, 2008 be converted to a Scheduling Conference.

12.     This motion is not being made for delay and will not prejudice any of the parties. There is no trial date currently set in this matter.

13.     Federal Rule of Civil Procedure 6(b) permits this Court to grant the relief requested herein.


///

///

///

///

WHEREFORE, the parties request that their motion to vacate the Scheduling Order be granted and the dates set forth in paragraph eight (8) above be adopted.  In the alternative, the parties request that the Court convert the Settlement Conference on April 22, 2008 at 11:30 a.m. to a Scheduling Conference.

Respectfully submitted this 7th day of April, 2008.


        TROY A. EID
        United States Attorney


        /s/ Aaron M. Bailey
        AARON M. BAILEY
        PHILIP BLONDIN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        Post Office Box 683
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 616-3164


        /s/ Algirdas M. Liepas (w/ permission)
        Algirdas M. Liepas
        Algirdas M. Liepas, P.C.
        419 Canyon Avenue, Suite 215
        Fort Collins, CO 80521
        *(Attorney for Mark Seader)*


        /s/ Kevin A. Planegger (w/permission)
        Ted Merriam
        Kevin A. Planegger
        Garret Francis
        Merriam Law Firm
        1625 Broadway, #770
        Denver, CO 80202
        *(Attorneys for David Maskell)*

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 7th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Tracy Oldemeyer
>Cline, Williams, Wright, Johnson & Oldfather, LLP
>123 North College Avenue, Suite 330
>Fort Collins, Colorado 80524
>
>Algirdas M. Liepas
>Algirdas M. Liepas, P.C.
>419 Canyon Avenue, Suite 215
>Fort Collins, CO 80521
>
>Ted Merriam
>Kevin A. Planegger
>Garret Francis
>Merriam Law Firm
>1625 Broadway, #770
>Denver, CO 80202

>/s/ Aaron M. Bailey
>AARON M. BAILEY
>Trial Attorney, Tax Division
>United States Department of Justice