IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The Settlement Conference scheduled for April 22, 2008 is VACATED. Counsel are directed to place a conference call to chambers at (303) 335-2780 no later than April 15, 2008 to obtain a date for a status conference.

Dated: April 8, 2008