IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

USA,

    Defendant.

# MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Debra Brown, Deputy Clerk

A Status Conference has been set in this matter for **May 05, 2008 at 9:00 a.m. in courtroom A-601. Valid photo identification is required to enter the courthouse.**

Dated: April 11, 2008