ARTICLES OF INCORPORATION

OF

FIREWALL FORWARD AIRCRAFT ENGINES, INC.

FILED
COLO. DEPT. OF STATE
JUL 12 9:43
87 580221 #18

We, THE UNDERSIGNED, natural persons of the age of eighteen years or more, for the purpose of forming a corporation under the laws of the State of Colorado, adopts the following Articles of Incorporation for such corporation:

## ARTICLE I

### NAME

The name of the corporation is FIREWALL FORWARD AIRCRAFT ENGINES, INC.

## ARTICLE II

### PERIOD OF DURATION

The duration of the corporation shall be perpetual.

## ARTICLE III

### PURPOSES AND POWERS

The purposes and powers of the corporation shall be as follows:

(a) The purpose for which the corporation is organized is to transact all lawful business for which corporations may be incorporated pursuant to the Colorado Corporation Code.

(b) In general to have and exercise any and all powers that corporations have and may exercise under the laws of the Colorado Corporation Code and as the same may be amended.

COMPUTER UPDATE COMPLETE
AB

- 1 -

Exhibit C
TAR000005

## ARTICLE IV

## AUTHORIZED SHARES

SECTION 1. <u>Number</u>. The aggregate number of shares which the corporation shall have authority to issue is One Hundred Thousand (100,000) shares of common stock, without par value.

SECTION 2. <u>Voting</u>. Every holder of common stock of the corporation shall be entitled to one vote for each share of stock standing in his name on the books of the corporation and entitled to vote. Cumulative voting shall not be allowed in the election of directors or for any other purpose.

SECTION 3. <u>Pre-emptive Rights</u>. The shareholders shall have no pre-emptive rights to acquire additional or treasury shares of the corporation or securities convertible into shares or stock, purchase warrants or privileges.

SECTION 4. <u>Transfer of Stock</u>. The corporation may have the right by appropriate action to impose restrictions upon the transfer of any shares of its common stock, or any interest therein, from time to time issued, provided that such restrictions or notice thereof, shall be set forth upon the face of the certificates representing such shares of common stock.

SECTION 5. <u>Liquidation</u>. The Board of Directors may from time to time distribute to the shareholders in partial liquidation, out of stated capital, or capital surplus of the corporation, a portion of its assets, in cash or property, subject to the limitations contained in the statutes of the State of Colorado.

SECTION 6. <u>Internal Revenue Code Section 1244 Stock</u>. The corporation may offer and issue stock from time to time pursuant to the provision of Section 1244 of the Internal Revenue Code of 1954, as amended, as so-called Section 1244 Stock.

Exhibit C
TAR000006

SECTION 7. <u>Sub-Chapter S</u>. The corporation may elect to be treated as a Sub-Chapter S corporation pursuant to Section 1372 of the Internal Revenue Code of 1954, as amended.

## ARTICLE V
## REGULATION OF INTERNAL AFFAIRS

SECTION 1. <u>General Management</u>. The general management of the affairs of the corporation shall be exercised by a Board of Directors.

SECTION 2. <u>The Board of Directors</u>. The Board of Directors shall have the power to make, alter, amend or repeal the By-Laws, but any By-Law so made may be altered, amended or repealed by such vote as established in the By-Laws.

SECTION 3. <u>Contracts with Directors</u>. No contract or other transaction of the corporation with any other person, firm or corporation, or in which this corporation is interested, shall be affected or invalidated by: (a) The fact that any one or more of the directors or officers of this corporation is interested in or is a director or officer of another corporation; or (b) The fact that any director or officer, individually or jointly with others, may be a party to or may be interested in any such contract or transaction. Each person who may become a director or officer of the corporation is hereby relieved from any liability that might otherwise arise by reason of his contracting with the corporation for the benefit of himself or for the benefit of any firm or corporation in which he may be in any way interested.

SECTION 4. <u>Quorum</u>. At all meetings of the shareholders, a majority of the shares entitled to vote at such meeting represented in person or by proxy shall constitute a quorum.

3

Exhibit C
TAR000007

ARTICLE VI

INDEMNIFICATION OF DIRECTORS,

OFFICERS, EMPLOYEES AND AGENTS

Pursuant to Section 7-3-101 of the Colorado Revised Statutes, as amended, each Director, Officer, Employee or Agent of the Corporation (and his heirs, executors and administrators) shall be indemnified by the Corporation against expenses reasonably incurred by or imposed upon him in connection with or arising out of any action, suit or proceeding in which he may be involved or to which he may be made a party by reason of his being or having been a Director, Officer, Employee or Agent of the Corporation, or at its request, of any other corporation of which it is a shareholder or creditor and from which he is not entitled to be indemnified (whether or not he continues to be a director or officer at the time of imposing or incurring such expenses), except in respect of matters as to which he shall be finally adjudged in such action, suit or proceeding to be liable for negligence or misconduct; or in the event of a settlement of any such action, suit or proceeding, indemnification shall be provided only in connection with such matters covered by the settlement as to which the Corporation is advised by counsel that the person to be indemnified did not commit a breach of duty. The foregoing right of indemnification shall not be exclusive of other rights to which he may be entitled under applicable State Statute.

ARTICLE VII

REGISTERED OFFICE AND AGENT

SECTION 1. **Registered Office**. The address of the initial registered office of the corporation is 140 North Racquette Drive, Ft Collins, Colorado 80524.

4

Exhibit C
TAR000008

SECTION 2. <u>Registered Agent</u>. The name of the initial registered agent of the corporation at such address is Mark Seader.

## ARTICLE VIII
## BOARD OF DIRECTORS

SECTION 1. <u>Number</u>. As there will not be more than two (2) shareholders in the Corporation, two (2) directors shall constitute the initial board; their names and addresses being as follows:

| Name | Address |
|---|---|
| Mark Seader | 2512 Wood Valley Court, Ft Collins, CO |
| Scott Bell | 420 27th Avenue, Greeley, CO |

## ARTICLE IX
## Incorporators

SECTION 1. <u>Name and Address</u>. The name and address of the incorporators of the corporation are as follows: Mark Seader, 2512 Wood Valley Court, Ft Collins, CO 80521 and Scott Bell, 420 27th Avenue, Greeley, CO 80631.

IN WITNESS WHEREOF, we, the undersigned, being the incorporators designated in Article IX of the foregoing Articles of Incorporation, have executed said Articles of Incorporation as of this <u>25th</u> day of <u>June</u>, 19<u>84</u>.

*/s/ Mark Seader*

*/s/ Scott Bell*

5

Exhibit C
TAR000009

STATE OF COLORADO        )
                         ) ss.
COUNTY OF   WELD         )

I, <u>Cindy B. Gormley</u>, a notary public in and for the County of <u>Weld</u> and State of Colorado, do hereby certify that Mark Seader and Scott Bell, who are personally known to me to be the persons whose names are subscribed to the foregoing Articles of Incorporation, appeared before me this day in person and upon oath swore to the truth of the facts therein stated and acknowledged that they signed and delivered said instrument of writing as their free and voluntary act.

Witness my hand and official seal.

My Commission Expires: <u>My Commission Expires August 22, 1987</u>

_____
Notary Public
Address: 1011 Eleventh Ave., Greeley, CO

6

Exhibit C
TAR000010

LETTER OF CONSENT

FIREWALL FORWARD, LTD., a Colorado Corporation, 140 North Racquette Drive, Ft Collins, Colorado, hereby consents to the use of the name FIREWALL FORWARD, INC., or FIREWALL FORWARD AIRCRAFT ENGINES, INC., by Mark Seader, 2512 Wood Valley Court, Ft Collins, Colorado 80521 and Scott Bell, 420 27th Avenue Greeley, Colorado 80631, as the name of a corporation to be formed by said individuals for the purpose of overhauling, and/or repairing aircraft engines and their related accessories. For their part, Mark Seader and Scott Bell warrant that the use of the name FIREWALL FORWARD, INC. or, FIREWALL FORWARD AIRCRAFT ENGINES, INC., will be limited to the business as aforesaid, and that such name will not be used for any other business venture or purpose without first obtaining permission from FIREWALL FORWARD, LTD.

Dated this __25th__ day of __June__, 1984.

FIREWALL FORWARD, LTD.

By: _____
President

Exhibit C
TAR000011