**CERTIFICATE OF TRADENAME**
Form 135  Revised October 1, 2002
Filing fee: **$10.00**
Deliver to:  Colorado Secretary of State   DPC 1987 1580221
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
This document must be typed or machine printed.
Copies of filed documents may be obtained at www.sos.state.co.us

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20021348828   M
$   10.00
SECRETARY OF STATE
12-17-2002   08:19:21
ABOVE SPACE FOR OFFICE USE ONLY

Pursuant to § 7-71-101(2) and part 3 of article 90 of title 7, Colorado Revised Statutes (C.R.S.), this certificate regarding a tradename is delivered to the Colorado Secretary of State for filing.

1.  The entity name is:  FIREWALL FORWARD AIRCRAFT ENGINES, INC.   NC qs

*(as shown on the records of the Secretary of State)*
organized under the laws of Colorado _____*(state or country)*

2.  The location of its principal office is:  5212 Cessna Drive, Loveland, CO  80538

*(must be a complete address, including zip)*

3.  The name (other than its own entity's name) under which the business is transacted is:_____
Firewall Forward, Inc.

4.  A brief description of the kind of business transacted under the trade name is:_____
Aircraft Repair

5.  The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are:  Mark Seader, 5212 Cessna
Drive, Loveland, CO  80538

*Causing a document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed or the act and deed of the entity on whose behalf the individual is causing the document to be delivered for filing and that the facts stated in the document are true.*

COMPUTER UPDATE COMPLETE
BJS

Disclaimer: This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.

Exhibit D
TAR000020