# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

## PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBITS
## PURSUANT TO D.C.Colo.LCivR 7.2

COMES NOW Plaintiff Donald N. Taranto ("Taranto"), pursuant to D.C.Colo.LCivR 7.2, and hereby moves the Court for an Order to Seal from public view (but not from counsel or the parties) the exhibits previously attached to Mr. Taranto's Reply in support of his Motion for

0815786.1

Bifurcation (Filing No. 47) dated April 11, 2008. In support of the Motion to Seal, Mr. Taranto states:

1. Prior to filing, Taranto electronically redacted portions of the exhibits attached to the Reply in order to conceal certain personal identifying information.

2. Taranto later learned that the method of electronic redaction was not secure and could possibly be removed by a subsequent viewer of the exhibits.

3. Taranto desires to protect the privacy of the parties to this matter and keep personal identifying information, such as Social Security numbers, out of the public view.

4. After consultation with the Clerk's office, it was determined that the preferred course of action to protect privacy rights is to file a Motion to Seal the previously-filed exhibits attached to the Reply.

WHEREFORE, Plaintiff Donald M. Taranto hereby respectfully requests the Court grant his Motion to Seal and order that the exhibits filed with his Reply (Filing No. 47) be sealed from public view only, but available to counsel and the parties hereto.

Dated this 28th day of April 2008.

By:  /s/ Tracy A. Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
  JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
Telephone: (970) 221-2637
Facsmile: (970) 221-2638
E-mail: toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

**CERTIFICATE OF SERVICE**

     I, Tracy A. Oldemeyer, hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

        Aaron M. Bailey
        U.S. Department of Justice
        Tax Division
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C.  20044

        Ted H. Merriam
        Kevin A. Planegger
        Garret M. Francis
        Merriam Law Firm, P.C.
        1625 Broadway, Suite 770
        Denver, CO 80202

        Algirdas M. Liepas
        419 Canyon Avenue, Suite 215
        Fort Collins, CO 80521

                                      By:    /s/ Tracy A. Oldemeyer
                                                  Tracy A. Oldemeyer, #028246