IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO SEAL EXHIBITS

    This matter is before the Court on Plaintiff Donald N. Taranto's Unopposed Motion to Seal Exhibits (Filing No. 48). For good cause shown in the Motion to Seal Exhibits, IT IS ORDERED:

    Plaintiff Donald N. Taranto's Unopposed Motion to Seal the exhibits attached to his Reply (Filing No. 47) is granted. The exhibits filed with Plaintiff's Reply at Filing No. 47 shall be sealed from public view, but available to counsel and the parties hereto.

0815808.1

Dated this ____ day of _____ 2008.

_____
Marcia S. Krieger
United States District Court Judge