IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER PROVISIONALLY GRANTING MOTION TO SEAL
## EXHIBITS A, B AND E TO THE PLAINTIFF'S REPLY BRIEF

THIS MATTER comes before the Court on the Plaintiff's unopposed motion **(#48)** seeking to seal Exhibits A through E attached to his reply brief **(#47).** He contends that the electronic redaction of social security numbers on the exhibits is not secure.

Pursuant to Fed. R. Civ. P. 5.2(a), only the last four digits of a social security number should be visible in a public court filing. Only Exhibits A, B and E contain electronically redacted social security numbers. As filed, these three exhibits can be manipulated using Adobe Acrobat to reveal the redacted social security numbers. Thus, there are compelling reasons to seal Exhibits A, B and E. However, Exhibits C and D contain no redactions, and thus there is no demonstrated basis for sealing them.

The time for public objections to the motion to seal has not yet passed. *See* D.C.COLO.LCivR 7.2(E). Therefore, the Court will provisionally seal Exhibits A, B and E while allowing the public an opportunity to make any objections.

**IT IS THEREFORE ORDERED** that the Court provisionally grants the motion to seal

Exhibits A, B and E, but denies the motion as to Exhibits C and D.  The Clerk of Court shall place Exhibits A, B and E to **#47** under seal.  If no objections are timely filed to the motion, the motion shall be considered granted as to Exhibits A, B and E for all purposes.  The Plaintiff shall file properly redacted Exhibits A, B and E for the public record on or before **May 6, 2008**.

Dated this 29th day of April, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge