**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

UNOPPOSED MOTION TO PARTICIPATE
IN MAY 5, 2008, STATUS CONFERENCE BY TELEPHONE

    COMES NOW Plaintiff Donald N. Taranto ("Taranto") and hereby moves the Court for an Order to allow counsel for Taranto to participate by telephone in the status conference set for May 5, 2008 at 9:00 a.m.

    Taranto has consulted and confirmed with Counsel for Defendant, United States of America, counsel for Counterclaim Defendant, Mark Seader, and counsel for Counterclaim Defendant, David

0816254.1

Maskell, that they have no objection to Taranto's participation by teleconference and some may file a separate unopposed motion making a similar request. If the motions are granted, Taranto will initiate a conference call to all attorneys who file a similar motion and then conference the Court for the status conference.

WHEREFORE, Taranto respectfully requests that the Court grant its Unopposed Motion to Participate in Status Conference by Telephone on May 5, 2008, by dialing in to Magistrate Tafoya's chambers at the appointed time for the status conference, after joining on the conference call any additional attorneys who have filed a similar unopposed motion.

Dated this 29th day of April 2008.

By:   /s/ Tracy A. Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
  JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
Telephone: (970) 221-2637
Facsmile: (970) 221-2638
E-mail: toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

**CERTIFICATE OF SERVICE**

I, Tracy A. Oldemeyer, hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron M. Bailey
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044

Ted H. Merriam
Kevin A. Planegger
Garret M. Francis
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

Algirdas M. Liepas
419 Canyon Avenue, Suite 215
Fort Collins, CO 80521

                        By:   /s/ Tracy A. Oldemeyer
                               Tracy A. Oldemeyer, #028246