**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

UNITED STATES OF AMERICA,

      Counterclaim Plaintiff,

v.

MARK SEADER,

      Counterclaim Defendant, et al.

---

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO PARTICIPATE
IN MAY 5, 2008, STATUS CONFERENCE BY TELEPHONE

---

This matter is before the Court on Plaintiff Donald N. Taranto's Unopposed Motion to

Participate in Status Conference by Telephone ("Unopposed Motion") (Filing No. 51). For good

cause shown in the Unopposed Motion, IT IS ORDERED:

0816276.1

Plaintiff Donald N. Taranto's Unopposed Motion (Filing No. 51) is granted.  Counsel for Taranto may participate in the status conference set for May 5, 2008 at 9:00 a.m. by dialing in to Magistrate Tafoya's chambers, after having joined on the line any other attorneys who have also filed an unopposed motion to participate in the status conference by phone.

Dated this ____ day of _____ 2008.

_____
Marcia S. Krieger
United States District Court Judge