TROY A. EID
United States Attorney

AARON M. BAILEY
PHILIP BLONDIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) Civil No. 07-CV-02235-MSK-KMT |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Counterclaim Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DAVID MASKELL, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

## United State's Motion for Leave to Attend Status Conference Telephonically

The United States of America ("United States"), by and through undersigned counsel, hereby moves the Court for an Order to allow counsel to attend the status conference set for May 5, 2008 at 9:00 a.m by telephone.

Plaintiff/Counterclaim Defendant Donald Taranto filed an unopposed Motion to Participate in the May 5, 2008 Status Conference by Telephone on April 29, 2008 [Rec. Doc. 51]. The United States hereby joins this motion as it will spare the parties unnecessary expense. This motion will not prejudice any of the parties.

WHEREFORE, the United States requests that the Motion for Leave to Attend Status Conference Telephonically be granted.

Respectfully submitted this 30th day of April, 2008.

        TROY A. EID
        United States Attorney

        /s/ Aaron M. Bailey
        AARON M. BAILEY
        PHILIP BLONDIN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        Post Office Box 683
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 616-3164

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 30th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Tracy Oldemeyer
    Cline, Williams, Wright, Johnson & Oldfather, LLP
    123 North College Avenue, Suite 330
    Fort Collins, Colorado 80524

    Algirdas M. Liepas
    Algirdas M. Liepas, P.C.
    419 Canyon Avenue, Suite 215
    Fort Collins, CO 80521

    Ted Merriam
    Kevin A. Planegger
    Garret Francis
    Merriam Law Firm
    1625 Broadway, #770
    Denver, CO 80202

                                    /s/ Aaron M. Bailey
                                    AARON M. BAILEY
                                    Trial Attorney, Tax Division
                                    United States Department of Justice