TROY A. EID
United States Attorney

AARON M. BAILEY
PHILIP BLONDIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-3164

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) Civil No.  07-CV-02235-MSK-KMT |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Counterclaim Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DAVID MASKELL, | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**Order**

Having considered the United States' Motion for Leave to Attend Scheduling Conference Telephonically, for good cause shown, the Court hereby GRANTS the Motion. Accordingly,

IT IS ORDERED that counsel for the United States may attend the scheduling conference on May 5, 2008, at 9:00 a.m. by telephone.

THUS DONE AND SIGNED in _____, Colorado, this ___, day of _____, 2008.

_____
Honorable Kathleen M. Tafoya
United States Magistrate Judge