# DONALD N. TARANTO
## PERSONAL FINANCIAL STATEMENT
### AS OF JANUARY 2001

**ASSETS:**

**CASH IN BANK**

    Checking & Money Market Accts.      $ █

**MARKETABLE SECURITIES - (Schedule I)**    $ █

**INVESTMENTS IN CLOSELY HELD BUSINESSES - (Schedule II)**

█    $ █
█    $ █
   $ █
Firewall Forward, Inc. (25%)    $ 30,000
█    $ █
   $ █

     $ █

**REAL ESTATE INVESTMENTS (Schedule III)**

█    $ █

     $ █

**AUTOMOBILE - 1999 Suburban**    $ █

**CASH SURRENDER VALUE IN LIFE INSURANCE POLICIES**    $ █

**NOTES RECEIVABLE - (Schedule IV)**    $ █

**PERSONAL PROPERTY**    $ █

**TOTAL ASSETS**    $ █

Page 1

TAR000220