IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT


DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Plaintiff's "Unopposed Motion to Participate in May 5, 2008, Status Conference by Telephone"
(#51, filed April 29, 2008) is GRANTED. Counsel may appear via telephone for the status
conference and shall call **(303) 335-2780** at 9:00 a.m.

Dated: April 30, 2008