## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-MJW

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |
| | ) |

**MARK E. SEADER'S UNOPPOSED MOTION TO PARTICIPATE
IN MAY 5, 2008, STATUS CONFERENCE BY TELEPHONE**

COMES NOW Counterclaim Defendant Mark E. Seader (hereinafter "Seader") and hereby moves the Court for an Order to allow counsel for Seader to participate by telephone in the status conference set for May 5th, 2008 at 9:00 a.m.

Seader has consulted and confirmed with Counsel for Defendant, United States of America, counsel for Plaintiff and Counterclaim Defendant Don Taranto, and counsel for Counterclaim Defendant David Maskell, that they have no objection to Seader's participation by teleconference and some may file a separate unopposed motion making a similar request. If this motion is granted, Seader will join in the conference call which is being initiated by counsel for the Plaintiff/Counterclaim Defendant Don Taranto and with all attorneys who file a similar motion.

WHEREFORE, Seader respectfully requests that the Court grant its Unopposed Motion to Participate in Status Conference by Telephone on May 5, 2008, by joining the conference call being initiated by Plaintiff/Counterclaim Defendant's counsel along with any additional attorneys who have filed a similar unopposed motion.

Dated this 30th day of April 2008.

COUNTERCLAIM DEFENDANT:        MARK E. SEADER

By: /s/ Algirdas M. Liepas
    Algirdas M. Liepas, Atty. Reg. No. 15414
    Algirdas M. Liepas P.C.
    419 Canyon Ave., Suite 215
    Fort Collins, CO 80521
    (970) 493-3359
    (970) 407-9390 FAX
    aml@amliepaspc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30<u>th</u> day of April, 2008, a true and correct copy of the foregoing document was served by first class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office; or by e-mail or other electronic delivery as allowed by law, as indicated below:

| | | |
|---|---|---|
| Ted H. Merriam | ☒ | U.S. Mail |
| Kevin A. Planegger | ☐ | FAX |
| Garret M. Francis | ☐ | Overnight Delivery |
| Merriam Law Firm, P.C. | ☐ | Hand Delivery |
| 1625 Broadway, Suite 770 | ☐ | Electronically |
| Denver, CO 80202 | | |
| | | |
| Aaron M. Bailey | ☒ | U.S. Mail |
| U.S. Department of Justice | ☐ | FAX |
| Tax Division | ☐ | Overnight Delivery |
| P.O. Box 683 | ☐ | Hand Delivery |
| Ben Franklin Station | ☐ | Electronically |
| Washington, D.C.  20044 | | |
| | | |
| Tracy A. Oldemeyer | ☒ | U.S. Mail |
| Cline, Williams, Wright, | ☐ | FAX |
|   Johnson & Oldfather, L.L.P. | ☐ | Overnight Delivery |
| 123 N. College Avenue, Suite 330 | ☐ | Hand Delivery |
| Fort Collins, CO 80524 | ☐ | Electronically |

<u>/s/ Algirdas M. Liepas</u>
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com