**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-MJW

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |
| | ) |

**ORDER GRANTING MARK E. SEADER'S**
**UNOPPOSED MOTION TO PARTICIPATE**
**IN MAY 5, 2008, STATUS CONFERENCE BY TELEPHONE**

This matter is before the Court on Counterclaim Defendant Mark E. Seader's Unopposed Motion to Participate in Status Conference by Telephone ("Unopposed Motion").  For good cause shown in the Unopposed Motion, IT IS ORDERED:

Counterclaim Defendant Mark E. Seader's Unopposed Motion is granted.  Counsel for Seader may participate in the status conference set for May 5th, 2008 at 9:00 a.m. by joining in the conference call initiated by Plaintiff/Counterclaim Defendant Don Taranto's counsel along with any other attorneys who have also filed an unopposed motion to participate in the status conference by phone.

Dated this _____ day of May, 2008.

BY THE COURT

_____

Marcia S. Krieger
United States District Court Judge

2