**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

---

**PLAINTIFF'S NOTICE OF FILING OF
CORRECTED, ELECTRONICALLY REDACTED EXHIBITS**

---

COMES NOW Plaintiff Donald N. Taranto ("Taranto") pursuant to the Court's Order dated April 29, 2008 (Filing No. 50) and hereby gives notice of and files with the Court Exhibits A, B and E to Plaintiff's Reply in Support of its Motion for Bifurcation (Filing No. 47) which have been electronically redacted for the public record in a manner in which the redaction cannot be removed by a viewer.

0816326.1

Dated this 1st day of May 2008.

                    By:    /s/ Tracy A. Oldemeyer
                          Tracy A. Oldemeyer, #028246
                          CLINE, WILLIAMS, WRIGHT,
                            JOHNSON & OLDFATHER, L.L.P.
                          123 N. College Avenue, Suite 330
                          Fort Collins, CO 80524
                          Telephone:  (970) 221-2637
                          Facsmile:  (970) 221-2638
                          E-mail:  toldemeyer@clinewilliams.com
                          Attorney for
                          DONALD N. TARANTO, Plaintiff

**CERTIFICATE OF SERVICE**

  I, Tracy A. Oldemeyer, hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

>Aaron M. Bailey
>U.S. Department of Justice
>Tax Division
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C.  20044
>
>Ted H. Merriam
>Kevin A. Planegger
>Garret M. Francis
>Merriam Law Firm, P.C.
>1625 Broadway, Suite 770
>Denver, CO 80202
>
>Algirdas M. Liepas
>419 Canyon Avenue, Suite 215
>Fort Collins, CO 80521

           By:  /s/ Tracy A. Oldemeyer
              Tracy A. Oldemeyer, #028246