**Internal Revenue Service**
Denver Office of Appeals

1244 Speer Blvd., Suite 400
Denver, CO  80204

Date:   NOV 2 9 2006


Donald N. Taranto
1316 La Eda Lane
Fort Collins, Colorado   80526-4411

**Department of the Treasury**
Appeals – Area 9

**Person to Contact:**
 H. Keith Kern
**Badge Number:**
 84-10786
**Telephone Numbers:**
 Voice: (720) 956-4517
 Fax:    (720) 956-4567
**Refer Reply to:**
 AP:FW:Area 9:DEN:Kern
**In Re:**
 Trust Fund Recovery Penalty
**Tax Period(s) Ended:**
 Form 941 – 06/30/02, 09/30/02,
 12/31/02, 03/31/03, 06/30/03, and
 09/30/03.
**SSN:**
 ▇▇▇▇▇▇▇▇
**Corporation:**
 Firewall Forward, Inc.
**EIN:**
 84-0952411


Dear Mr. Taranto:

  We have considered your protest and the evidence and arguments in support of your position against the proposed trust fund recovery penalty assessment under IRC § 6672 for the quarterly periods ending June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, and September 30, 2003.

  We are advising the Area Director you be relieved of responsibility for the quarterly periods ending June 30, 2002, September 30, 2002, December 31, 2002, and March 31, 2003.

  We are sorry that we could not reach a satisfactory agreement with you.  Therefore, a trust fund recovery penalty as determined by the Area Director will be assessed for the quarterly periods ending June 30, 2003, and September 30, 2003, and you will be billed for any amount due subject to any agreement you currently have agreed to.

  After you have paid an amount at least equal to the amount withheld from one employee for one quarter, you may file a claim for refund.  If you file a claim, you should do so within two years from the time of your payment. The Claim, Form 843, should be sent to Internal Revenue Service, MS W245 - C Gabrielli, 915 Second Avenue, Seattle, Washington, 98174.

  Should your claim be rejected, you will receive a statutory notice of disallowance.  After this notice or if they have not acted on your claim within six months from the date you filed it,

Exhibit B
TAR000096

Donald N. Taranto

you may file suit for refund.  This suit must be filed within two years after your claim is disallowed with the U.S. Court of Claims or in the U.S. District Court having jurisdiction.

If you have any questions, please contact the person whose name and telephone number are shown at the top of the first page of this letter.

Sincerely,

Gary Easley
Team Manager, Appeals

cc: J. Houston Lennard, power of attorney

2