| SCHEDULE K-1 | Shareholder's Share of Income, Credits, Deductions, etc. | OMB No.1545-0130 |
|---|---|---|
| (Form 1120S) | ► See separate Instructions.<br>For calendar year 2002 or tax year | **2002** |
| Department of the Treasury<br>Internal Revenue Service | beginning _____, 2002, and ending _____, 20 ___ | |

| Shareholder's Identifying number ■■■■■■■ | Corporation's Identifying number ► 84-0952411 |
|---|---|
| Shareholder's name, address, and ZIP code<br>Mark E Seader<br>2512 Woodvalley Court<br>Fort Collins, CO 80521 | Corporation's name, address, and ZIP code<br>Firewall Forward Aircraft Engines, Inc.<br>5212 Cessna Drive<br>Loveland, CO 80538 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . . ► _____ 100.%
B  Internal Revenue Service Center where corporation filed its return   ►  Ogden, UT 84201-0013 _____
C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . ► _____
D  Check applicable boxes:      (1) ☐ Final K-1        (2) ☐ Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | -516,779 | See page 4 of the Shareholder's Instructions for Sch. K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities | 2 | 0 | |
| | 3 | Net income (loss) from other rental activities | 3 | 0 | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 1,028 | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | 0 | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | 0 | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | 0 | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | 0 | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | 0 | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | 0 | Line 5 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) | 4f | 0 | (Enter on return.) |
| | 5 | Net section 1231 gain (loss) (other than due to casualty or theft) | 5 | 345,564 | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 | Other income (loss) (attach schedule) | 6 | 0 | (Enter on return.) |
| **Deductions** | 7 | Charitable contributions (attach schedule) | 7 | 10,000 | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction | 8 | 0 | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | 0 | |
| | 10 | Other deductions (attach schedule) | 10 | 0 | |
| **Investment Interest** | 11 a | Interest expense on investment debts | 11a | 0 | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | 1,028 | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | | (2) Investment expenses included on line 9 above | 11b(2) | 0 | |
| **Credits** | 12 a | Credit for alcohol used as fuel | 12a | 0 | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12b(1) | 0 | Form 8586, line 5 |
| | | (2) Other than on line 12b(1) | 12b(2) | 0 | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | 12c | 0 | See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | 0 | |
| | e | Credits related to other rental activities | 12e | 0 | |
| | 13 | Other credits | 13 | 0 | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.   (HTA)           Schedule K-1 (Form 1120S) 2002

Exhibit E
TAR000172

| SCHEDULE K-1 (Form 1120S) Department of the Treasury Internal Revenue Service | Shareholder's Share of Income, Credits, Deductions, etc. ▶ See separate instructions. For calendar year 2003 or tax year beginning _____, 2003, and ending _____, 20 ___ | | 6711 OMB No. 1545-0130 **2003** |
|---|---|---|---|

| Shareholder's identifying number ███████ | Corporation's identifying number ▶ 84-0952411 |
|---|---|
| Shareholder's name, address, and ZIP code    Shareholder 1<br><br>Mark E Seader<br>2512 Woodvalley Court<br>Fort Collins, CO 80521 | Corporation's name, address, and ZIP code<br>Firewall Forward Aircraft Engines, Inc.<br>5212 Cessna Drive<br><br>Loveland, CO 80538 |

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . . . . . ▶ 100.%
B  Internal Revenue Service Center where corporation filed its return  ▶ Ogden, UT 84201-0013
C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . . . . . . ▶
D  Check applicable boxes:    (1) [X] Final K-1        (2) [ ] Amended K-1

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---:|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | -898,369 | ⎫ See page 4 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 | Net income (loss) from rental real estate activities | 2 | 0 | |
| | 3 | Net income (loss) from other rental activities | 3 | 0 | ⎭ |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest income | 4a | 0 | Form 1040, line 8a |
| | b | (1) Qualified dividends | 4b(1) | 0 | Form 1040, line 9b |
| | | (2) Total ordinary dividends | 4b(2) | 0 | Form 1040, line 9a |
| | c | Royalty income | 4c | 0 | Sch. E, Part I, line 4 |
| | d | (1) Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | 0 | Sch. D, line 5, col. (g) |
| | | (2) Net short-term capital gain (loss) (entire year) | 4d(2) | 0 | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | 0 | Sch. D, line 12, col. (g) |
| | | (2) Net long-term capital gain (loss) (entire year) | 4e(2) | 0 | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | 0 | (Enter on applicable line of your return.) |
| | 5 a | Net section 1231 gain (loss) (post-May 5, 2003) | 5a | 880,579 | ⎫ See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b | Net section 1231 gain (loss) (entire year) | 5b | 880,579 | ⎭ |
| | 6 | Other income (loss) (attach schedule) | 6 | 0 | (Enter on applicable line of your return.) |
| Deductions | 7 | Charitable contributions (attach schedule) | 7 | 0 | Sch. A, line 15 or 16 |
| | 8 | Section 179 expense deduction | 8 | 0 | ⎫ See page 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 | Deductions related to portfolio income (loss) (attach schedule) | 9 | 0 | |
| | 10 | Other deductions (attach schedule) | 10 | 0 | ⎭ |
| Investment Interest | 11 a | Interest expense on investment debts | 11a | 0 | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b(2), 4c, and 4f above | 11b(1) | 0 | ⎫ See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | | (2) Investment expenses included on line 9 above | 11b(2) | 0 | ⎭ |
| Credits | 12 a | Credit for alcohol used as fuel | 12a | 0 | Form 6478, line 10 |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12b(1) | 0 | ⎫ Form 8586, line 5 |
| | | (2) Other than on line 12b(1) | 12b(2) | 0 | ⎭ |
| | c | Qualified rehabilitation expenditures related to rental real estate activities | 12c | 0 | ⎫ See pages 6 and 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d | Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | 0 | |
| | e | Credits related to other rental activities | 12e | 0 | |
| | 13 | Other credits | 13 | 0 | ⎭ |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    Shareholder 1    Schedule K-1 (Form 1120S) 2003
(HTA)

Exhibit E
TAR000173