IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "United State's [sic] Motion for Leave to Attend Status Conference Telephonically" (#53, filed April 30, 2008) is GRANTED. Counsel may appear via telephone for the Status Conference on May 5, 2008 and shall call **(303) 335-2780** at 9:00 a.m.

Dated: May 1, 2008