IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Mark E. Seader's Unopposed Motion to Participate in May 5, 2008, Status Conference by Telephone" (#58, filed April 30, 2008) is GRANTED. Counsel may appear via telephone for the Status Conference and shall call **(303) 335-2780** at 9:00 a.m.

Dated: May 1, 2008