# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-MJW

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**MOTION TO RE-SCHEDULE SETTLEMENT CONFERENCE**

1

COME NOW Counterclaim Defendant Mark Seader, by his undersigned counsel, Algirdas M. Liepas of Algirdas M. Liepas PC, and Counterclaim Defendant David Maskell by his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm (hereinafter "Movants") and hereby request that the Court re-schedule the settlement conference currently scheduled in this matter. In support of this motion, the Movants state as follows:

1. A settlement conference is presently scheduled in this matter for July 28th, 2008.

2. The parties in this action are actively engaged in discovery at the present time. Depositions of the parties are taking place and depositions of third-parties are being scheduled by counsel for the parties.

3. Despite the best efforts of counsel for the parties, the Movants do not believe that all of the depositions of third-parties will be completed by July 28th, 2008.

4. Movants believe that the deposition testimony of the third-parties to be important and could contribute materially to bringing the parties closer to a meaningful resolution in this matter. Toward this end, the Movants contend that having the testimony of the third-parties at the settlement conference will be of benefit to all of the parties. Movants anticipate having all of the depositions anticipated in this matter completed by August 29th, 2008 or shortly thereafter.

5. The Plaintiff Donald N. Taranto does not join in this motion. Counsel for the Plaintiff has informed counsel for the Movants that she *does not object* to the re-scheduling of the settlement conference as far as the Movants are concerned. She *does object* to the re-scheduling of the settlement conference as far as the Plaintiff Donald N. Taranto is concerned.

6. The Defendant/Counterclaim Plaintiff United States of America also *does not object* to the re-scheduling of the settlement conference as to all of the parties. In addition,

counsel for the Defendant/Counterclaim Plaintiff United States of America has authorized counsel for the Movants to represent to the Court as part of this Motion that the Defendant/Counterclaim Plaintiff United States of America does not believe that there is an acceptable probability of being able to settle with only one of the parties and that it would prefer to have the settlement conference after fact discovery is concluded on September 16th, 2008.

WHEREFORE, Movants respectfully move the Court for an Order re-scheduling the Settlement Conference scheduled in this matter.  Further, the Movants request that the Court vacate the Settlement Conference currently set for July 28th, 2008 and re-schedule it for some time after August 29th, 2008 or, more preferably, September 16th, 2008.

Respectfully submitted this 18th day of July, 2008.

| | |
|---|---|
| COUNTERCLAIM DEFENDANT | MARK SEADER |
| | /s/ Algirdas M. Liepas<br>Algirdas M. Liepas, Atty. Reg. No. 15414<br>Algirdas M. Liepas P.C.<br>419 Canyon Ave., Suite 215<br>Fort Collins, CO 80521<br>(970) 493-3359<br>(970) 407-9390 FAX<br>aml@amliepaspc.com |
| COUNTERCLAIM DEFENDANT | DAVID K. MASKELL |
| | /s/ Kevin A. Planegger<br>Kevin A. Planegger, Atty. Reg. No. 29084<br>Merriam Law Firm<br>1625 Broadway, #770<br>Denver, CO 80202<br>(303) 592-5404<br>(970) 592-5439 FAX<br>aandm@taxlaw2848.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2008, a true and correct copy of the foregoing document was served by first class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office; or by e-mail or other electronic delivery as allowed by law, as indicated below:

| | |
|---|---|
| Aaron M. Bailey<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 | ☒ U.S. Mail<br>☐ FAX<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Electronically |
| Tracy Oldemeyer<br>Cline, Williams, Wright, Johnson & Oldfather, LLP<br>123 North College Avenue, Suite 330<br>Fort Collins, CO 80524 | ☒ U.S. Mail<br>☐ FAX<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Electronically |

/s/ Algirdas M. Liepas
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com

4