**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-MJW

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**ORDER RE-SCHEDULING SETTLEMENT CONFERENCE**

1

THIS MATTER having come before the Court on the Motion to Re-Schedule Settlement Conference filed by Counterclaim Defendants Mark Seader and David Maskell and, for good cause shown,

1. IT IS HEREBY ORDERED that the Settlement Conference scheduled for July 28th, 2008 is hereby VACATED.

2. IT IS FURTHER ORDERED that the Settlement Conference in this matter ir RE-SCHEDULED to _____ commencing at _____ _____ m.

Dated this _____ day of July, 2008.

BY THE COURT