IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Counterclaim Defendants Mark Seader and David Maskell's "Motion to Re-Schedule Settlement Conference" (#65, filed July 18, 2008) is **GRANTED**. The court agrees that unless all the parties are desirous of a settlement conference and come to the conference with the sincere desire to resolve the case pre-trial, it is a waste of time to doggedly adhere to a schedule which becomes to inconvenient to the majority of the parties.

The Settlement Conference set for July 28, 2008 is **VACATED**. Counsel for counterclaim Seader is directed to place a conference call to chambers, to include all parties, at **(303) 335-2780** no later than July 30, 2008, to reschedule the settlement conference.

Dated: July 22, 2008