**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

---

**JOINT STIPULATION TO RESCHEDULE**
**FINAL PRE-TRIAL CONFERENCE**

---

COME NOW the parties hereto, through their counsel of record, and jointly stipulate and move the Court for an Order amending the Trial Preparation Order entered on January 18, 2008 (Filing No. 21) to reschedule the Final Pre-Trial Conference currently set for December 30, 2008 at 9:00 a.m. before the Honorable Marcia S. Krieger.  In support of the Joint Stipulation to Reschedule the Final Pre-Trial Conference, counsel for plaintiff states that she would like to take

0853905.1

a family vacation with her young children while they are out of school during the holidays. Counsel for the United States, David Maskell and Mark Seader have likewise indicated similar desires and are in agreement with rescheduling the Final Pre-Trial Conference. The parties agree that all other dates set by the Court in the Trial Preparation Order shall remain intact.

WHEREFORE, the parties hereto respectfully move this Court for an Order amending the Trial Preparation Order and resetting the Final Pre-Trial Conference.

Dated this 11th day of September 2008.

By:  /s/ Tracy A. Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
  JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
(970) 221-2637
Fax (970) 221-2638
E-mail:  toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

By: /s/ Aaron M. Bailey
Aaron M. Bailey
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 616-3164
ATTORNEY FOR U.S.A., Defendant

By: /s/ Algirdas M. Liepas
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com
ATTORNEY FOR MARK SEADER,
Counterclaim Defendant


By: /s/ Kevin A. Planegger
Ted H. Merriam
Kevin A. Planegger
Garret M. Francis
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
(303) 592-5404
ATTORNEYS FOR DAVID MASKELL,
Counterclaim Defendant

CERTIFICATE OF SERVICE

I, Tracy A. Oldemeyer, hereby certify that on September 11, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

>Aaron M. Bailey
>U.S. Department of Justice
>Tax Division
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C. 20044
>
>Ted H. Merriam
>Kevin A. Planegger
>Garret M. Francis
>Merriam Law Firm, P.C.
>1625 Broadway, Suite 770
>Denver, CO 80202
>
>Algirdas M. Liepas
>419 Canyon Avenue, Suite 215
>Fort Collins, CO 80521

By:   /s/ Tracy A. Oldemeyer
     Tracy A. Oldemeyer, #028246