**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

---

UNOPPOSED MOTION TO RESCHEDULE
FINAL PRE-TRIAL CONFERENCE

---

COME NOW the parties hereto, through their counsel of record, and jointly move the Court for an Order amending the Trial Preparation Order entered on January 18, 2008 (Filing No. 21) to reschedule the Final Pre-Trial Conference currently set for December 30, 2008 at 9:00 a.m. before the Honorable Marcia S. Krieger. In support of the Motion, counsel for plaintiff states that she would like to take a family vacation with her young children while they are out of school during the

0853905.1

holidays.  Counsel for the United States, David Maskell and Mark Seader have likewise indicated similar desires and are in agreement with rescheduling the Final Pre-Trial Conference.  The parties agree that all other dates set by the Court in the Trial Preparation Order shall remain intact.

WHEREFORE, the parties hereto respectfully request that the Court grant the Unopposed Motion and enter an Order amending the Trial Preparation Order and resetting the Final Pre-Trial Conference.

Dated this 11th day of September 2008.

By:   /s/ Tracy A. Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
   JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
(970) 221-2637
Fax (970) 221-2638
E-mail:  toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

By: /s/ Aaron M. Bailey
Aaron M. Bailey
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 616-3164
ATTORNEY FOR U.S.A., Defendant

By: /s/ Algirdas M. Liepas
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com
ATTORNEY FOR MARK SEADER,
Counterclaim Defendant


By: /s/ Kevin A. Planegger
Ted H. Merriam
Kevin A. Planegger
Garret M. Francis
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
(303) 592-5404
ATTORNEYS FOR DAVID MASKELL,
Counterclaim Defendant

CERTIFICATE OF SERVICE

  I, Tracy A. Oldemeyer, hereby certify that on September 11, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

    Aaron M. Bailey
    U.S. Department of Justice
    Tax Division
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C.  20044

    Ted H. Merriam
    Kevin A. Planegger
    Garret M. Francis
    Merriam Law Firm, P.C.
    1625 Broadway, Suite 770
    Denver, CO 80202

    Algirdas M. Liepas
    419 Canyon Avenue, Suite 215
    Fort Collins, CO 80521

            By:  /s/ Tracy A. Oldemeyer
               Tracy A. Oldemeyer, #028246