**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

---

ORDER GRANTING UNOPPOSED MOTION
TO RESCHEDULE FINAL PRE-TRIAL CONFERENCE

---

This matter is before the Court on the parties' Unopposed Motion to Reschedule Final Pre-Trial Conference (Filing No. 72). For good cause shown in the Unopposed Motion, IT IS ORDERED:

The Trial Preparation Order entered on January 18, 2008 (Filing No. 21) is hereby amended to reschedule the Final Pre-Trial Conference currently set for December 30, 2008 at 9:00 a.m. before

0854171.1

the Honorable Marcia S. Krieger.  The Final Pre-Trial Conference is re-set for _____,

_____, 2009, at _____ before the Honorable Marcia S. Krieger in the United States

District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901

19th Street, Denver, Colorado.  All other dates established by the Court shall remain intact.

    Dated this ____ day of _____ 2008.


                                   Marcia S. Krieger
                                   United States District Court Judge