## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
|        Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
|        Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
|        Counterclaim Defendant. | ) |

## MOTION FOR ADDITIONAL TIME TO COMPLETE DISCOVERY-DEPOSITIONS OF
## DAVID L. OSBORN AND RICK WEIZENEGGER

1

COME NOW Mark Seader, by his undersigned counsel, Algirdas M. Liepas of Algirdas M. Liepas, PC (hereinafter "Movant Seader"), and David Maskell, by his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm (hereinafter, "Movant Maskell" and collectively with Movant Seader, "Movants"), hereby move the Court for an Order allowing the parties herein additional time to complete the depositions of David L. Osborn and Rick Weizenegger. For their Motion, the parties state as follows:

1.      The current pre-trial Order in this matter requires that fact discovery in this case be concluded by September 16th, 2008 (Docket Entry # 64) and dispositive motions are due October 27th, 2008 *(Id.)*.

2.      David L. Osborn is counsel for the Plaintiff and was arguably counsel for one of more of the entities involved in this matter.  Counsel for Movant Seader initially issued a subpoena seeking to depose Mr. Osborn on July 31st, 2008 as well as a subpoena *duces tecum* for the same date.  Mr. Osborn responded by suggesting that the subpoena response dates be pushed back by a month.

3.      Counsel for Movant Seader did not agree to the delay and subsequent subpoenas and subpoenas *duces tecum* were issued and served on Mr. Osborn, all the while taking into account the schedules of counsel for the parties and Mr. Osborn.

4.      Mr. Osborn has since retained counsel and has objected to the subpoenas *duces tecum* on various grounds including matters relating to privilege, work-product and the like. Counsel for Mr. Osborn is willing to allow a deposition of Mr. Osborn to be taken, but often without first producing the documents requested in the subpoenas *duces tecum*.  Counsel for Movant Seader does not believe that it would be optimally productive to conduct discovery in

2

this order.  Counsel for the Movants contend that it would be more beneficial to first have the various documents produced by Mr. Osborn so as to afford the parties an opportunity to review them in preparation for his deposition.  Mr. Osborn's counsel also contends that requiring Mr. Osborn to respond to the subpoena *duces tecum* will take approximately eight (8) hours of Mr. Osborn's time and that without pre-payment for his time at his regular hourly rate of $250 per hour imposes an "undue burden" upon him.  Movant Seader contends that responding to the subpoenas does not impose any undue burden as contemplated by F.R.C.P. 45.

5.     Concurrently with the filing of this Motion, counsel for Movant Seader has sent to David L. Osborn's counsel another revised subpoena seeking to address the concerns raised by Mr. Osborn through his counsel.  In addition, counsel for Movant Seader has also provided David L. Osborn's counsel with copies of the minutes from Mr. Osborn's interview by the Criminal Investigation Division of the Internal Revenue Service, a copy of the Plaintiff's deposition in this matter and copies of various documents prepared and disclosed by Mr. Osborn or his clients which Movant Seader contends result in a waiver of the attorney/client privilege.  6.

Counsel for Movant Seader is doubtful that this latest effort on his part will resolve Mr. Osborn's objections and that this matter will have to be brought before the Court for resolution. With the discovery deadline rapidly approaching, Movants do not believe that it will be feasible to accomplish all of this by September 16th, 2008.

7.     Concerning Rick Weizenegger, counsel talked with Mr. Weizenegger a week or so ago and attempted to schedule his deposition for September 4th, 2008.  Unfortunately, counsel for one of the parties was unable to re-schedule other matters and that date did not work.  In

3

addition, Mr. Weizenegger advised that he was leaving for vacation on September 5th, 2008 and only returning late on September 12th, 2008.

8.     In addition, counsel for Movant Seader is leaving for vacation September 9th, 2008 and will only be back in the office on September 22nd, 2008.

9.     Counsel for Movant Seader has conferred with the other parties in this action and has been informed that counsel for the United States of America does not object to and is in support of the granting of this motion and that counsel for the Plaintiff does not object to the granting of this Motion so long as the settlement conference and dispositive motion dates remain unchanged.

10.     Movants believe that an extension of thirty (30) days from September 16th, 2008 through October 17th, 2008 for the depositions of Messrs. Osborn and Weizenegger should be sufficient assuming the subpoena issues surrounding Mr. Osborn can be resolved without Court involvement.  The Movants understand that the settlement conference in this matter is set for September 26th, 2008 and do not wish to change that date or the date dispositive motions are due.


WHEREFORE, Movants respectfully pray that the Court allow them an additional thirty (30) days in which to complete the depositions of Messrs. Osborn and Weizenegger, including the production of documents by Mr. Osborn pursuant to a subpoena *duces tecum*.  Movants pray further for additional legal and equitable relief that the Court deems just and proper.

Respectfully submitted this 11th day of September, 2008.


MOVANT SEADER                              MARK SEADER


                                           /s/ Algirdas M. Liepas
                                           Algirdas M. Liepas, Atty. Reg. No. 15414
                                           Algirdas M. Liepas P.C.
                                           419 Canyon Ave., Suite 215
                                           Fort Collins, CO 80521
                                           (970) 493-3359
                                           (970) 407-9390 FAX
                                           aml@amliepaspc.com

MOVANT MASKELL                             DAVID K. MASKELL


                                           /s/ Kevin A. Planegger
                                           Kevin A. Planegger, Atty. Reg. No. 29084
                                           Merriam Law Firm
                                           1625 Broadway, #770
                                           Denver, CO 80202
                                           (303) 592-5404
                                           (970) 592-5439 FAX
                                           tmerriam@taxlaw2848.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 11th day of September 2008, I electronically filed the

foregoing **Motion for Additional Time to Complete Discovery-Depositions of David L.**

**Osborn and Rick Weizenegger** with the Clerk of Court using the CM/ECF system which will

send notification of such filing to the following:

> Aaron M. Bailey
> U.S. Department of Justice
> Tax Division
> P.O. Box 683
> Ben Franklin Station
> Washington, D.C.  20044
>
> Tracy Oldemeyer
> Cline, Williams, Wright, Johnson & Oldfather, LLP
> 123 North College Avenue, Suite 330
> Fort Collins, CO  80524
>
> Algirdas M. Liepas
> Algirdas M. Liepas, P.C.
> 419 Canyon Avenue, Suite 215
> Fort Collins, CO  80521

Additionally, paper copies of the foregoing were placed in the United States Mail first-

class postage prepaid to above counsel.

> s/Kevin A. Planegger
> Kevin A. Planegger

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO,            )
                                )
         Plaintiff,          )
v.                            )
                                )
UNITED STATES OF AMERICA,    )
                                )
         Defendant.       )
_____)
                                )
UNITED STATES OF AMERICA,    )
                                )
         Counterclaim Plaintiff  )
v.                            )
                                )
MARK SEADER,               )
                                )
         Counterclaim Defendant,  )
And                           )
                                )
DAVID MASKELL,           )
                                )
         Counterclaim Defendant,  )
And                           )
                                )
DONALD N. TARANTO,        )
                                )
         Counterclaim Defendant.  )
_____)

---

**ORDER GRANTING MOTION FOR ADDITIONAL TIME TO COMPLETE
DISCOVERY-DEPOSITIONS OF DAVID L. OSBORN AND RICK WEIZENEGGER**

---

1

This matter is before the Court on the parties' Motion for Additional Time to Complete Discovery-Depositions of David L. Osborn and Rick Weizenegger.  For good cause shown in the Motion, IT IS ORDERED:

Movants Seader and Maskell's Joint Motion for Additional Time to Complete Discovery-Depositions of David L. Osborn and Rick Weizenegger is GRANTED.   The pre-trial Order entered on May 5, 2008 (Filing No. 64) is hereby amended to extend the fact discovery deadline in this case currently set to be concluded by September 16, 2008 an additional thirty (30) days up to and including October 17, 2008.  All other dates established by the Court shall remain intact.

Dated this _____ day of _____ 2008.

_____
Marcia S. Krieger
United States District Court Judge

2