IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO,           )
                             )
        Plaintiff,           )
v.                           )
                             )
UNITED STATES OF AMERICA,    )
                             )
        Defendant.           )
_____)
                             )
UNITED STATES OF AMERICA,    )
                             )
        Counterclaim Plaintiff )
v.                           )
                             )
MARK SEADER,                 )
                             )
        Counterclaim Defendant, )
And                          )
                             )
DAVID MASKELL,               )
                             )
        Counterclaim Defendant, )
And                          )
                             )
DONALD N. TARANTO,           )
                             )
        Counterclaim Defendant. )
_____)

---

**MOTION FOR ADDITIONAL TIME TO RESPOND TO COUNTERCLAIM
DEFENDANT MARK SEADER'S DISCOVERY REQUESTS**

COMES NOW Counterclaim Defendant David Maskell, by his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm, P.C. (hereinafter, "Movant Maskell") and hereby moves the Court for an Order allowing an additional three (3) days to respond to Counterclaim Defendant Mark Seader's discovery requests. In support of this Motion, Movant Maskell states as follows:

1. The current pre-trial Order in this matter requires that fact discovery in this case be concluded by September 16th, 2008 (Docket Entry # 64) and dispositive motions are due October 27th, 2008 *(Id.)*.

2. Counsel for Counterclaim Defendant Mark Seader served (1) First Request for Admissions, (2) First Request for Production of Documents, and (3) First Set of Interrogatories on counsel for Counterclaim Defendant David Maskell on August 9, 2008.

3. Counsel for Counterclaim Defendant Seader previously granted an extension to September 16 for responses to his discovery requests. Counsel for Movant Maskell was under the impression that his ten-day extension request (to September 22) had been granted.

4. Counterclaim Defendant David Maskell has been traveling during the week of September 8 and September 15, preventing his verification and final review of the responses to the discovery requests set forth in paragraph 2.

5. Counsel for Movant Maskell has left a telephone message for and sent an e-mail to counsel for Counterclaim Defendant Seader, but has not yet received a response back from him regarding his position on this Motion.

6. This Motion is being filed for the reasons set forth above, and not for any purpose of delay.

WHEREFORE, Movant Maskell respectfully prays that the Court grant this Motion for Additional Time to Respond to Counterclaim Defendant Mark Seader's Discovery Requests an additional three (3) days up to and including September 19, 2008.

Respectfully submitted this 16th day of September, 2008.

MOVANT MASKELL                                    DAVID K. MASKELL

/s/ Kevin A. Planegger
Kevin A. Planegger, Atty. Reg. No. 29084
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, CO 80202
(303) 592-5404
(970) 592-5439 FAX
tmerriam@taxlaw2848.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 16th day of September 2008, I electronically filed the foregoing **Motion for Additional Time to Respond to Counterclaim Defendant Mark Seader's Discovery Requests** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Aaron M. Bailey
>U.S. Department of Justice
>Tax Division
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C.  20044
>
>Tracy Oldemeyer
>Cline, Williams, Wright, Johnson & Oldfather, LLP
>123 North College Avenue, Suite 330
>Fort Collins, CO  80524
>
>Algirdas M. Liepas
>Algirdas M. Liepas, P.C.
>419 Canyon Avenue, Suite 215
>Fort Collins, CO  80521

Additionally, paper copies of the foregoing were placed in the United States Mail first-class postage prepaid to above counsel.

>s/Kevin A. Planegger
>Kevin A. Planegger