IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO,                                )
                                                  )
                Plaintiff,                        )
v.                                                )
                                                  )
UNITED STATES OF AMERICA,                         )
                                                  )
                Defendant.                        )
_____              )
                                                  )
UNITED STATES OF AMERICA,                         )
                                                  )
                Counterclaim Plaintiff            )
v.                                                )
                                                  )
MARK SEADER,                                      )
                                                  )
                Counterclaim Defendant,           )
And                                               )
                                                  )
DAVID MASKELL,                                    )
                                                  )
                Counterclaim Defendant,           )
And                                               )
                                                  )
DONALD N. TARANTO,                                )
                                                  )
                Counterclaim Defendant.           )
_____              )

ORDER GRANTING MOTION FOR ADDITIONAL TIME
TO RESPOND TO COUNTERCLAIM DEFENDANT MARK SEADER'S
DISCOVERY REQUESTS

This matter is before the Court on the Counterclaim Defendant David Maskell's Motion for Additional Time to Respond to Counterclaim Defendant Mark Seader's Discovery Requests. For good cause shown in the Motion, IT IS ORDERED:

Movant Maskell's Motion for Additional Time to Respond to Counterclaim Defendant Mark Seader's Discovery Requests is GRANTED. The discovery deadline in this case currently set to be concluded by September 16, 2008 is extended an additional three (3) days up to and including September 19, 2008 for Counterclaim Defendant Maskell to respond to Counterclaim Defendant Mark Seader's discovery requests. All other dates established by the Court shall remain intact.

Dated this _____ day of _____ 2008.

_____
Marcia S. Krieger
United States District Court Judge