UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO, )
    Plaintiff )
vs. )
United States of America, )
    Defendant )

_____

**MOTION OF THE COLORADO DEPARTMENT OF REVENUE TO QUASH
SUBPOENA FOR RECORDS DEPOSITION**
_____

The Colorado Department of Revenue ("Department"), by and through its counsel, the Attorney General of Colorado, requests this Court quash the Notice of Records Deposition of the Colorado Department of Revenue and its corresponding Subpoena (collectively "Notice") to produce tax records and other tax related documents of Firewall Forward Aircraft Engines, Inc., and related entities.

As grounds therefore Revenue would show:

1. The undersigned attempted to contact the attorney for the requesting party, Mr. Algirdas Liepas, to discuss the subpoena. However, Mr. Liepas is out of town until at least Wednesday, September 17, 2008.

2.    The Notice was served on the Department on September 9, 2008. The return date for the Notice/subpoena is September 15, 2008. A copy of the Notice is attached as Exhibit A.

       3.      Statute prohibits the Department from producing the requested documents, even assuming any such documents exist (a fact not known or admitted at this time):

> Except in accordance with judicial order or as otherwise provided by law, the executive director of the department of revenue and his agents, clerks, and employees shall not divulge or make known in any way any information obtained from any investigation conducted by the department or its agents or disclosed in any document, report, or return filed in connection with any of the taxes covered by this article. The officials charged with the custody of such documents, reports, investigations, and returns shall not be required to produce any of them or evidence of anything contained in them in any action or proceeding in any court, except on behalf of the executive director in an action or proceeding under the provisions of any such taxing statutes to which the department is a party or on behalf of any party to any action or proceeding under the provisions of such taxing statutes when the report of facts shown thereby is directly involved in such action or proceeding, in either of which events the court may require the production of, and may admit in evidence, so much of said reports or of the facts shown thereby as are pertinent to the action or proceeding and no more.

Section 39-21-113(4)(a), C.R.S.

    4. On information and belief, this case does not arise under the provisions of the Colorado tax code and the executive director and her agents and employees are not parties to the action. Thus, the Department is prohibited from providing confidential tax records and the records custodian is prohibited from releasing the requested tax records, if any existed.

    WHEREFORE, the Department requests this Court quash the Notice/subpoena commanding it that to produce tax records in this case.

Respectfully submitted this 16th of September 2008,

        JOHN W. SUTHERS
        Attorney General

       *S/ Robert H. Dodd*
       _____
        ROBERT H. DODD 27869*
        Assistant Attorney General
        Business and Licensing Section
        1525 Sherman Street, 5th Floor
        Denver, Colorado 80203
        Telephone: (303) 866-4589
        FAX: (303) 866-5395
        *Counsel of Record

### **CERTIFICATE OF SERVICE**

This is to certify that I have duly served the within **MOTION TO QUASH SUBPOENA** upon all parties herein by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, or electronically using the CM/ECF system this 16th day of September 2008 addressed as follows:

| | |
|---|---|
| Algirdas Liepas<br>Attorney at Law<br>419 Canyon Ave, Suite 215<br>Fort Collins, Colorado 80521 | Aaron M. Bailey<br>U.S. Dept of Justice<br>PO Box 683<br>Ben Franklin Station,<br>Washington, DC 20044 |
| Tracy Oldemeyer<br>Cline, Williams Law Firm<br>123 N. College Ave, Suite 330<br>Fort Collins, Colorado 80524 | Kevin Planegger<br>Merriam Law Firm, PC<br>1624 Broadway #770<br>Denver, CO 80202 |

_____

cc: Mr. Tim Torsney