

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO,            )
                              )
        Plaintiff,            )
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )
        Defendant.            )
_____)
                              )
UNITED STATES OF AMERICA,     )
                              )
        Counterclaim Plaintiff)
v.                            )
                              )
MARK SEADER,                  )
                              )
        Counterclaim Defendant,)
And                           )
                              )
DAVID MASKELL,                )
                              )
        Counterclaim Defendant,)
And                           )
                              )
DONALD N. TARANTO,            )
                              )
        Counterclaim Defendant.)
_____)

---

**NOTICE OF RECORDS DEPOSITION OF
THE COLORADO DEPARTMENT OF REVENUE**

---

PLEASE TAKE NOTICE that pursuant to Rules 45, and 30 of the Federal Rules of Civil Procedure, Counterclaim Defendant Mark Seader, through its undersigned counsel, will take the records deposition of Roxy Huber, Executive Director, Colorado Department of Revenue, 1375 Sherman Street, Room 409, Denver, CO 80261 at the offices of Algirdas M. Liepas PC, 419 Canyon Avenue, Suite 215, Fort Collins, CO 80521, at 9:00 a.m. on September 15th, 2008. A copy of the subpoena *duces tecum* to the Colorado Department of Revenue is attached hereto.

***In lieu of appearance, documents may be produced by mail or hand delivery to counsel for Counterclaim Defendant Mark Seader, Algirdas M. Liepas, Algirdas M. Liepas PC, 419 Canyon Avenue, Suite 215, Fort Collins, CO 80521 no later than September 15th, 2008. Production will satisfy the requirement without a personal appearance at the records deposition.***

Dated this 9th day of September, 2008.

Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, a true and correct copy of the foregoing document was served by first class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office; or by e-mail or other electronic delivery as allowed by law, as indicated below:

Aaron M. Bailey  
Trial Attorney, Tax Division  
U.S. Department of Justice  
PO Box 683  
Ben Franklin Station  
Washington, DC 20044  

☒ U.S. Mail  
☐ FAX  
☐ Overnight Delivery  
☐ Hand Delivery  
☐ Electronically  

Tracy Oldemeyer  
Cline, Williams, Wright, Johnson & Oldfather, LLP  
123 North College Avenue, Suite 330  
Fort Collins, CO 80524  

☒ U.S. Mail  
☐ FAX  
☐ Overnight Delivery  
☐ Hand Delivery  
☐ Electronically  

Kevin A. Planegger  
Merriam Law Firm, PC  
1625 Broadway #770  
Denver, CO 80202  

☒ U.S. Mail  
☐ FAX  
☐ Overnight Delivery  
☐ Hand Delivery  
☐ Electronically  

_/s/ Algirdas M. Liepas_  
Algirdas M. Liepas, Atty. Reg. No. 15414  
Algirdas M. Liepas P.C.  
419 Canyon Ave., Suite 215  
Fort Collins, CO 80521  
(970) 493-3359  
(970) 407-9390 FAX  
aml@amliepaspc.com

ATTACHMENT TO SUBPOENA TO THE COLORADO DEPARTMENT OF REVENUE

LIST OF DOCUMENTS OR OBJECTS

1. Any and all documents (including e-mails and other electronically stored data) relating to the transfer of Colorado Department of Revenue wage withholding account L 03 34759 from FEIN 84-0952411 to FEIN 75-3037116 as described in the attached letter of C. Darlene Framel dated December 3rd, 2004.

2. Any and all documents (including e-mails and other electronically stored data) relating to Colorado Department of Revenue withholding account number L 03 34759 for calendar years 2001, 2002 and 2003.

3. Any and all documents (including e-mails and other electronically stored data) relating to Firewall Forward Aircraft Engines, Inc., Firewall Forward International, LLC, Eagle Air Investment(s) LLC, Firewall Forward Technologies, LLC, Firewall Forward Investments, LLC, FWF, Inc. and ROC Air Service, LLC relating to wage withholding for calendar years 2001, 2002 and 2003.

4. Any and all documents (including e-mails and other electronically stored data) relating to payments or deposits of Colorado withholding taxes into Colorado Department of Revenue withholding account number L 03 34759 for calendar years 2001, 2002 and 2003 regardless of when the actual payment or deposit was made.

5. Any and all documents, including returns, substitutes for returns, Forms DR-1094 or its predecessor relating to Colorado Department of Revenue withholding account number L 03 34759 for calendar years 2001, 2002 and 2003.

# STATE OF COLORADO

**DEPARTMENT OF REVENUE**

State Capitol Annex
1375 Sherman Street
Denver, Colorado 80261



December 3, 2004

FSS/cdf
Phone: (303) 866-5535 Ext. 288
Fax: (303) 866-3018
E-Mail: dframel@spike.dor.state.co.us

Firewall Forward Aircraft Engines Inc
5212 Cessna Drive
Loveland, CO 80538

RE: 2001, 2002 and 2003 Colorado Wage Withholding
Colorado Account Number: L-03 34759
FEIN: 84-0952411/ 75-3037116

**This letter contains important information about your Colorado wage withholding account!**

According to 2001, 2002 and 2003, the Colorado wage withholding account L 03 34759 is being used for wage withholding with the FEIN 75-3037116.

After review, your Colorado wage withholding account of L 03 34759 has an FEIN of 75-3037116. However, W2s are being issued under FEIN 84 0952411 with no state account for wage withholding. W2s have been transferred to FEIN 75-3037116 for all tax years referenced above. Please make sure all future correspondence sent to the Colorado Department of Revenue refers to account L-03 34759, FEIN 75-3037116.

If you do not agree with these changes, please contact me immediately. I can be reached at any of the numbers listed above, or you can write to me:
   Colorado Department of Revenue
   Fair Share Section
   Attn.: Darlene
   1375 Sherman, 634
   Denver CO 80261-0004

Respectfully,

C. Darlene Framel
Tax Examiner

*Called on 12/13*
*Instructed Darlene*
*To use 75-3037116*

DR 4729 (06/04)