IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

v.

DAVID MASKELL,
MARK SEADER, and
DONALD N. TARANTO,

    Counter-Defendants.

# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

DATE:    September 26, 2008

    A Settlement Conference was held on this date and a settlement was reached between Donald N. Taranto and the United States and Mark Seader and the United States. The parties are to submit their settlement documents on or before October 25, 2008.

    Settlement Conference and Preparation held for 5 hours 40 minutes.

    Settlement Conference concluded:    Yes

    Record Made:  Yes