IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

v.

DAVID MASKELL,
MARK SEADER, and
DONALD N. TARANTO,

      Counter-Defendants.

---

# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

---

DATE:      September 26, 2008

      A Settlement Conference was held on this date and no settlement was reached between David Maskell and the United States.

      Settlement Conference and Preparation held for 3 hours.

      Settlement Conference concluded:    Yes

      Record Made:  No.