**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

---

**MOTION FOR EXTENSION**
**OF TIME TO FILE SETTLEMENT DOCUMENTS**

---

COME NOW Plaintiff Don Taranto and Defendant United States of America ("USA"), through their counsel of record, and jointly move the Court for an Order to extend the time to file settlement documents and dismissal papers as set out in the Minute Order for Settlement Conference dated September 26, 2008 (Filing No. 82). The parties seek an additional thirty days, or until November 26, 2008, to file dismissal papers. Taranto and the USA recently agreed upon terms of

0873989.2

the written settlement agreement and release and have signed that agreement.  The additional time is needed in order for the USA to process the request for the overpayment and deliver the funds to Taranto.  Taranto will not agree to file a Joint Stipulation to Dismiss the Action with prejudice until he has received the overpayment.  The United States reserves the right to request additional time to complete the process of scheduling an overpayment should it be unable to do so by November 26, 2008.  At this time, Taranto does not consent to the additional extension of time beyond November 26, 2008.

WHEREFORE, the parties hereto respectfully request that the Court grant the Motion and enter an Order requiring dismissal papers to be filed by November 26, 2008.

Dated this 23rd day of October 2008.

By:  /s/ Tracy A. Oldemeyer
Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
   JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
(970) 221-2637
Fax (970) 221-2638
E-mail:  toldemeyer@clinewilliams.com
Attorney for
DONALD N. TARANTO, Plaintiff

                                              By:/s/ Aaron M. Bailey
                                              Aaron M. Bailey
                                              U.S. Department of Justice
                                              Tax Division
                                              P.O. Box 683
                                              Ben Franklin Station
                                              Washington, D.C.  20044
                                              (202) 616-3164
                                              ATTORNEY FOR U.S.A., Defendant

CERTIFICATE OF SERVICE

I, Tracy A. Oldemeyer, hereby certify that on October 23rd, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

        Aaron M. Bailey
        U.S. Department of Justice
        Tax Division
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C.  20044

        Ted H. Merriam
        Kevin A. Planegger
        Garret M. Francis
        Merriam Law Firm, P.C.
        1625 Broadway, Suite 770
        Denver, CO 80202

        Algirdas M. Liepas
        419 Canyon Avenue, Suite 215
        Fort Collins, CO 80521

                                              By:    /s/ Tracy A. Oldemeyer
                                                          Tracy A. Oldemeyer, #028246