**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

───────────────────────────────

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

ORDER GRANTING MOTION
FOR EXTENSION OF TIME TO FILE
SETTLEMENT DOCUMENTS

This matter is before the Court on the Motion for Extension of Time to File Settlement Documents filed by Plaintiff Taranto and Defendant United States of America (Filing No. 85). For good cause shown in the Motion, IT IS ORDERED:

The deadline for Taranto and the United States to file settlement documents and dismissal papers is extended for thirty days to November 26, 2008.

0872591.1

Dated this _____ day of _____ 2008.

_____
Judge

0872591.1             2