# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

## CONSENT AND STIPULATION TO JUDGMENT

1

3684628.1

COME NOW the Counterclaim Plaintiff the United States of America (hereinafter "United States"), by its undersigned counsel, and Counterclaim Defendant Mark Seader (hereinafter "Seader"), by his undersigned counsel, Algirdas M. Liepas of Algirdas M. Liepas PC, and hereby consent and stipulate to the entry of judgment in favor of the United States and against Seader.  For their Consent and Stipulation, the parties state as follows:

1. The parties exchanged a series of letters dated September 24th, 2008, October 1st, 2008 and October 8th, 2008, including all amendments and corrections to the foregoing, which collectively set forth the settlement agreement (hereinafter "Settlement Agreement") between the parties.  The Settlement Agreement is incorporated herein by reference.

2. Pursuant to the Settlement Agreement, Seader has agreed to the entry of a judgment in favor of the United States on its counterclaim in the above-captioned matter in the amount of One Hundred Thousand Dollars ($100,000) plus interest thereon as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621.

3. The United States will not take any action on the judgment, and will issue a satisfaction of judgment, if Seader fulfills his obligations under the Settlement Agreement on or before June 30th, 2009.

Respectfully submitted this 24th day of October, 2008.

        /s/ Aaron M. Bailey  
        AARON M. BAILEY  
        PHILIP E. BLONDIN  
        Trial Attorneys, Tax Division  
        U.S. Department of Justice  
        Post Office Box 683  
        Ben Franklin Station  
        Washington, D.C. 20044  
        Telephone:(202) 616-3164  
        Aaron.M.Bailey@usdoj.gov

3

/s/ Algirdas M. Liepas
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com

3684628.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2008, a true and correct copy of the foregoing document was served by first class mail, postage prepaid, and addressed to; by fax transmission to; by overnight delivery to; or by personally delivering to or leaving with a person in charge of the office; or by e-mail or other electronic delivery as allowed by law, as indicated below:

| | |
|---|---|
| Tracy Oldemeyer<br>Cline, Williams, Wright, Johnson & Oldfather, LLP<br>123 North College Avenue, Suite 330<br>Fort Collins, CO 80524 | ☒ U.S. Mail<br>☐ FAX<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Electronically |
| Garret Marsh Francis<br>Kevin A. Planegger<br>Theodore "Ted" H. Merriam<br>Merriam Law Firm, PC<br>1625 Broadway #770<br>Denver, CO 80202 | ☒ U.S. Mail<br>☐ FAX<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Electronically |

_____
Algirdas M. Liepas, Atty. Reg. No. 15414
Algirdas M. Liepas P.C.
419 Canyon Ave., Suite 215
Fort Collins, CO 80521
(970) 493-3359
(970) 407-9390 FAX
aml@amliepaspc.com

3684628.1