**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| | ) |
| MARK SEADER, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DAVID MASKELL, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| And | ) |
| | ) |
| DONALD N. TARANTO, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**CONSENT JUDGMENT**

The parties, Counterclaim Plaintiff United States of America and Counterclaim

1

3684683.1

2

Defendant Mark Seader, having filed their written consent and stipulation to judgment as set forth below, and good cause appearing; now, therefore,

It is hereby ORDERED as follows:

1. The consent and stipulation for judgment of the parties be, and it is, approved;

2. Judgment shall be entered in favor of the United States and against Mark Seader in the amount of $100,000, together with interest as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 on that amount from the date hereof until paid.

3. The court retains jurisdiction over the parties to enforce the Settlement Agreement between the United States and Mark Seader until there has been performance in full of its terms.

4. Each party is to bear it own costs and attorney's fees.

Dated:

BY THE COURT

_____
The Honorable Marcia S. Krieger
United States District Court Judge