**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

UNITED STATES OF AMERICA,

        Counterclaim Plaintiff

v.

MARK SEADER,

        Counterclaim Defendant,

And

DAVID MASKELL,

        Counterclaim Defendant,

And

DONALD N. TARANTO,

        Counterclaim Defent.

**CONSENT JUDGMENT**

        The parties, Counterclaim Plaintiff United States of America and Counterclaim Defendant Mark Seader, having filed their written consent and stipulation to judgment as set forth below, and good cause appearing; now, therefore,

        It is hereby ORDERED as follows:

1. Judgment shall be entered in favor of the United States and against Mark Seader in the amount of $100,000, together with interest as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 on that amount from the date hereof until paid.

2. Each party is to bear its own costs and attorney's fees.

DATED this 28th day of October, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge