IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

MARK SEADER,

    Counterclaim Defendant, et al.

---

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that Plaintiff Donald N. Taranto's complaint against the United States and the United States' counter-claims against Donald N. Taranto in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Stipulation of Dismissal

*[signature: Tracy Oldemeyer]*

Tracy A. Oldemeyer, #028246
CLINE, WILLIAMS, WRIGHT,
JOHNSON & OLDFATHER, L.L.P.
123 N. College Avenue, Suite 330
Fort Collins, CO 80524
(970) 221-2637
Fax (970) 221-2638
E-mail: toldemeyer@clinewilliams.com
Attorney for DONALD N. TARANTO,
Plaintiff

*[signature]*

Aaron M. Bailey
Philip E. Blondin
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3164
(202) 307-6322
philip.blondin@usdoj.gov
ATTORNEYS FOR U.S.A., Defendant

Stipulation of Dismissal

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 24th day of November, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Tracy Oldemeyer
>Cline, Williams, Wright, Johnson & Oldfather, LLP
>123 North College Avenue, Suite 330
>Fort Collins, Colorado 80524
>
>Algirdas M. Liepas
>Algirdas M. Liepas, P.C.
>419 Canyon Avenue, Suite 215
>Fort Collins, CO 80521
>
>Ted Merriam
>Kevin A. Planegger
>Garret Francis
>Merriam Law Firm
>1625 Broadway, #770
>Denver, CO 80202

>/s/ Aaron M. Bailey
>AARON M. BAILEY
>Trial Attorney, Tax Division
>United States Department of Justice