**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

---

**NOTICE OF APPEARANCE OF JAMES E. WEAVER AS CO-COUNSEL
FOR DEFENDANT AND COUNTERCLAIMANT UNITED STATES OF AMERICA**

---

    The undersigned James E. Weaver, hereby enters his appearance in the captioned case as co-counsel for Defendant and Counterclaimant the United States of America.  Please serve all future pleadings, orders, and communications in this matter on the undersigned at the following address:

//

//

Aaron Michael Bailey
James E. Weaver
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683 – Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     Mr. Bailey  - (202) 616-3164
                         Mr. Weaver - (202) 305-4929
Facsimile: (202) 307-0054
Email: aaron.m.bailey@usdoj.gov
           james.e.weaver@usdoj.gov
           western.taxcivil@usdoj.gov

Respectfully submitted this 19th day of December, 2008.


                                    TROY A. EID
                                    United States Attorney


                                    /s/ James E. Weaver
                                    AARON M. BAILEY
                                    JAMES E. WEAVER
                                    Trial Attorneys, Tax Division
                                    U.S. Department of Justice
                                    Post Office Box 683
                                    Ben Franklin Station
                                    Washington, D.C.  20044
                                    Telephone: (202) 305-4929

CERTIFICATE OF SERVICE

     IT IS HEREBY CERTIFIED that I electronically filed the foregoing Notice of Appearance on this 19th day of December, 2008, with the Clerk of Court using the CM/ECF system which will send notification of this filing to the following:


Kevin  A. Planegger
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, CO 80202

*Attorney for David Maskell*

Robert H. Dodd, Jr. - Business & Licensing
Colo. Attorney General's Office
1525 Sherman Street
5th Floor
Denver, CO 80203

*Attorney for Colo. Dept. of Revenue*


                                              /s/ James E. Weaver
                                              JAMES E. WEAVER
                                              Trial Attorney, Tax Division
                                              United States Department of Justice