**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

---

### JOINT MOTION TO RESET PRETRIAL CONFERENCE

---

The Defendant and Counterclaimant, the United States of America, and the remaining Counterclaim-Defendant, David Maskell, through their counsel of record, move for an Order to reset the Pretrial Conference currently scheduled for January 15, 2009. The undersigned parties seek an additional thirty days to further pursue settlement negotiations. In support of this Unopposed Motion, the undersigned state the following:

1. Plaintiff Donald Taranto initiated this case on October 23, 2007 by filing a Complaint seeking an abatement of penalties assessed against him by the Internal Revenue Service ("IRS") pursuant to 26 U.S.C. § 6672 and refund of funds collected by IRS in association therewith.

2. The United States filed an Answer and counterclaims against Donald Taranto and third-party claims against Mark Seader and David Maskell.

3. The United States has settled its claims against Donald Taranto and Mark Seader.

4. On October 24, 2008 the United States and Mark Seader filed a Stipulation of Judgment with regard to the United States' claims against Mark Seader. The Court entered a Judgment against Mr. Seader on October 28, 2008.

5. On November 24, 2008, the United States and Donald Taranto filed a Stipulation of Dismissal of their respective claims vis-a-vis each other.

6. The United States and David Maskell have engaged in good-faith settlement discussions in an attempt to resolve the remaining disputes in this case. Additional time is necessary, however, to ascertain whether the parties can resolve their differences through settlement.

7. Additionally, personal issues involving a family member of the lead counsel for the United States, Aaron M. Bailey, require his presence in Washington, D.C. on the date on which the Pretrial Conference is currently scheduled.

8. By Order entered September 12, 2008 [Rec. Doc. 74], the Pretrial Conference is this matter is currently scheduled for January 15, 2009.

WHEREFORE, the parties hereto respectfully request that the Court grant the Joint Motion and reset the Pretrial Conference thirty-two (32) days from January 15, 2008 to February 16, 2008, or the first available date thereafter.

Dated this 19th day of December 2008.

        By: /Aaron M. Bailey
        Aaron M. Bailey
        James E. Weaver
        U.S. Department of Justice
        Tax Division
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 616-3164
        (202) 305-4929
        aaron.m.bailey@usdoj.gov
        ATTORNEYS FOR U.S.A.

        By: / Kevin Planegger (by permission)
        Kevin Planegger
        The Merriam Law Firm, P.C.
        1625 Broadway, Suite 770
        Denver, CO 80202
        (303) 592-5404
        ATTORNEYS FOR DAVID MASKELL

CERTIFICATE OF SERVICE

I, Aaron M. Bailey, hereby certify that on December 19, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

>Ted H. Merriam
>Kevin A. Planegger
>Garret M. Francis
>Merriam Law Firm, P.C.
>1625 Broadway, Suite 770
>Denver, CO 80202
>
>Robert H. Dodd
>Colorado Attorney General's Office
>1525 Sherman Street
>5th Floor
>Denver, Colorado 80203

By:    /s/ Aaron M. Bailey
       Aaron M. Bailey