**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

_____

ORDER
_____

    Having considered the Joint Motion to Reset Pretrial Conference, for good cause showing, the Court hereby GRANTS the Motion. Accordingly,

///

IT IS ORDERED that the Pretrial Conference in this matter, currently scheduled for January 15, 2008 is VACATED . IT IS FURTHER ORDERED that the Pretrial Conference is RESET to February 15, 2009 at 4:00 p.m.

THUS DONE AND SIGNED in _____, Colorado, this ___, day of _____, 2008.

_____
Honorable Marcia S. Krieger
United States District Judge