IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 07-CV-2235-MSK-KMT         Date_____

Case Title:  United States v. David Maskell

PLAINTIFF / DEFENDANT WITNESS LIST

| WITNESS | TIME ESTIMATED FOR EXAMINATION | |
|---|---|---|
| | Direct | Cross |
| Stephanie Papst (either in person or by designated portions of deposition testimony) | 2.5 hours | 1 hour |
| David Maskell (in person and designated portions of deposition testimony) | 5 hours | 2 hours |
| Mark Seader | 5 hours | 2 hours |
| Doug Ulmer | 30 min. | 15 min. |
| Pat Korb | 2 hours | 1 hour |
| Donna Herskind-Ehrlich | 1 hour | 1 hour |
| Kurt Hoeven | 2.5 hours | 1 hour |
| Donald Taranto | 2 hours | 1 hour |
| Rick Weizenegger | 1.5 hours | 1 hour |
| Andrew Chumney | 1.5 hours | 1 hour |
| Houston Leonard | 1 hour | 30 min. |
| David Osborn | 30 min. | 15 min. |

3967530.12