**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

UNITED STATES OF AMERICA,

      Counterclaim Plaintiff,

v.

DAVID MASKELL,

      Counterclaim Defendant.

_____

**ORDER**

_____

      Having considered the United States' Motion for Person with Final Settlement Authority

for the United States to be Available Telephonically for Final Pre-trial Conference, for good

cause showing, the Court hereby GRANTS the Motion.  Accordingly,

      IT IS ORDERED that Section Chief Richard R. Ward of the United States Department of

Justice, Tax Division, may be available for consultation by telephone in connection with the

February 25, 2009 Final Pre-trial Conference, in lieu of appearing in person for the conference,

provided the United States' trial attorneys handling this case are present in person.

THUS DONE AND SIGNED in _____, Colorado, this ___, day of February,

2009.


_____
Honorable Marcia S. Krieger
United States District Judge