IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO, )
)
       Plaintiff, )
v. )
)
UNITED STATES OF AMERICA, )
)
       Defendant. )
_____)
)
UNITED STATES OF AMERICA, )
)
       Counterclaim Plaintiff )
v. )
)
DAVID MASKELL, )
)
       Counterclaim Defendant. )
_____)

---

**UNOPPOSED MOTION TO HAVE PARTY DAVID MASKELL AVAILABLE
TELEPHONICALLY FOR FINAL PRE-TRIAL CONFERENCE**

---

      David Maskell, by and through his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm, P.C., respectfully moves the Court to allow David Maskell to be available by telephone for the Final Pre-Trial Conference scheduled for February 25, 2009 in the above-captioned case. In support of this Motion, David Maskell states as follows:

1. The Final Pre-Trial Conference is scheduled for February 25, 2009 at 10:00 a.m. Pursuant to the Court's Trial Preparation Order – Civil (Document 21), all parties are required to attend.

2. David Maskell lives in Barnesville, Georgia. He is 73 years old, and it would be a significant burden for him to fly to Denver for the Final Pre-Trial Conference.

3. David Maskell and his counsel are currently finalizing a settlement offer to the government based on his limited financial resources, and intend to submit a settlement offer prior to the Final Pre-Trial Conference.

4. David Maskell can be available by telephone during the Final Pre-Trial Conference.

5. Undersigned counsel conferred with counsel for Counterclaim Plaintiff United States of America, Aaron M. Bailey and James E. Weaver. Mr. Bailey and Mr. Weaver indicated that they do not oppose this Motion.

WHEREFORE, David Maskell moves the Court to allow Davis Maskell to be available by telephone during the Final Pre-Trial Conference.

Dated this 23rd day of February, 2008.

                                  Respectfully submitted,

                                  By: /s/ Kevin A. Planegger
Kevin A. Planegger, Atty. Reg. No. 29084
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, CO 80202
(303) 592-5404
(303) 592-5439 FAX
tmerriam@taxlaw2848.com
*Attorney for David Maskell*

3

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 23rd day of February 2009, I electronically filed the foregoing **Unopposed Motion to Have Party David Maskell Available Telephonically for Final Pre-Trial Conference** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Aaron M. Bailey
>James E. Weaver
>U.S. Department of Justice
>Tax Division
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C. 20044

Additionally, paper copies of the foregoing were placed in the United States Mail first-class postage prepaid to above counsel.

>s/Kevin A. Planegger
>Kevin A. Planegger