IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

UNITED STATES OF AMERICA,

        Counterclaim Plaintiff

v.

DAVID MASKELL,

        Counterclaim Defendant.

## ORDER

Having considered David Maskell's Unopposed Motion to Have Party David Maskell Available Telephonically for Final Pre-Trial Conference, for good cause showing, the Court hereby GRANTS the Motion. Accordingly,

IT IS ORDERED that David Maskell may be available for consultation by telephone in connection with the February 25, 2009 Final Pre-Trial Conference, in lieu of appearing in person

for the conference, provided his trial attorney, Kevin Planegger of the Merriam Law Firm, P.C., handling this case is present in person.

    THUS DONE AND SIGNED in Denver, Colorado, this \_\_\_\_ day of February, 2009.

                                                                      _____
                                                                      Honorable Marcia S. Krieger
                                                                      United States District Court Judge