# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                Date: February 25, 2009
Court Reporter:     Paul Zuckerman

Civil Action No. 07-cv-02235-MSK

*Parties*:                                         *Counsel Appearing:*

UNITED STATES OF AMERICA,                          Aaron Bailey
                                                   James Weaver

                    Plaintiff,

v.

DAVID MASKELL,

                    Defendants.                    Kevin Planegger

---

## COURTROOM MINUTES

---

HEARING:    Final Pretrial Conference.

**10:07 a.m.      Court in session.**

The United States is present.  Defendant Maskell is not present.  Rick Ward, representative of Department of Justice is present by phone.

**ORDER:**      Counsel for defendant Maskell shall purchase on an expedited basis a transcript of these proceedings and transmit to Mr. Maskell.  The client shall not bear the cost of the transcript.

The Court addresses and reviews the final pretrial order with counsel.

The parties will revise their final pretrial order in the areas as addressed by the Court.

**ORDER**:      Revised final pretrial order to be submitted by **March 6, 2009.**

**ORDER:**      Revised witness and exhibit lists to be submitted by **March 6, 2009**

**ORDER:**      Proposed voir dire will be filed by **March 6, 2009.**  Jury instructions will be filed by **June 1, 2009.**  This should include a statement of the case instruction and stipulated facts instruction.

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

**ORDER:**        Trial is set for **October 19, 2009 at 1:00 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO..

**ORDER:**        Pertinent to trial process: Each side will have 22 hours which is inclusive of evidence, opening arguments, closing arguments, etc.  The time will be tracked on the chess clock by the Courtroom Deputy.

The Court addresses questions from counsel about the trial process.

The parties do not object to the jury taking notes, the Court reading the historical information during the jury selection and providing comment forms to the jury for feedback at the conclusion of the trial.

**11:13 a.m.**      **Court in recess.**

**Total Time:**   **1 hour 6 minutes.**
**Hearing concluded.**