IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

UNITED STATES OF AMERICA,

        Counterclaim Plaintiff

v.

MARK SEADER,

        Counterclaim Defendant,

And

DAVID MASKELL,

        Counterclaim Defendant,

And

DONALD N. TARANTO,

        Counterclaim Defendant.

**MOTION OF COUNSEL TO WITHDRAW**

The undersigned counsel, Ted H. Merriam, Kevin A. Planegger, and Garret M. Francis, of the Merriam Law Firm, hereby move the Court to be permitted to withdraw as counsel of record for Counterclaim Defendant David Maskell in the above-captioned case. The grounds for this Motion are as follows:

1. This case is scheduled for trial beginning October 19, 2009, pursuant to the Court's Order following the Final Pretrial Conference on February 25, 2009.

2. David Maskell has created an irreconcilable conflict with his attorneys by failing to comply with his retainer agreement with the firm. Counsel see no prospect of resolving this issue in the future.

3. The undersigned will be available to consult with Mr. Maskell and/or new counsel, and to do whatever is reasonably necessary in order to prepare Mr. Maskell and/or new counsel to assume responsibility for the case.

4. Counsel has communicated with Aaron Bailey, counsel for the United States, with respect to this Motion. According to Mr. Bailey, the United States objects to this Motion to the extent that withdrawal would impact the current pretrial order or the current trial date of October 19, 2009.

5. David Maskell has been repeatedly notified of counsel's intent to file this Motion. A copy of this Motion has been mailed to David Maskell via certified mail and via e-mail.

6. David Maskell's home address is 873 Thomaston St., Barnesville, Georgia 30204; Mr. Maskell's home phone number is 770-358-4444, and his cell phone number is 404-310-0204. His current e-mail address is dmaskell873@charter.net.

2

WHEREFORE, it is respectfully requested that the undersigned be permitted to withdraw from representation of David Maskell in this case.

Dated: May 8, 2009

MERRIAM LAW FIRM, P.C.

s/Ted H. Merriam
Ted H. Merriam, Esq.

s/Kevin A. Planegger
Kevin A. Planegger, Esq.

s/Garret M. Francis
Garret M. Francis, Esq.

1625 Broadway, Suite 770
Denver, Colorado 80202
Telephone: 303-592-5404
Facsimile: 303-592-5439
E-mail: tmerriam@taxlaw2848.com

Counsel for David Maskell,
Counterclaim/Third Party Defendant

3

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 8th day of May 2009, I electronically filed the foregoing **Motion of Counsel to Withdraw** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Aaron M. Bailey
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Additionally, a paper copy of the foregoing was placed in the United States Mail with first-class postage prepaid to above counsel.

Additionally, a paper copy of the foregoing was placed in the United States Mail via certified return receipt to:

David K. Maskell
873 Thomaston St.
Barnesville, GA 30204-1755

s/Kevin A. Planegger
Kevin A. Planegger

4