IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

DONALD N. TARANTO, )
       Plaintiff, )
v. )

UNITED STATES OF AMERICA, )
       Defendant. )

UNITED STATES OF AMERICA, )
       Counterclaim Plaintiff )
v. )

MARK SEADER, )
       Counterclaim Defendant, )
And )

DAVID MASKELL, )
       Counterclaim Defendant, )
And )

DONALD N. TARANTO, )
       Counterclaim Defendant. )

**MOTION OF COUNSEL TO WITHDRAW**

The undersigned counsel, Ted H. Merriam, Kevin A. Planegger, and Garret M. Francis, of the Merriam Law Firm, hereby move the Court, pursuant to D.C. Colo. L. Civ. R. 83.3(D), to be permitted to withdraw as counsel of record for Counterclaim Defendant David Maskell in the above-captioned case. The grounds for this Motion are as follows:

1. This case is scheduled for trial beginning October 19, 2009, pursuant to the Court's Order following the Final Pretrial Conference on February 25, 2009.

2. David Maskell has created an irreconcilable conflict with his attorneys by failing to comply with his retainer agreement with the firm. Counsel see no prospect of resolving this issue in the future.

3. The undersigned will be available to consult with Mr. Maskell and/or new counsel, and to do whatever is reasonably necessary in order to prepare Mr. Maskell and/or new counsel to assume responsibility for the case.

4. Counsel has communicated with Aaron Bailey, counsel for the United States, with respect to this Motion. According to Mr. Bailey, the United States objects to this Motion to the extent that withdrawal would impact the current pretrial order or the current trial date of October 19, 2009.

5. David Maskell has been repeatedly notified of counsel's intent to file this Motion. A Notice of Withdrawal addressed to Mr. Maskell is attached to this Motion of Counsel to Withdraw. Mr. Maskell has been warned that he is personally responsible for complying with all Court Orders and time limitations established by the Court and/or any applicable rules.

6. David Maskell's home address is 873 Thomaston St., Barnesville, Georgia 30204; Mr. Maskell's home phone number is 770-358-4444, and his cell phone number is 404-310-0204. His current e-mail address is dmaskell873@charter.net.

WHEREFORE, it is respectfully requested that the undersigned be permitted to withdraw from representation of David Maskell in this case.

Dated: May 11, 2009

                               MERRIAM LAW FIRM, P.C.

                               s/Ted H. Merriam
                               Ted H. Merriam, Esq.

                               s/Kevin A. Planegger
                               Kevin A. Planegger, Esq.

                               s/Garret M. Francis
                               Garret M. Francis, Esq.

                               1625 Broadway, Suite 770
                               Denver, Colorado 80202
                               Telephone: 303-592-5404
                               Facsimile: 303-592-5439
                               E-mail: tmerriam@taxlaw2848.com

                               Counsel for David Maskell,
                               Counterclaim/Third Party Defendant

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 11th day of May 2009, I electronically filed the foregoing **Motion of Counsel to Withdraw** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Aaron M. Bailey
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

James Edward Weaver
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Algirdas M. Liepas
Algirdas M. Liepas, P.C.
419 Canyon Avenue, Suite 215
Fort Collins, CO 80521

Robert H. Dodd, Jr.
Colorado Attorney General's Office
Business & Licensing
1525 Sherman Street, 5th Floor
Denver, CO 80203

Tracy Oldemeyer
Cline, Williams, Wright, Johnson & Oldfather, LLP
123 North College Avenue, Suite 330
Fort Collins, CO 80524

Additionally, a paper copy of the foregoing was placed in the United States Mail with first-class postage prepaid to above counsel.

Additionally, a paper copy of the foregoing was e-mailed and placed in the United States Mail via certified return receipt to:

David K. Maskell
873 Thomaston St.
Barnesville, GA 30204-1755

s/Kevin A. Planegger
Kevin A. Planegger

4