MERRIAM LAW FIRM, P.C.

TED H. MERRIAM
KEVIN A. PLANEGGER*
GARRET M. FRANCIS
*ALSO ADMITTED IN ARIZONA

ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

May 11, 2009

VIA E-MAIL AND
CERTIFIED MAIL RETURN RECEIPT NO. 7007 3020 0003 3321 2146

David Maskell
873 Thomaston Street
Barnesville, GA  30204

Re:   Taranto v. USA, et al.
      District of Colorado, Civil Action No. 07-cv-02235-MSK-KMT
      Notice of Withdrawal

Dear Mr. Maskell:

This letter constitutes our firm's Notice of Withdrawal. Upon the Court's permission and Order, we will no longer represent you with respect to your pending trial in Federal District Court in Colorado, Taranto v. United States, 07-cv-02235-MSK-KMT. You are personally responsible for complying with all court orders and time limitations established by the Court and any applicable rules. We are willing to assist you and/or your new counsel to take over responsibility for your case.

As we have discussed, discovery has been completed, and your case has been set for trial on October 19, 2009. You should also be aware that proposed jury instructions are due to be filed with the Court on June 1, 2009. I encourage you and/or new counsel to work with the Department of Justice attorneys Aaron Bailey and James "Ed" Weaver to attempt to reach a settlement in your case.

Please call if you have any questions.

Sincerely yours,

Kevin Planegger

KAP/ck
Enclosure