# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

| | |
|---|---|
| DONALD N. TARANTO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Counterclaim Plaintiff | ) ) |
| v. | ) ) |
| DAVID MASKELL, | ) ) |
| Counterclaim Defendant. | ) ) |

## ORDER

Having considered counsel for David Maskell's Motion of Counsel to Withdraw, for good cause showing, the Court hereby GRANTS the Motion. Accordingly,

IT IS ORDERED that counsel Ted H. Merriam, Kevin A. Planegger and Garret M. Francis, of the Merriam Law Firm, are permitted to withdraw as counsel of record for Counterclaim Defendant David Maskell.

2

THUS DONE AND SIGNED in Denver, Colorado, this ____ day of May, 2009.

                                                                _____
                                                                Honorable Marcia S. Krieger
                                                                United States District Court Judge