IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

This matter is before the court on a "Motion to Withdraw Ted H. Merriam, Kevin A. Planegger and Garret M. Francis, of the Merriam Law Firm [Document #109, filed May 11, 2009].

Being otherwise fully advised, it is hereby ORDERED that the motion [Doc. No. 109] is GRANTED. Ted H. Merriam, Kevin A. Planegger and Garret M. Francis, of the Merriam Law Firm are relieved of any further representation of Counterclaim Defendant, David Maskell in the above captioned matter. The Clerk of Court is instructed to remove Ted H. Merriam, Kevin A. Planegger and Garret M. Francis, of the Merriam Law Firm from the electronic certificate of mailing. Further, the Clerk of the Court is directed to mail this Order and all future correspondence to:

        David K. Maskell
        873 Thomaston St.
        Barnesville, GA 30204-1755

Dated this 13th day of May, 2009.

                                              BY THE COURT

                                              s/ Kathleen M. Tafoya
                                              KATHLEEN M. TAFOYA
                                              United States Magistrate Judge