IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

UNITED STATES OF AMERICA,

       Counter Claimant,

v.

DAVID MASKELL,

       Counter Defendant.

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on May 13, 2009, I mailed a copy of the Order [Document #111], using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

       And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

David Maskell
873 Thomaston Street
Barnesville, GA 30204-1755

                                  GREGORY C. LANGHAM, Clerk

                                  By s/ Wendi Copello
                                      Deputy Clerk