# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

_____

## UNITED STATES' PROPOSED SUPPLEMENTAL VOIRE DIRE
_____

The United States of America, requests this Court, pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, to supplement its examination of the prospective jurors with the following questions:

    1.    Is anyone acquainted with the plaintiff David Maskell, or with any member of his family?

2. Is anyone acquainted with the attorneys for the United States, Aaron Bailey and James Weaver? If so, please explain.

3. The following persons may be witnesses who will testify during the trial of this case. Please state whether or not you are acquainted with the person, and if you are acquainted, describe how you know the person and how well you know the person:

      a. Donald N. Taranto
      b. Mark Seader
      c. Ken Karegeannes
      d. J. Houston Lennard
      e. Stephanie Papst
      f. Andrew P. Chumney
      g. Carl Schlotz
      h. Kurt Hoeven
      i. Donna Herskind-Ehrlich
      j. Jane Patoniac
      k. David Osborn
      l. Ken Karegeannes
      m. Doug Ulmer
      n. Rick Weizenegger

4. As I call your name, please state your present occupation and, if married, your spouse's occupation. If you are retired, please state your former occupation.

5. Were any of you or any member of your families ever employed by, or did you or they have any dealings with Firewall Forward Aircraft Engines, Inc. (d/b/a Firewall Forward,

Inc.) or any business operating under the name of Firewall Forward? If so, please explain. How about Firewall Forward International, FWF, Inc., Eagle Air, ROC Air, or any variations on any of these names?

6. Have any of you served as a juror before? If so:

(a) When did you serve?

(b) In what court?

(c) Was the case criminal or civil?

(d) Generally, what was the case about?

(e) [To be asked of those who served as jurors in a criminal case.] Will you be able to put aside the instructions given in the criminal case, particularly those regarding the burden of proof, and follow the instructions I will give you?

(f) What was the outcome of the case?

7. Does anyone on the panel have any strong personal convictions against the filing of tax returns or the assessment or collection of taxes?

8. Have any of you been a member of, or associated with, any tax resistance or tax protest movement or organization?

      (a)  If so:

           (1) Describe the nature of your membership or affiliation and name the organization(s) with which you were affiliated.

           (2) Please explain the nature of the organization.

9.     Have you ever had any <u>discussions</u> with the Internal Revenue Service concerning your own taxes or your own tax returns?

      (a)  If so:

           (1) Did it involve the payment of additional taxes?

           (2) Did you have to pay additional taxes?

           (3) Was the matter resolved to your satisfaction?

10.     Have you or any member of your family or any close friend been <u>audited</u> or <u>investigated</u>, by the Internal Revenue Service or been required to pay additional taxes by the Internal Revenue Service?  If so, do you feel that such an experience would affect your ability to judge this case fairly?

11.     Have you ever felt that you or any of your relatives or friends, or any business with which you or they may have been connected, may have been unfairly treated by the Internal Revenue Service?  If so, please explain.

12. Have you or any member of your family or any close friend ever filed a claim or suit against the Government?

    (a) If so, please explain.

    (b) If so, do you feel that you or they were fairly treated?

13. Have you ever had a dispute or disagreement with any city, county, state, federal or other government agency?

    (a) If so:

        (1) State which agency.

        (2) State the general nature of the dispute.

    (b) Would your experience affect in any manner your decision in this lawsuit?

14. Have you or any member of your family or any close friend ever had discussions with the taxing authority of a city, county, state, or other governmental body concerning your or their own taxes or the taxes of a business?

    (a) If so:

        (1) Which taxing authority?

        (2) What type of tax?

        (3) Did you or they have to pay additional taxes?

        (4) Was the matter resolved to your or their satisfaction?

(b) If so, did you feel that you or they were fairly treated?

15. Have you or any member of your family ever been a party to a lawsuit?  If so:

   (a) What was the nature of the lawsuit?

   (b) Would that experience affect in any manner your decision in this lawsuit?

16. Have you or any member of your family ever been engaged in work which includes the preparation of tax returns?  If so, what was the nature and extent of that work?

   (a) What was the nature of the work?

   (b) Would that experience in any manner affect your decision in this lawsuit?

17. Have you or any member of your family ever been in a position to manage or to participate in the financial affairs of a corporation or business?  If so:

   (a) What was the position held?

   (b) When did you or they serve?

   (c) What was the nature of the business?

   (d) Was it necessary for you or for them to prepare or to assist in preparing any tax returns of the corporation or business?

18. Have you or any member of your family ever owned your or their own business or part of a business with others?

       (a) If yes, were there any employees?

       (b) If yes, did you or they ever fail to deposit or to pay over withheld income or social security taxes to the Internal Revenue Service?

19. Do any of you have any feelings about the United States, the Internal Revenue Service, the Department of the Treasury, or the Department of Justice that would influence you either in favor of or against them in this lawsuit?

20. If the evidence in this lawsuit supports the United States' case would you have any difficulty joining in a verdict in favor of the United States?

21. Do you believe in your own mind that if selected as a juror, you can and will base your verdict only on the evidence and on the Court's instructions and will not be influenced by bias or other feelings for or against any side?

22. Do you know of any fact or circumstance which you feel the Court and parties should be aware of before they decide whether you should be a juror in this case?

Dated this 1st day of June 2009.

                    Respectfully submitted,

                    DAVID M. GAOUETTE
                    Acting United States Attorney

                    By: /s/ James E. Weaver
                    AARON M. BAILEY
                    JAMES E. WEAVER
                    U.S. Department of Justice
                    Tax Division
                    P.O. Box 683
                    Ben Franklin Station
                    Washington, D.C.  20044
                    (202) 616-3164
                    (202) 305-4929
                    *Attorneys for the United States*

**Certificate of Service**

IT IS HEREBY CERTIFIED that service of the **UNITED STATES' PROPOSED SUPPLEMENTAL VOIRE DIRE,** filed on June 1, 2009, was made on this 1st day of June 2009 by mailing a copy of those documents by first class mail, postage prepaid, and by certified mail, return receipt requested, to:

> David Maskell
> 873 Thomaston Street
> Barnesville, Georgia 30204

>> /s James E. Weaver
>> James E. Weaver
>> Trial Attorney, Tax Division
>> United States Department of Justice