IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

_____

**CERTIFICATE OF SERVICE OF
UNITED STATES' PROPOSED JURY INSTRUCTIONS
(ALL BUT PROPOSED INSTRUCTION 10 ARE UNOPPOSED BY
MR. MASKELL)**
_____

IT IS HEREBY CERTIFIED that service of the UNITED STATES' PROPOSED JURY INSTRUCTIONS, filed on June 1, 2009, was made on this 1st day of June 2009 by mailing a copy of those documents by first class mail, postage prepaid, and by certified mail, return receipt requested, to:

    David Maskell
    873 Thomaston Street
    Barnesville, Georgia 30204

    /s James E. Weaver
    James E. Weaver
    Trial Attorney, Tax Division
    United States Department of Justice

4302264.1