# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

      Counterclaim Plaintiff,

v.

DAVID MASKELL,

      Counterclaim Defendant.

_____

## SATISFACTION OF JUDGMENT
_____

The United States of America, by and through its undersigned counsel,

hereby states that the judgment entered on October 28, 2008, has been satisfied in full as to

Counterclaim Defendant Mark Seader.

////

////

Dated this 15th day of July, 2009.

Respectfully submitted,

DAVID M. GAOUETTE
Acting United States Attorney

By: /s/ Aaron M. Bailey
AARON M. BAILEY
JAMES E. WEAVER
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 616-3164
(202) 305-4929
*Attorneys for the United States*

**Certificate of Service**

IT IS HEREBY CERTIFIED that service of the **SATISFACTION OF JUDGMENT,**

filed on July 15, 2009, was made on this 15th day of June, 2009 by mailing a copy of those

documents by first class mail, postage prepaid, and by certified mail, return receipt requested, to:

> David Maskell
> 873 Thomaston Street
> Barnesville, Georgia 30204
>
> Algirdas M. Liepas
> Algirdas M. Liepas, PC
> 419 Canyon, Suite 215
> Fort Collins, CO 80521

/s/ Aaron M. Bailey
Aaron M. Bailey
Trial Attorney, Tax Division
United States Department of Justice