DAVID M. GAOUETTE
Acting United States Attorney

AARON M. BAILEY
JAMES E. WEAVER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

//

(Caption continued on next page)

DAVID M. GAOUETTE
Acting United States Attorney

AARON M. BAILEY
JAMES E. WEAVER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

DONALD N. TARANTO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

//

(Caption continued on next page)

## UNITED STATES' DEPOSITION DESIGNATIONS

The United States of America, by and through its undersigned counsel, respectfully identifies and designates, pursuant to Rule 26(a)(3), the following portions of deposition testimony that it may present at trial as part of its case in chief:

1a. **Excerpts from Transcript of the Deposition of Stephanie Pabst (Deposition taken on September 5, 2008)**

   **Page and line numbers:**

   6:5-10
   6:19 - 7:2
   7:3-14
   7:22 - 11:19
   12:1 - 23:4
   27:9 - 36:22 (and Depo Exh. 9)
   39:14 - 47:3
   60:12 - 62:1
   62:11 - 83:17
   86:17 - 87:25
   104:16 - 109:8
   114:7-25
   117:24 - 118:22
   119:2 - 121:1

1a. **Excerpts from Transcript of the Deposition of David K. Maskell (Deposition taken on July 16, 2008)**

   **Page and line numbers:**

   10:8 - 12:10
   12:24 - 13:13
   17:15-24
   18:9 - 19:2

        26:5 - 27:15
        43:24 - 44:19
        51:17-23
        85:23 - 86:5
        169:13 - 170:10

Dated this 23rd day of February 2009.

                                            Respectfully submitted,
                                            DAVID M. GAOUETTE
                                            Acting United States Attorney

                                            By: /s/ James E. Weaver
                                            AARON M. BAILEY
                                            JAMES E. WEAVER
                                            U.S. Department of Justice
                                            Tax Division
                                            P.O. Box 683
                                            Ben Franklin Station
                                            Washington, D.C. 20044
                                            (202) 616-3164
                                            (202) 305-4929
                                            aaron.m.bailey@usdoj.gov
                                            *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I, James E. Weaver, hereby certify that on February 23, 2009, I caused to be served the foregoing deposition designations by regular mail and by fax on the following:

> Ted H. Merriam
> Kevin A. Planegger
> Garret M. Francis
> Merriam Law Firm, P.C.
> 1625 Broadway, Suite 770
> Denver, CO 80202
>
> *Attorneys for Counterclaim Defendant David Maskell*

By: /s/ James E. Weaver
James E. Weaver