AO 88 (Rev. 01/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 07-CV-2235-MSK-KMT |
| Daivd Maskell | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Kurt Hoeven, c/o 1001 A East Harmony Rd., #502, Fort Collins, Colorado 80525

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Alfred J. Arraj Courthouse<br>901 19th Street<br>Denver, Colorado | Courtroom No.: A901 |
|---|---|
| | Date and Time: 10/20/2009 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 9/11/09

CLERK OF COURT

OR

_____     _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States
_____ , who issues or requests this subpoena, are:
James E. Weaver, P.O. Box 683, Washington, DC 20044, james.e.weaver@usdoj.gov, 202-305-4929

AO 88  (Rev.01/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  07-CV-2235-MSK-KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __Kurt Hoeven__
was received by me on *(date)* __09/14/09__ .

☒ I personally served the subpoena on the individual at *(place)* __301 S. Howes St, Rm 302, Fort Collins, CO 80521__ on *(date)* __09/28/09__ ; or @ 1:25 p.m.

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/28/09__

___Leala K Carlin___
Server's signature

___Leala K. Carlin___
Printed name and title

___301 S. Howes St, Rm 302, Fort Collins, CO 80521___
Server's address

Additional information regarding attempted service, etc: