## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush      Date: October 19, 2009
Court Reporter: Paul Zuckerman

Civil Action No. 07-cv-02235-MSK-KMT

*Parties*:                                            *Counsel*:

UNITED STATES OF AMERICA,      James Weaver
                                                Aaron Bailey

        Plaintiff,

v.

DAVID MASKELL,                     Pro Se

        Defendant.

## COURTROOM MINUTES

Jury Trial - Day One

1:20 p.m.      Court in session.

**ORDER:**      Witnesses are sequestered.

Discussion regarding instructions and stipulations of fact.

1:55 a.m.      Jury panel present.

Voir dire by the Court.

3:07 p.m.      Court in recess.
3:31 p.m.      Court in session.

Continued voir dire.

Juror excused for cause: 183062

Jurors excused: 165339, 173594, 189703, 192946, 131788, 170919

3:54 p.m.      Twelve jurors sworn to try the case: 183432, 194986, 191690, 164961, 164895, 162767, 194208, 169607, 165140, 164993, 173958, 191066

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Court's preliminary instructions to the jury.

4:20 p.m.	Opening statement by Mr. Maskell.

4:36 p.m.	Opening statement by Mr. Bailey.

**4:51 p.m.	Court in recess.**

Time: 3:07
Trial continued.