IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MARCIA S. KRIEGER

Civil Action No. 07-cv-02235-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MASKELL,

    Defendants.

|   | JUROR NUMBER | JUROR NAME | PLAINTIFF CHALLENGE | DEFENDANT CHALLENGE |   |
|---|---|---|---|---|---|
| 1. | 100165339 | | | D2 | 1. |
| 2. | 100183432 | | | | 2. |
| 3. | 100194986 | JURORS' NAMES REDACTED | | | 3. |
| 4. | 100173594 | | π(3) | | 4. |
| 5. | 100191690 | | | | 5. |
| 6. | 100189703 | | π(2) | | 6. |
| 7. | 100164961 | | | | 7. |
| 8. | 100164895 | | | | 8. |
| 9. | 100192946 | | | D1 | 9. |
| 10. | 100131788 | | π(1) | | 10. |
| 11. | 100162767 | | | | 11. |
| 12. | 100194208 | | | | 12. |
| 13. | 100169607 | | | | 13. |
| 14. | 100165140 | | | | 14. |
| 15. | 100164993 | | | | 15. |
| 16. | 100170919 | | | D3 | 16. |
| 17. | 100173958 | | | | 17. |
| 18. | 100191066 | | | | 18. |