**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush        Date: October 20, 2009
Court Reporter:  Paul Zuckerman

Civil Action No. 07-cv-02235-MSK-KMT

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,          James Weaver
                                              Aaron Bailey

        Plaintiff,

v.

DAVID MASKELL,                              Pro Se

        Defendant.

## COURTROOM MINUTES

Jury Trial - Day Two

8:41 a.m.        Court in session.

Jury not present.

Discussion regarding juror's request to be excused.

With the consent of the parties, Juror No. 191066 is excused.

8:45 a.m.        Jury present.

**Exhibits received:**    1, 2, 3, 5, 7, 8, 9, 10, 11, 13, 15, 16, 17, 20, 21, 22, 23, 24, 27, 33, 47, 48, 52, 53

Exhibits 19 and 31 shall be separately offered.

8:58 a.m.        Mr. Maskell sworn.

Direct testimony by Mr. Maskell.

9:15 a.m.        Court in recess.
10:04 a.m.       Court in session.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Jury not present.

Discussion regarding exhibits.

10:08 a.m.      Jury present.

**Exhibits rejected:**     56, 59, 60, 61, 62, 63, 64, 65, 66, 67

**Exhibits received:**     58, 68, 69, 70

10:20 a.m.      Continued direct testimony of Mr. Maskell.

10:56 a.m.      Cross examination by Mr. Weaver.

11:37 a.m.      Court in recess.
1:20 p.m.       Court in session.

**Exhibit received:**      6

Discussion regarding witnesses.

1:28 p.m.       Jury present.

Continued cross examination of Mr. Maskell by Mr. Weaver.

**Exhibits received:**     35, 31

2:21 p.m.       Redirect testimony by Mr. Maskell.

2:43 p.m.       Court in recess
3:04 p.m.       Court in session.

Jury present.

Plaintiff's witness, Stephanie Papst, sworn.

Direct examination by Mr. Bailey.

3:21 p.m.       Cross examination by Mr. Maskell.

3:48 p.m.       Jury excused until 8:30 a.m. tomorrow.

Discussion regarding charging conference.

3:51 p.m.       Court in recess.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Time: 4:17
Trial continued.