**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush        Date: October 21, 2009
Court Reporter:  Paul Zuckerman

Civil Action No. 07-cv-02235-MSK-KMT

*Parties*:                                           *Counsel*:

UNITED STATES OF AMERICA,        James Weaver
                                                     Aaron Bailey

        Plaintiff,

v.

DAVID MASKELL,                               Pro Se

        Defendant.

---

**COURTROOM MINUTES**

---

Jury Trial - Day Three

9:02 a.m.        Court in session.

Jury present.

Defendant calls Stephanie Papst as a witness.

Direct examination of Ms. Papst by Mr. Maskell.

**Exhibit received:**     28

10:10 a.m.       Cross examination by Mr. Bailey.

10:24 a.m.       Redirect examination by Mr. Maskell.

10:30 a.m.       Court in recess.
10:51 a.m.       Court in session.

Jury present.

Defendant's witness, Rick Weizenegger, sworn.

Direct examination by Mr. Maskell.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

11:28 a.m.      Cross examination by Mr. Weaver.

11:48 a.m.      Court in recess.
1:29 p.m.       Court in session.

Jury not present.

Oral motion by Mr. Bailey to exclude opinion testimony of Mr. Chumney.

**ORDER:**      Oral motion to exclude opinion testimony of Mr. Chumney is denied as moot.

1:35 p.m.       Jury present.

Continued cross examination of Mr. Weizenegger by Mr. Weaver.

1:43 p.m.       Redirect examination by Mr. Maskell.

Defendant's witness, Andrew Chumney, sworn.

Direct examination by Mr. Maskell.

2:41 p.m.       Jury excused.

Discussion between the Court and counsel.

2:45 p.m.       Court in recess.
2:58 p.m.       Court in session.

Jury not present.

Discussion between the Court and counsel regarding the testimony of Mr. Chumney.

3:18 p.m.       Jury present.

Continued direct examination of Mr. Chumney by Mr. Maskell.

3:23 p.m.       Cross examination by Mr. Bailey.

3:38 p.m.       Redirect examination by Mr. Chumney.

Defendant rests.

3:32 p.m.       Plaintiff's witness, Kurtis Hoeven, sworn.

Direct examination by Mr. Weaver.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

3:41 p.m.	Cross examination by Mr. Maskell.

3:52 p.m.	Redirect examination by Mr. Weaver.

3:53 p.m.	Recross examination by Mr. Maskell.

3:58 p.m.	Plaintiff's witness Mark Seader sworn.

Direct examination of Mr. Seader by Mr. Bailey.

4:29 p.m.	Court in recess.

Time: 5:02
Trial continued.