**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush          Date: October 22, 2009
Court Reporter:  Paul Zuckerman

Civil Action No. 07-cv-02235-MSK-KMT

<u>*Parties*</u>:                                               <u>*Counsel*</u>:

UNITED STATES OF AMERICA,                 James Weaver
                                          Aaron Bailey

       Plaintiff,

v.

DAVID MASKELL,                            Pro Se

       Defendant.

## COURTROOM MINUTES

Jury Trial - Day Four

8:36 a.m.     Court in session.

Jury not present.

Charging conference.

9:20 a.m.     Court in recess.
10:20 a.m.    Court in session.

Jury not present.

Discussion regarding the testimony of Doug Ulmer, Exhibit 16 and Exhibit 20.

10:24 a.m.    Jury present.

Continued direct examination of Mr. Seader by Mr. Bailey.

10:33 a.m.    Cross examination by Mr. Maskell.

**Exhibits received:     14,  34**

11:56 a.m.    Court in recess.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

1:18 p.m.        Court in session.

Jury not present.

Parties state that there is no further testimony.

**Exhibit received:**     19A

Discussion regarding jury instructions.

1:37 p.m.        Court in recess.
1:54 p.m.        Count in session.

Jury present.

Court instructs the jury.

2:18 p.m.        Closing argument by Mr. Maskell.

2:22 p.m.        Closing argument by Mr. Weaver.

2:58 p.m.        Rebuttal argument by Mr. Maskell.

Court security officer sworn.

Jury excused to deliberate.

3:04 p.m         Court in recess.
3:32 p.m.        Court in session.

Court reads the note from the jury.

3:35 p.m.        Jury present.

The jury informs the Court it has reached a verdict.  The Court received the written verdict and orally read the verdict.   Pursuant to General Order 2007-3 the original Verdict has been filed conventionally by delivery to the clerk's office.  A representation of the Verdict is attached to the court minutes.

Jurors polled individually to confirm the verdict.

Jury excused from the courtroom, to be released from the jury deliberation room by the Judge.

**ORDER:**     Judgment shall enter based on the verdict that has been rendered.

Courtroom Minutes  
Judge Marcia S. Krieger  
Page 3

3:41 p.m.       Court in recess.

Time: 3:58  
Trial concluded.

**Clerk's Note:**     Court Exhibit 1 (draft jury instructions) and Court Exhibit 2 (draft jury verdict)  used at charging conference are attached.  All trial exhibits returned to Mr. Weaver.