**JUDGE MARCIA S. KRIEGER**
Amended Exhibit List

United States v. David Maskell

Case No. 07-cv-02235-MSK-KMT

Caption

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | David Maskell/Stephanie Papst/Donna Herskind | Checks signed by David Maskell (MS 00752, DOJ 02279, DOJ 02645, USCR2110, USCR-02045; USCR-02053-02058; USCR-02065-68; DOJ002548-002550; DOJ002583, USCR-02069-02076; USCR-02078; USCR-02080-2088, 2090-2098) | x | | 10/20 | | |
| 2 | David Maskell | Form 941 signed by David Maskell dated May 3, 2002 (US 06580) | x | | 10/20 | | |
| 3 | Mark Seader | Forms 941 signed by Mark Seader (US 06084-060097) | x | | 10/20 | | |
| 4 | David Maskell | Assignment of Lease and Sublease documents (DOJ01225-01231) | x | | | | |
| 5 | David Maskell/Donna Herskind | Home State Bank signature card signed November 13, 2002 (US 11002-11003, DOJ001335-1338) | x | | 10/20 | | |
| 6 | David Maskell/Donna Herskind | Home State Bank signature cards and resolutions (DOJ001331-001333) | x | | | | |
| 7 | David Maskell | Documents relating to borrowing transactions from Home State Bank (DOJ001182-001203) | x | | 10/20 | | |
| 8 | David Maskell | A Disbursement Request and Authorization for $350,285 dated July 12, 2002 (US 04684) | x | | 10/20 | | |
| 9 | David Maskell/Stephanie Papst | Performance Review signed by David Maskell, dated October 16, 2002 (MS 01189, MS 01192-01195) (Papst Dep. Ex. 9) | x | | 10/20 | | |

| # | | | | |
|---|---|---|---|---|
| 10 | Mark Seader/Donna Herskind/Stephanie Papst/Kurt Hoeven | Firewall Forward Payroll Reports (SEA00001-00004, SEA000055-00066, SEA000136-00145, SEA00204-00207, SEA002211-00215, SEA002266-00270, SEA00325-00329, SEA00384-00388, SEA00517-00521, SEA00579-00583, SEA00644-00648, SEA00716-00720, SEA00779-00790, SEA008862-00866, SEA01100-01107, SEA01380-01384, SEA016692-01700, SEA02551-02558, SEA03035-03040, SEA03535-03540, SEA04087-04092, SEA04701-04708, SEA05216-05223, SEA05743-05751, SEA06305-06312, SEA06799-06807, SEA07143-07150, SEA07477-07484, SEA07819-07826, SEA08159-08165, SEA08492-08499) | x | 10/20 |
| 11 | David Maskell | Notice of Final Agreement dated November 26, 2001 (US 12031-32) | x | 10/20 |
| 12 | David Maskell | Home State Bank Visa Application (DO1001269-1273) | x | |
| 13 | David Maskell | Letter of agreement signed by Donald Taranto and David Maskell regarding assets of Firewall Forward (US 04299) | x | 10/20 |
| 14 | David Maskell | Letter from David Osborn to David Maskell, et al., dated Dec. 6, 2002 (MS 00350-357) | x | 10/22 |
| 15 | David Maskell/ Mark Seader | Letter from Tom Fulton (Western Aircraft) to David Maskell (MS 00731) | x | 10/20 |
| 16 | Doug Ulmer, IRS | Forms 4340 for the Second Quarter of 2002 through the Third Quarter of 2003 for David Maskell's Section 6672 liabilities | x | 10/20 |

| # | Witnesses | Description | | | | |
|---|---|---|---|---|---|---|
| 17 | Mark Seader/David Maskell/Donna Herskind/Stephanie Papst/Kurt Hoeven | Checks from The Home State Bank signed by David Maskell (SEA00465-0069, SEA00471-72, SEA00474-00492, SEA00494-00495, SEA00496-00502, SEA00504-00506, SEA00508-00509, SEA00511-12, SEA00514-00516, SEA00820, SEA00867, SEA00871, SEA00881, SEA00883, SEA00893, SEA00901, SEA00906, SEA00909, SEA00917, SEA00919, SEA00921, SEA00926, SEA00933, SEA00938, SEA00946, SEA00951-00953, SEA00961-00962, SEA00970, SEA00980, SEA00985-00986, SEA00994, SEA01002, SEA01010, SEA01012, SEA01016, SEA01024, SEA01029, SEA01037-01039, SEA01044, SEA01052, SEA01057, SEA01065, SEA01067, SEA01076-01077, SEA01082, SEA01385, SEA01390, SEA01405, SEA01408, SEA01418, SEA01420, SEA01430, SEA01435, SEA01442, SEA01454, SEA01456, SEA01467, SEA01469, SEA01472, SEA01476, SEA01485, SEA01490, SEA01502, SEA01507-01510, SEA01523, SEA01535, SEA01540, SEA01544-01545, SEA01556, SEA01567, SEA01579, SEA01581, SEA01583, SEA01594, SEA01613-01615, SEA01620, SEA01633, SEA01638, SEA01649, SEA01651, SEA01653, SEA01664-01665, SEA01670, SEA01681, SEA03545, SEA03566, SEA03588, SEA03592, SEA03596, SEA03618, SEA03628, SEA03651, SEA03657, SEA03670, SEA03692, SEA03697, SEA03703, SEA03725, SEA03731, SEA03753, SEA03759, SEA03761, SEA03783, SEA03785, SEA03807, SEA03809, SEA03831, SEA03853, SEA03859, SEA03864, SEA03866, SEA03888, SEA03910, SEA03932, SEA03936, SEA03940, SEA03946, SEA03968, SEA03970, SEA03974, SEA03980, SEA04065) | x | 10/20 | | |
| 18 | David Maskell/ Donna Herskind | Personnel Records (MS 01193-95, MS 00142-143, SEA00040-41, MS 00105-115, MS 00123-126, MS 00133) | x | | | |
| 19a | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank March 2002 (DOJ001104-1122) | x | 10/22 | | |

| Item | Name | Description | | | |
|---|---|---|---|---|---|
| 19b | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank April 2002 (USCR01872-1926) | X | | |
| 19c | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank May 2002 (USCR01927-1984) | X | | |
| 19d | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank June 2002 (USCR01985-2030; DOJ002454-2461; DOJ002469) | X | | |
| 19e | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank July 2002 (USCR02134-2168; USCR0909-00944) | X | | |
| 19f | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank August 2002 (USCR02169-2177; USCR00892-00901) | X | | |
| 19g | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank September 2002 (USCR00822-823; USCR00902-00904) | X | | |
| 19h | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank October 2002 (USCR00905-00908) | X | | |
| 19i | Mark Seader/ David Maskell | Bank Statements/Checks from The First State Bank November 2002 (USCR00855-56) | X | | |
| 20 | Doug Ulmer, IRS | INST-D Report for David Maskell (Second Quarter 2002 through Third Quarter 2003) | X | 10/20 | |
| 21 | Doug Ulmer, IRS | Forms 4340 for the Second Quarter of 2002 through the Third Quarter of 2003 for Firewall Forward Aircraft Engines, Inc. | X | 10/20 | |

ADMITTED

| # | Names | Description | | | ADMITTED |
|---|---|---|---|---|---|
| 22 | Mark Seader/David Maskell | Bank Statements/Checks from First National Bank of Longmont (USCR 00837, 852-53, 860-863) | X | | 10/20 |
| 23 | Kurt Hoeven | First State Bank Checks Numbered (DOJ002224-2226) | X | | 10/20 |
| 24 | David Maskell | Letter from David Maskell to Howard Wigert (Home State Bank) (DOJ001339) | X | | 10/20 |
| 25 | Kurt Hoeven/Stephanie Papst/Donna Herskind | Home State Bank Account Summaries (MS 01147-1158, 01166-1184, 02104-2106, 1800-1802, 2067-2069) | X | | |
| 26 | David Maskell | Limited Liability Company Banking Resolution (US 11009-11012) | X | | |
| 27 | David Maskell/Mark Seader | Firewall Forward Executive Summary (DOJ001166-1170) | X | | 10/20 |
| 28 | Mark Seader/David Maskell | Invoices from Aviall, Inc. (MS 00150-151,184-196, 281, 301) | X | | 10/21 |
| 29 | Stephanie Papst/ Donna Herskind | Income Statements of Firewall Forward, Inc., 2002-2003 (MS 00388-00395) | X | | |
| 30 | Stephanie Papst/ Donna Herskind | Balance Sheets of Firewall Forward, Inc. (MS 00409-410, 476-77, 839-840, 1545-46) | X | | |
| 31 | Donna Herskind/David Maskell/Stephanie Papst | Firewall Forward International Visa statements (MS 00993-1009) | X | | 10/20 |
| 32 | Kurt Hoeven/Stephanie Papst/Mark Seader | Payroll Tax Reports (MS 01010-1028) | X | | |
| 33 | Mark Seader | Invoice from Firewall Forward, Inc. to Range Flyers, Inc., August 13, 2003 (MS 001110) | X | | 10/20 |
| 34 | Mark Seader | Articles of Incorporation, By Laws and Corporate Records of Firewall Forward Aircraft Engines, Inc., d/b/a "Firewall Forward, Inc." (TAR00001-20) | X | | 10/20 |

| No. | Witness | Description | Marked | Admitted |
|---|---|---|---|---|
| 35 | Kurt Hoeven/ Stephanie Papst | First State Bank Check for $500,000 to Eagle Air Investments (USCR 1603) | X | 10/20 |
| 36 | Stephanie Papst | Bank Account "Snapshot" (MS 01159-61, 1163-1165, 1168-1170, 1181-82) | X | |
| 37 | Stephanie Papst/Donna Herskind | Income Statements (MS 02135-36, 01547-48, 02072-02073, 02241-02242) | X | |
| 38 | David Maskell | Loan documents relating to Home State transaction in December 2002 (DOJ001298-001310) | X | |
| 39 | David Maskell | Title policy (DOJ001320-001325) | X | |
| 40 | David Maskell | Checks from Eagle Air Investments, LLC to Firewall Forward (DOJ002476-002479; DOJ002493; DOJ002512) | X | |
| 41 | David Maskell/Kurt Hoeven/Donna Herskind-Exhrlich/Mark Seader | Aged Receivables report (MS00362-00371) | X | |
| 42 | Mark Seader | Financial report July 31, 2003 (MS00400-00404) | X | |
| 43 | Mark Seader | Financial report September 30, 2003 (MS00409-00410) | X | |
| 44 | David Maskell/Mark Seader | Eagle Air analysis (MS00427-00430) | X | |
| 45 | Mark Seader | Financial report August 31, 2003 (MS01701-01702) | X | |
| 46 | Mark Seader | Financial report March 31, 2003 (MS02070-02073) | X | |
| 47 | David Maskell | K-1 for Eagle Air Investments, LLC for 2003 (TAR00430-00431) | X | 10/20 |
| 48 | David Maskell | K-1 for Eagle Air Investments, LLC for 2002 (TAR00453-00454) | X | 10/20 |
| 49 | David Maskell | Operating Agreement for Firewall Forward Investments, LLC (DOJ001125-1159, 1163-1165) | X | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | David Maskell | Checks from ROC Air Service to Firewall Forward (DJ001975; DOJ002525) | X | | | |
| 51 | David Maskell | Assumption Agreement (MS01353-01354) | X | | | |
| 52 | Donna Herskind-Ehrlich/Stephanie Pabst/Kurt Hoeven/David Maskell/Mark Seader | Checks to ROC Air (MS00766; MS00771-00775; USCR-02108) | X | | _1D/9D_ | |
| 53 | David Maskell | Resolution (US04509-04510) | X | | _1D/2D_ | |
| 54 | David Maskell | Letter of December 6, 2002 from David Osborn (US04530-04531) | X | | | |
| 55 | Donna Herskind-Ehrlich/Stephanie Pabst/Kurt Hoeven/David Maskell/Mark Seader | Checks to Firewall Forward, Firewall Forward, Inc., and Firewall Forward Invest LLC deposited in account 0132772 (DOJ002477; DOJ002484; DOJ002489-002491; DOJ002499-00501; DOJ002503-0025505; DOJ002507; DOJ002512-13; DOJ002515-19) | X | | | |

| Exhibit | | Admitted | Rejected | |
|---------|---|----------|----------|---|
| 56 | | | 10/20 | |
| 57 | | | | |
| 58 | | 10/20 | | |
| 59 | | | 10/20 | |
| 60 | | | 10/20 | |
| 61 | | | 10/20 | |
| 62 | | | 10/20 | |
| 63 | | | 10/20 | |
| 64 | | | 10/20 | |
| 65 | | | 10/20 | |
| 67 | | | 10/20 | |
| 68 | | 10/20 | | |
| 69 | | 10/20 | | |
| 70 | | 10/20 | | |
| | | | | |
| 66 | | | 10/20 | |
| | | | | |
| | | | | |
| | | | | |