THE JURRY HAVE REACHED A VERDICT

JURY FOREPERSON:

JUROR'S
NAME
REDACYED

10/22/2009
07-CV-02235-MSK-KMT
LB