IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02235-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MASKELL,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2009

GREGORY C. LANGHAM
                CLERK

## VERDICT

**WE THE JURY, in the above-captioned action, render our verdict in response to the following questions:**

**QUESTION 1:** Did Mr. Maskell prove, by a preponderance of the evidence, that he was not a person "responsible" for Firewall Forward, Inc.'s failure to pay over employment taxes?

        YES _____        NO _X_

If you answered "YES" to Question 1, you have found a verdict in favor of Mr. Maskell. Do not answer any other questions on this form, and proceed to sign the appropriate portion of the Certification section. If you answered "NO" to Question 1, proceed to answer Question 2.

**QUESTION 2**: Did Mr. Maskell prove, by a preponderance of the evidence, that his failure to ensure Firewall Forward, Inc.'s payment of taxes was not willful?

YES \_\_\_\_     NO  X

**If you answered "YES" to Question 2, you have found a verdict in favor of Mr. Maskell. Do not answer any other questions on this form, and proceed to sign the appropriate portion of the Certification section. If you answered "NO" to Question 2, you have found a verdict in favor of the United States of America. Proceed to sign the appropriate portion of the Certification form.**

# CERTIFICATION

If you reached a verdict for Mr. Maskell, sign and date the following section. Once you have done so, inform the Court by note that you are ready to return to the courtroom to announce your verdict.

By our signatures and our answers to these questions, we certify that we have reached a verdict for Mr. Maskell, and that the answers on this form represent the unanimous verdict of the jury.

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

Dated: October ___, 2009

If you reached a verdict for the United States of America, sign and date the following section. Once you have done so, inform the Court by note that you are ready to return to the courtroom to announce your verdict.

By our signatures and our answers to these questions, we certify that we have reached a verdict for the United States of America, and that the answers on this form represent the unanimous verdict of the jury.

*Jurors' Names Redacted*

Dated: October 22, 2009