**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

      Counterclaim Plaintiff,

v.

DAVID MASKELL,

      Counterclaim Defendant.

_____

**PARTIES' STATEMENT REGARDING PENALTY AMOUNT**
_____

Counterclaim Plaintiff, the United States of America, and Counterclaim Defendant David

Maskell, pursuant to the Court's Order of October 22, 2009 [Rec. Doc. 125] submit the

following statement regarding the penalty amounts for which Mr. Maskell is liable pursuant to

26 U.S.C. § 6672 for the Second, Third and Fourth Quarters of 2002 and First, Second and Third

Quarters of 2003, with respect to the verdict rendered against Mr. Maskell in this matter.

The parties submit the following statement of the amounts of Mr. Maskell's liability:

| TAX PERIOD ENDED | DATE TAX ASSESSED | AMOUNT DUE[1] |
|---|---|---|
| 06/30/2002 | February 27, 2006 | $   5,600.95 |
| 09/30/2002 | February 27, 2006 | $ 90,110.83 |
| 12/31/2002 | February 27, 2006 | $121,033.31 |
| 03/31/2003 | February 27, 2006 | $ 96,558.12 |
| 06/30/2003 | February 27, 2006 | $105,671.53 |
| 09/30/2003 | February 27, 2006 | $   5,508.74 |

The total amount of the penalties for which Mr. Maskell is liable is $424,483.48 plus

accrued statutory interest pursuant to 28 U.S.C. § 1961 (c)(1), 26 U.S.C. §§ 6601 and 6621(a)

and additions from October 19, 2009 less any payments or credits, including any offsets as the

result of collection from other assessed parties, until paid in full.


///

///

///

---

[1] These amounts reflect the total balance due, including interest and statutory additions, less payments or credits, from October 19, 2009.  These amounts are reflected in the INST-D reports admitted as Exhibit 20 at trial.

Dated this 29th day of October 2009.

Respectfully submitted,

DAVID M. GAOUETTE
Acting United States Attorney

By: /s/ Aaron M. Bailey
AARON M. BAILEY
JAMES E. WEAVER
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 616-3164
(202) 305-4929
*Attorneys for the United States*


_____

DAVID MASKELL
873 Thomaston Street
Barnesville, GA 30204