**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

---

**CERTIFICATE OF SERVICE**

---

IT IS HEREBY CERTIFIED that service of the PARTIES' STATEMENT REGARDING PENALTY AMOUNT**,** filed on October 29, 2009, was made on this 29th day of October 2009 by mailing a copy of those documents by first class mail, postage prepaid, and by certified mail, return receipt requested, to:

    David Maskell
    873 Thomaston Street
    Barnesville, Georgia 30204

    /s Aaron M. Bailey
    AARON M. BAILEY
    Trial Attorney, Tax Division
    United States Department of Justice

4302264.1