**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

_____

**NOTICE REGARDING SIGNATURE PAGE**
_____

    Counterclaim Plaintiff, the United States of America, submits the attached signature page containing an electronic signature for David Maskell, in correction of the signature page submitted on October 29, 2009 in association with the parties' joint Statement Regarding Penalty Amount [Rec. Doc. 128].

///

Dated this 2nd day of November 2009.

          Respectfully submitted,

          DAVID M. GAOUETTE
          United States Attorney

          By: /s/ Aaron M. Bailey
          AARON M. BAILEY
          JAMES E. WEAVER
          U.S. Department of Justice
          Tax Division
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C.  20044
          (202) 616-3164
          (202) 305-4929
          *Attorneys for the United States*