Dated this 29th day of October 2009.

        Respectfully submitted,

        DAVID M. GAOUETTE
        Acting United States Attorney

        By: /s/ Aaron M. Bailey
        AARON M. BAILEY
        JAMES E. WEAVER
        U.S. Department of Justice
        Tax Division
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 616-3164
        (202) 305-4929
        *Attorneys for the United States*


        /s/ David Maskell (original on file)
        DAVID MASKELL
        873 Thomaston Street
        Barnesville, GA 30204