IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02235-MSK-KMT

UNITED STATES OF AMERICA,

      Counterclaim Plaintiff,

v.

DAVID MASKELL,

      Counterclaim Defendant.

_____

# JUDGMENT
_____

**PURSUANT TO** the jury verdict of October 22, 2009, judgment is hereby entered in favor of Counterclaim Plaintiff, United States of America, and against Counterclaim Defendant, David Maskell, in the amount of $ 424,483.48 on the United States' counterclaim pursuant to 26 U.S.C. § 6672.

Interest on this judgment shall accrue from this date until paid pursuant to 28 U.S.C. §1961(c)(1) and 26 U.S.C. § 6621.

Costs are assessed against the Counterclaim Defendant pursuant to Fed. R. Civ. P. 54(d)(1).

Dated this 2d day of November, 2009

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge