**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-2335-MSK-KMT

UNITED STATES OF AMERICA,

       Counterclaim Plaintiff,

v.

DAVID MASKELL,

       Counterclaim Defendant.

---

**DECLARATION OF AARON M. BAILEY
IN SUPPORT OF THE UNITED STATES' BILL OF COSTS**

---

I, Aaron M. Bailey, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

1. I am employed as a trial attorney with the United States Department of Justice, Tax Division in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned case. I make this declaration in support of the United States' Bill of Costs.

2. I attach as Exhibit A a copy of invoices dated July 24, 2008, July 29, 2008, and August 12, 2008 received from Avery Woods Reporting in connection with costs (transcript preparation, appearance fees and delivery) of the following depositions taken in this case: Donna Herskind-Ehrlich on July 28, 2008; Jane Pitoniak on July 29, 2008; Andrew Chumney on July 29, 2008; Donald Tararato on July 14, 2008; David Maskell on July 16, 2008; and Mark Seader on July 15, 2008. The United States paid Avery Woods the amount of $4,762.50 between

September 8, 2008 and September 25, 2008. All of the amounts paid were necessarily incurred in the case, and the services for which the cost was incurred were actually and necessarily performed. The United States is seeking to recover $4,762.50.

3. I attach as Exhibit B a copy of an invoice dated September 18, 2008 received from Betty J. Lanphere & Associates, Inc. in connection with costs (transcript preparation, appearance fees and delivery) of the following deposition taken in this case: Stephanie Papst on September 5, 2008. The United States paid Betty J. Lanphere & Associates, Inc. the amount of $817.84 on or about October 17, 2008. All of the amounts paid were necessarily incurred in the case, and the services for which the cost was incurred were actually and necessarily performed. The United States is seeking to recover $817.84.

4. I attach as Exhibit C copies of three invoices, each dated November 3, 2006, that were received from Process Forwarding International, in connection with service of subpoenas on deponents Stephanie Papst, Andrew Chumney, Donna Herskind-Ehrlich, and Jane Pitoniak totaling $445. The United States paid Process Forwarding International the amounts listed on these invoices, for a total of $445 between September 8, 2008 and October 14, 2008. These expenses were necessarily incurred in the case and the services for which the cost was incurred were actually and necessarily performed. The United States is seeking to recover $445.

5. Counsel for the United States has contacted Counterclaim Defendant David Maskell. Mr. Maskell has indicated that he does not object to the taxation of costs set forth in the Bill of Costs. Should the United States' obtain a signed stipulation from Mr. Maskell prior to December 1, 2009, the stipulation will be filed and the requested hearing may be vacated.

6. The United States reserves its right to supplement its Bill of Costs should the Conterclaim Defendant appeal the judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of November, 2009.

      /s/ Aaron M. Bailey
AARON M. BAILEY
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 305-4929
Facsimile:  (202) 307-0054

*Attorney for the United States*