# EXHIBIT A



**AVERY WOODS REPORTING**

455 Sherman Street, Suite 250
Denver, Colorado 80203
303 825 6119 · Fax 303 893 8305
www.averywoods.net

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94722 | 08/12/2008 | 01-30150 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/28/2008 | MURPCA | 07 CV 02235 |

**CASE CAPTION**

TARANTO VS. USA

**TERMS**

Due upon receipt

AARON M. BAILEY, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>    DONNA HERSKIND-EHRLICH 7-28-08 | 136 Pages | 544.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>    ANDREW CHUMNEY 7-29-08 | 145 Pages | 580.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:<br>    JANE PITONIAK 7-29-08 | 65 Pages | 260.00 |
|         EXHIBITS | 124 Pages | 24.80 |
|         REPORTER ATTENDANCE | | 180.00 |
|         INDEX PRODUCTION | | n/c |
|         FEDEX | | 70.00 |
| **TOTAL DUE >>>>** | | **1,658.80** |

REPORTER ATTENDANCE IS FOR 7-28-08 IN FORT COLLINS, CO
AND 7-29-08 IN DENVER, CO.

TAX ID NO.: 84-1079884                                          (202) 307-6322

*Please detach bottom portion and return with payment.*

AARON M. BAILEY, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

Job No.        :  01-30150
Case No.       :  07 CV 02235
TARANTO VS. USA

Invoice No.:  94722
Date           :  08/12/2008
**TOTAL DUE** :  **1,658.80**

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC #:
Exp. Date:                                    Phone #:
Billing Address:
Amount to Charge:                             Zip:
Cardholder's Signature:

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

| | |
|---|---|
| U.S. Department of Justice Tax Division | **PAYMENT AUTHORIZATION FORM**     Affix JMD Bar Code Here: |

Invoice Type: Not Available
Invoice Amount: $1,658.80

Vendor Invoice Number: 94722

Invoice Date: 08/12/2008

Date Invoice Recv'd: 08/19/2008

Date Goods/Svcs Recv'd: 08/12/2008

Date Goods/Svcs Acpt: 08/21/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 841079884

Name: AVERY WOODS REPORTING
Payment Month & Fiscal Year:
Approved By: _____
SOC/FSOC: _____
Case ID: 2008100324
Case Name: Taranto, Donald N.
Entered By: MJORDAN@TAX.DOJ.GOV
Assigned Attorney: Bailey, Aaron M.
Blondin, Philip

Dj Number: 5-13-22427

Entered Date: 08/21/2008 12:53



**AVERY WOODS REPORTING**
455 Sherman Street, Suite 250
Denver, Colorado 80203
303 825 6119   Fax 303 893 8305
www.averywoods.net

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94563 | 07/24/2008 | 01-30059 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/16/2008 | GLENDE | 07 CV 02235 |

**CASE CAPTION**

DONALD TARANTO VS. USA

**TERMS**

Due upon receipt

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    DAVID K. MASKELL                    192 Pages            768.00
            EXHIBITS                    372 Pages             74.40
            REPORTER ATTENDANCE                               80.00
            INDEX PRODUCTION                                    n/c
            FEDEX                                             50.00

                        TOTAL   DUE   >>>>                   972.40
```

TAX ID NO. :  84-1079884                                        (202) 307-6322

*Please detach bottom portion and return with payment.*

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
Job No.    :  01-30059
Case No.   :  07 CV 02235
DONALD TARANTO VS. USA

Invoice No.:  94563
Date       :  07/24/2008
TOTAL DUE  :     972.40
```

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC #:
Exp. Date:                              Phone #:
Billing Address:
Amount to Charge:                       Zip:
Cardholder's Signature:

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

| U.S. Department of Justice Tax Division | **PAYMENT AUTHORIZATION FORM** | **Affix JMD Bar Code Here:** |
|---|---|---|

Invoice Type: Not Available
Invoice Amount: $972.40

Vendor Invoice Number: 94563

Invoice Date: 07/24/2008

Date Invoice Recv'd: 07/31/2008

Date Goods/Svcs Recv'd: 07/24/2008

Date Goods/Svcs Acpt: 07/31/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 841079884

Name: AVERY WOODS REPORTING
Payment Month & Fiscal Year: 
Approved By: [signature]
SOC/FSOC: 
Case ID: 2008100324
Case Name: Taranto, Donald N.
Entered By: MJORDAN@TAX.DOJ.GOV
Assigned Attorney: Bailey, Aaron M.  /AB
Blondin, Philip

Dj Number: 5-13-22427

Entered Date: 07/31/2008 16:52



**AVERY WOODS REPORTING**

455 Sherman Street, Suite 250
Denver, Colorado 80203
303 825 6119 · Fax 303 893 8305
www.averywoods.net

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94587 | 07/29/2008 | 01-30075 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/14/2008 | COLLBE | 07 CV 02235 |

**CASE CAPTION**

TARANTO VS. USA

**TERMS**

Due upon receipt

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    DONALD TARANTO 7-14-08              222 Pages              888.00

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    MARK SEADER 7-15-08                 227 Pages              908.00
         REPORTER ATTENDANCE                                   180.00
         EXHIBIT MGMT. SVC./NTBK.                              101.20
         INDEX PRODUCTION                                         n/c
         FEDEX                                                  54.10

                             TOTAL   DUE   >>>>              2,131.30
```

REPORTER ATTENDANCE IS FOR 7-14-08 IN FORT COLLINS,
CO, AND 7-15-08 IN DENVER, CO.

TAX ID NO.: 84-1079884                                                          (202) 307-6322

*Please detach bottom portion and return with payment.*

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
Job No.      :  01-30075
Case No.     :  07 CV 02235
TARANTO VS. USA

Invoice No.:    94587
Date         :  07/29/2008
TOTAL DUE    :     2,131.30
```

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC #:
Exp. Date:                              Phone #:

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250                   Billing Address:
            Denver, CO 80203            Amount to Charge:                Zip:
                                        Cardholder's Signature:

| U.S. Department of Justice<br>Tax Division | **PAYMENT AUTHORIZATION FORM** | **Affix JMD Bar Code Here:** |
|---|---|---|

Invoice Type: Not Available

Invoice Amount: $2,131.30

Vendor Invoice Number: 94587

Invoice Date: 07/29/2008

Date Invoice Recv'd: 07/31/2008

Date Goods/Svcs Recv'd: 07/29/2008

Date Goods/Svcs Acpt: 07/31/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 841079884

Name: AVERY WOODS REPORTING

Payment Month & Fiscal Year:

Approved By: _[signature]_

SOC/FSOC: _____

Case ID: 2008100324

Case Name: Taranto, Donald N.

Entered By: MJORDAN@TAX.DOJ.GOV

Assigned Attorney: Bailey, Aaron M. _[initials]_
Blondin, Philip

Dj Number: 5-13-22427

Entered Date: 07/31/2008 16:50