# EXHIBIT B

# Betty J. Lanphere & Associates, Inc.

P.O. Box 449, Santa Fe, New Mexico 87504
(505) 983-7367
Fax: (505) 986-8970

## INVOICE

**Invoice Number:** 200878 - BJL                     18-Sep-08

PhilipE. Blondin
U.S. Department of Justice
Tax Division
Post Office Box 683 - Ben Franklin Station
Washington, D.C. 20044

**Reference:** Donald N. Taranto v. United States
Case No. 07-CV-02235-MSK-MJW (USDC Col.)

Deposition of Stephanie Pabst
taken September 5, 2008

| Pages | Identification | Total |
|---|---|---|
| 142 | Transcript Original w/ Copy | $ 603.50 |
| 41 | Exhibits | $ 16.40 |
|  | Transcript Copy | $ - |
| 2 | Appearance Fee | $ 100.00 |
| 1 | Notice of Filing / Signature | $ 10.00 |
|  | (Conference call billing will be sent separately on receipt) |  |

|  |  |
|---|---|
| Sub Total | $ 729.90 |
| Sales Tax | $ 57.94 |
| Shipping / Handling | $ 30.00 |
| Amount Due: | $ 817.84 |

Please Put Invoice Number On All Checks

Federal Tax ID # 85-0412837

U.S. Department of Justice
Tax Division

**PAYMENT AUTHORIZATION FORM**

<u>Affix JMD Bar Code Here:</u>

Invoice Type: Not Available
Invoice Amount: $817.84

Vendor Invoice Number: 200878-BJL

Invoice Date: 09/18/2008

Date Invoice Recv'd: 09/24/2008

Date Goods/Svcs Recv'd: 09/18/2008

Date Goods/Svcs Acpt: 09/24/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 850412837

Name: * Vendor not in the system
Payment Month & Fiscal Year:
Approved By: [signature]
SOC/FSOC:
Case ID: 2008100324
Case Name: Taranto, Donald N.
Entered By: MJORDAN@TAX.DOJ.GOV
Assigned Attorney: Bailey, Aaron M.
Blondin, Philip ✓

Dj Number: 5-13-22427

Entered Date: 09/24/2008 11:50