# EXHIBIT C



633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To: U S Dept DOJ -Tax Div/PO BOX 683
PO BOX 683
Ben Franklin Station
Washington, DC 20044

Account #: 94240   Phone: 202 307-6413
Client Attn:
Order Attn: PHILIP E. BLONDIN

INVOICE #: **5671489**

DATE: Sep 5 2008
BILL REF:

**AMOUNT DUE : $125.00**

| | |
|---|---|
| COURT: | UNITED STATE DISTRICT COURT, DISTRICT OF NEW MEXICO |
| CASE NAME: | DONALD TARNATO vs. UNITED STATES OF AMERICA, ET AL., |
| CASE NUMBER: | 1:07-CV-02235    HEARING DATE: Sep 5 2008 |
| SERVEE: | STEPHANIE PAPST |
| PERSON SERVED: | STEPHANIE PAPST NAMED DEFENDANT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 180-200 lbs with brown hair |
| SERVICE DATE: | Aug 20 2008 5:35PM    SERVED BY: kate davis |
| SERVICE ADDRESS: | 11 MACGREGOR LN TESUQUE, NM 87574 |
| DOCUMENTS: | SUBPOENA |

SERVICE NOTE

BAD ADDRESS LIST

INVESTIGATION STATUS:

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 125.00 |
| | SUB TOTAL | 125.00 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | 125.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV

**U.S. Department of Justice**
**Tax Division**

# PAYMENT AUTHORIZATION FORM

**Affix JMD Bar Code Here:**

- **Invoice Type:** Not Available
- **Invoice Amount:** $125.00
- **Vendor Invoice Number:** 5671489
- **Invoice Date:** 09/05/2008
- **Date Invoice Recv'd:** 09/16/2008
- **Date Goods/Svcs Recv'd:** 09/05/2008
- **Date Goods/Svcs Acpt:** 09/17/2008
- **YREGDOC:** H0128008
- **AcctClass:** OB120406
- **Tax ID# or SSN:** 911153514
- **Name:** PROCESS FORWARDING INTERNATIONAL
- **Payment Month & Fiscal Year:**
- **Approved By:** [signature]
- **SOC/FSOC:**
- **Case ID:** 2008100324
- **Case Name:** Taranto, Donald N.
- **Entered By:** MJORDAN@TAX.DOJ.GOV
- **Assigned Attorney:** Bailey, Aaron M.
  Blondin, Philip
- **Dj Number:** 5-13-22427
- **Entered Date:** 09/17/2008 10:59



**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104     www.pfiserves.com
800 232-8854     206 521-9000     fax: 800 734-6859

# PROCESS SERVICE INVOICE

**Bill To:**
U S Dept DOJ -Tax Div/PO BOX 683
PO BOX 683
Ben Franklin Station
Washington, DC 20044

Account #: 94240          Phone: 202 307-6413
Client Attn:
Order Attn: Aaron M. Bailey

INVOICE #: **5651118**

DATE:       Jul 31 2008
BILL REF:   CHUMNEY

**AMOUNT DUE : $150.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT DISTRICT OF COLORADO |
| CASE NAME: | DONALD TARANTO vs. UNITED STATES OF AMERICA |
| CASE NUMBER: | 1:07-CV-02235-MSK-KMT       HEARING DATE: Jul 29 2008 |
| SERVEE: | ANDREW P CHUMNEY |
| PERSON SERVED: | ANDREW P CHUMNEY NAMED DEFENDANT, A white male approx. 35-40 years of age 5'8"-5'10" in height weighing 140-160 lbs with blonde hair |
| SERVICE DATE: | Jul 25 2008  3:58PM    SERVED BY: Gordon Mink |
| SERVICE ADDRESS: | 25261 E GLASGOW PL AURORA, CO 80016-2470 |
| DOCUMENTS: | SUBPOENA IN A CIVIL CASE |

SERVICE NOTE

BAD ADDRESS LIST

INVESTIGATION STATUS:

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 150.00 |
| | SUB TOTAL | 150.00 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | 150.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV

| U.S. Department of Justice Tax Division | PAYMENT AUTHORIZATION FORM | Affix JMD Bar Code Here: |
|---|---|---|

Invoice Type: Not Available
Invoice Amount: $150.00

Vendor Invoice Number: 5651118

Invoice Date: 07/31/2008

Date Invoice Recv'd: 08/05/2008

Date Goods/Svcs Recv'd: 07/31/2008

Date Goods/Svcs Acpt: 08/05/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 911153514

Name: PROCESS FORWARDING INTERNATIONAL
Payment Month & Fiscal Year: _____
Approved By: [signature] ✓
SOC/FSOC: _____
Case ID: 2008100324
Case Name: Taranto, Donald N.
Entered By: MJORDAN@TAX.DOJ.GOV
Assigned Attorney: Bailey, Aaron M. ✓
Blondin, Philip

Dj Number: 5-13-22427

Entered Date: 08/05/2008 13:10

**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854    206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To: **U S Dept DOJ -Tax Div/PO BOX 683**
**PO BOX 683**
**Ben Franklin Station**
**Washington, DC 20044**

Account #: 94240    Phone: 202 307-6413
Client Attn:
Order Attn: HELENA LAWRENCE

INVOICE #: **5309380**

DATE: Jul 31 2008
BILL REF:

AMOUNT DUE : **$170.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO |
| CASE NAME: | DONALD TARANTO  PLAINTIFF & COUNTERCLAIM DEFENDANT vs. UNITED STATES OF AMERICA DEFENDANT & COUNTERCLAIM PLAINTIFF |
| CASE NUMBER: | 1:07-CV-02235-MSK-KMT    HEARING DATE: Jul 29 2008 |
| SERVEE: | DONNA HERSKIND |
| PERSON SERVED: | DONNA HERSKIND  NAMED DEFENDANT, A white female approx. 25-30 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair |
| SERVICE DATE: | Jul 23 2008  6:00PM    SERVED BY: Charleen Bylina |
| SERVICE ADDRESS: | TARGET - PARKING LOT 47TH AVE GREELEY, CO |
| DOCUMENTS: | SUBPOENA |

SERVICE NOTE

BAD ADDRESS LIST

INVESTIGATION STATUS:

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 95.00 |
| PFI UNSERVED | attempts at residence | 75.00 |
| | SUB TOTAL | 170.00 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | 170.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV

| | | |
|---|---|---|
| U.S. Department of Justice<br>Tax Division | **PAYMENT AUTHORIZATION FORM** | **Affix JMD Bar Code Here:** |

Invoice Type: Not Available
Invoice Amount: $170.00

Vendor Invoice Number: 5309380

Invoice Date: 07/31/2008

Date Invoice Recv'd: 08/05/2008

Date Goods/Svcs Recv'd: 07/31/2008

Date Goods/Svcs Acpt: 08/05/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 911153514

Name: PROCESS FORWARDING INTERNATIONAL
Payment Month & Fiscal Year: 
Approved By: [signature] ✓       Dj Number: 5-13-22427
SOC/FSOC: 
Case ID: 2008100324               Entered Date: 08/05/2008 13:09
Case Name: Taranto, Donald N.
Entered By: MJORDAN@TAX.DOJ.GOV
Assigned Attorney: Bailey, Aaron M. ✓ [initials]
                   Blondin, Philip

Page 8 of 9 at top.



**PFI** | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:
U S Dept DOJ -Tax Div/PO BOX 683
PO BOX 683
Ben Franklin Station
Washington, DC 20044

Account #: 94240    Phone: 202 307-6413
Client Attn:
Order Attn: HELENA LAWRENCE

INVOICE #: 5309379
DATE: Jul 19 2008
BILL REF:

AMOUNT DUE : $125.00

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO |
| CASE NAME: | DONALD TARANTO PLAINTIFF & COUNTERCLAIM DEFENDANT vs. UNITED STATES OF AMERICA DEFENDANT & COUNTERCLAIM PLAINTIFF |
| CASE NUMBER: | 1:07-CV-02235-MSK-KMT     HEARING DATE: Jul 29 2008 |
| SERVEE: | JANE PATONIAK |
| PERSON SERVED: | JANE PATONIAK NAMED DEFENDANT, A white female approx. 40-45 years of age 5'6"-5'8" in height weighing 160-180 lbs with blonde hair |
| SERVICE DATE: | Jul 12 2008 10:10AM    SERVED BY: Dennis K. Bylina |
| SERVICE ADDRESS: | 912 JAY CT LOVELAND, CO 80537 |
| DOCUMENTS: | SUBPOENA |
| SERVICE NOTE | |

BAD ADDRESS LIST

INVESTIGATION STATUS:

| SERVICE PERFORMED | NOTE | | RATE |
|---|---|---|---|
| PFI SERVED | | | 125.00 |
| | | SUB TOTAL | 125.00 |
| | | PREPAID RETAINER | 0.00 |
| | | AMOUNT DUE | 125.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

**U.S. Department of Justice**
**Tax Division**

**PAYMENT AUTHORIZATION FORM**

**Affix JMD Bar Code Here:**

| | |
|---|---|
| Invoice Type: | Not Available |
| Invoice Amount: | $125.00 |
| Vendor Invoice Number: | 5309379 |
| Invoice Date: | 07/19/2008 |
| Date Invoice Recv'd: | 07/28/2008 |
| Date Goods/Svcs Recv'd: | 07/19/2008 |
| Date Goods/Svcs Acpt: | 07/29/2008 |
| YREGDOC: | H0128008 |
| AcctClass: | OB120406 |
| Tax ID# or SSN: | 911153514 |
| Name: | PROCESS FORWARDING INTERNATIONAL |
| Payment Month & Fiscal Year: | |
| Approved By: | [signature] |
| SOC/FSOC: | |
| Case ID: | 2008100324 |
| Case Name: | Taranto, Donald N. |
| Entered By: | MJORDAN@TAX.DOJ.GOV |
| Assigned Attorney: | Bailey, Aaron M. |
| | Blondin, Philip |

Dj Number: 5-13-22427

Entered Date: 07/29/2008 11:03