# EXHIBIT A



**AVERY WOODS REPORTING**

455 Sherman Street, Suite 250
Denver, Colorado 80203
303 825 6119 · Fax 303 893 8305
www.averywoods.net

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94722 | 08/12/2008 | 01-30150 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/28/2008 | MURPCA | 07 CV 02235 |

**CASE CAPTION**

TARANTO VS. USA

**TERMS**

Due upon receipt

AARON M. BAILEY, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    DONNA HERSKIND-EHRLICH 7-28-08          136 Pages             544.00

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    ANDREW CHUMNEY 7-29-08                  145 Pages             580.00

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    JANE PITONIAK 7-29-08                    65 Pages             260.00
           EXHIBITS                         124 Pages              24.80
           REPORTER ATTENDANCE                                    180.00
           INDEX PRODUCTION                                          n/c
           FEDEX                                                   70.00

                                      TOTAL   DUE   >>>>       1,658.80
```

REPORTER ATTENDANCE IS FOR 7-28-08 IN FORT COLLINS, CO
AND 7-29-08 IN DENVER, CO.

TAX ID NO.: 84-1079884                           (202) 307-6322

*Please detach bottom portion and return with payment.*

AARON M. BAILEY, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
Job No.       :  01-30150
Case No.      :  07 CV 02235
TARANTO VS. USA

Invoice No.:   94722
Date          :  08/12/2008
TOTAL DUE     :   1,658.80
```

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC #:
Exp. Date:                          Phone #:
Billing Address:
Amount to Charge:                          Zip:
Cardholder's Signature:

**U.S. Department of Justice**
**Tax Division**

## PAYMENT AUTHORIZATION FORM

**Affix JMD Bar Code Here:**

Invoice Type: Not Available
Invoice Amount: $1,658.80

Vendor Invoice Number: 94722

Invoice Date: 08/12/2008

Date Invoice Recv'd: 08/19/2008

Date Goods/Svcs Recv'd: 08/12/2008

Date Goods/Svcs Acpt: 08/21/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 841079884

Name: AVERY WOODS REPORTING
Payment Month & Fiscal Year:
Approved By: _[signature]_ ✓
SOC/FSOC: _____
Case ID: 2008100324
Case Name: Taranto, Donald N.
Entered By: MJORDAN@TAX.DOJ.GOV
Assigned Attorney: Bailey, Aaron M. ✓ _[initials]_
Blondin, Philip

Dj Number: 5-13-22427

Entered Date: 08/21/2008 12:53



**AVERY WOODS REPORTING**
455 Sherman Street, Suite 250
Denver, Colorado 80203
303 825 6119   Fax 303 893 8305
www.averywoods.net

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94563 | 07/24/2008 | 01-30059 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/16/2008 | GLENDE | 07 CV 02235 |

| CASE CAPTION |
|---|
| DONALD TARANTO VS. USA |

**TERMS**
Due upon receipt

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    DAVID K. MASKELL                    192 Pages            768.00
         EXHIBITS                       372 Pages             74.40
         REPORTER ATTENDANCE                                   80.00
         INDEX PRODUCTION                                        n/c
         FEDEX                                                 50.00

                         TOTAL   DUE   >>>>                   972.40
```

TAX ID NO. : 84-1079884                                   (202) 307-6322

*Please detach bottom portion and return with payment.*

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
Job No.      : 01-30059
Case No.     : 07 CV 02235
DONALD TARANTO VS. USA

Invoice No.: 94563
Date         : 07/24/2008
TOTAL DUE    :      972.40
```

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                          Phone #:
Billing Address:
Amount to Charge:                   Zip:
Cardholder's Signature:

| U.S. Department of Justice<br>Tax Division | **PAYMENT AUTHORIZATION FORM** | **Affix JMD Bar Code Here:** |
|---|---|---|

Invoice Type: Not Available
Invoice Amount: $972.40

Vendor Invoice Number: 94563

Invoice Date: 07/24/2008

Date Invoice Recv'd: 07/31/2008

Date Goods/Svcs Recv'd: 07/24/2008

Date Goods/Svcs Acpt: 07/31/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 841079884

Name: AVERY WOODS REPORTING
Payment Month & Fiscal Year: _____
Approved By: [signature] /
SOC/FSOC: _____
Case ID: 2008100324
Case Name: Taranto, Donald N.
Entered By: MJORDAN@TAX.DOJ.GOV
Assigned Attorney: Bailey, Aaron M. / AB
Blondin, Philip

Dj Number: 5-13-22427

Entered Date: 07/31/2008 16:52



**AVERY WOODS REPORTING**

455 Sherman Street, Suite 250
Denver, Colorado 80203
303 825 6119 · Fax 303 893 8305
www.averywoods.net

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94587 | 07/29/2008 | 01-30075 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/14/2008 | COLLBE | 07 CV 02235 |

**CASE CAPTION**

TARANTO VS. USA

**TERMS**

Due upon receipt

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    DONALD TARANTO 7-14-08              222 Pages              888.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    MARK SEADER 7-15-08                 227 Pages              908.00
          REPORTER ATTENDANCE                                  180.00
          EXHIBIT MGMT. SVC./NTBK.                             101.20
          INDEX PRODUCTION                                        n/c
          FEDEX                                                 54.10

                              TOTAL  DUE   >>>>               2,131.30
```

REPORTER ATTENDANCE IS FOR 7-14-08 IN FORT COLLINS,
CO, AND 7-15-08 IN DENVER, CO.

TAX ID NO.: 84-1079884                                  (202) 307-6322

*Please detach bottom portion and return with payment.*

PHILIP E. BLONDIN, ESQ.
U.S. DEPARTMENT OF JUSTICE
555 4TH STREET, NW, ROOM 7804
P.O. BOX 683
WASHINGTON, DC 20001

Job No.     : 01-30075
Case No.    : 07 CV 02235
TARANTO VS. USA

Invoice No.: 94587
Date        : 07/29/2008
**TOTAL DUE** :    **2,131.30**

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                       Phone #:

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

Billing Address:
Amount to Charge:                Zip:
Cardholder's Signature:

| | | |
|---|---|---|
| U.S. Department of Justice<br>Tax Division | **PAYMENT AUTHORIZATION FORM** | **Affix JMD Bar Code Here:** |

Invoice Type: Not Available

Invoice Amount: $2,131.30

Vendor Invoice Number: 94587

Invoice Date: 07/29/2008

Date Invoice Recv'd: 07/31/2008

Date Goods/Svcs Recv'd: 07/29/2008

Date Goods/Svcs Acpt: 07/31/2008

YREGDOC: H0128008

AcctClass: OB120406

Tax ID# or SSN: 841079884

Name: AVERY WOODS REPORTING

Payment Month & Fiscal Year:

Approved By: _[signature]_

SOC/FSOC: _____

Case ID: 2008100324

Case Name: Taranto, Donald N.

Entered By: MJORDAN@TAX.DOJ.GOV

Assigned Attorney: Bailey, Aaron M.  _[initials]_
Blondin, Philip

Dj Number: 5-13-22427

Entered Date: 07/31/2008 16:50