# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02235-MSK-KMT

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

DAVID MASKELL,

    Counterclaim Defendant.

---

## STIPULATION TO TAXATION OF COSTS

---

Counterclaim Plaintiff, the United States of America ["United States"], and Counterclaim Defendant David Maskell, submit the following stipulation with respect to the United States' proposed Bill of Costs [Rec. Doc. 133], filed on November 12, 2009:

It is hereby stipulated and agreed that costs shall be taxed against David Maskell in the amount of $6,025.34, as set forth in the proposed Bill of Costs.

    Respectfully submitted,

    /s/ David Maskell (original on file)
    DAVID MASKELL
    873 Thomaston Street
    Barnesville, GA 30204

        DAVID M. GAOUETTE
        United States Attorney

        /s/ Aaron M. Bailey
        AARON M. BAILEY
        JAMES E. WEAVER
        U.S. Department of Justice
        Tax Division
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 616-3164
        (202) 305-4929
        *Attorneys for the United States*

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the **Stipulation to Taxation of Costs** filed on November 19, 2009, was made on this 19th day of November 2009 by mailing a copy of those documents by first class mail, postage prepaid, and by certified mail, return receipt requested, to:

David Maskell
873 Thomaston Street
Barnesville, GA 30204


/s/ Aaron M. Bailey
AARON M. BAILEY
Trial Attorney, Tax Division
United States Department of Justice