**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

       Counterclaim Plaintiff,

v.

DAVID MASKELL,

       Counterclaim Defendant.

**JOINT MOTION FOR ENTRY OF AN INSTALLMENT PAYMENT ORDER**

The United States and counterclaim defendant David Maskell ("Maskell") request, pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 3202(a) and 3204, that the Court enter an installment payment order directing Maskell to pay the United States $2,500.00 on the 5th of each month beginning on September 5, 2012 and increasing to $2,500.00 plus either $500.00 after a period of twelve months, or $1,346.26 if and when the Georgia property is sold, or $900 if and when the Florida property is sold, whichever is greater.[1] All monthly payments shall be made by electronic transfer using Pay.Gov, until the judgment in the total amount of $424,483.48, plus interest and other statutory additions, entered on November 2, 2009 (Docket No. 130) and the costs in the amount of $6,025.34 entered on November 23, 2009 (Docket No.

---

[1] The Georgia property is located at 873 Thomaston Street, Barnesville, GA 30204, and the Florida property is located at 4100 E County Highway 30A, Unit 707, One Seagrove Place, Santa Rosa Beach, Florida 32459. Maskell will attempt, in good faith, to sell either the Georgia property or the Florida property.

1

135) are satisfied in full.[2]  Further, Maskell agrees to make an initial down payment in the amount of $25,000.00 by certified or cashier's check or from the escrow account of Fishman & Company, P.C. to the United States within five business days of the Court's entry of an installment payment order.

The United States' willingness to release the current levies in effect and enter into this payment arrangement is based upon the representations made by and the financial information provided by Maskell.  The United States can reinstate the levies without further order of the Court ten (10) days after notice of default of the payment arrangement terms is mailed to Maskell at the address stated below, or at any updated address provided by Maskell to undersigned counsel.

Additionally, the parties agree that if neither of the real properties has sold by September 1, 2013 (the end of the twelve month period), the United States may sell either of the real properties through an auction conducted by the Internal Revenue Service ("IRS") Property Appraisal and Liquidation Specialists ("PALS") or through a receiver, at the United States' sole discretion, if the United States has a reasonable basis to expect to receive proceeds from such a sale after any superior, priority claims are satisfied.[3]  Toward that end, the parties agree to the entry of an Agreed Decree of Foreclosure and Order of Sale setting forth these terms, as well as

---

[2] All credits for payments received by the United States since November 2, 2009 on the tax periods underlying this judgment liability will be applied to Maskell's account.

[3] As long as Maskell does not default, the United States agrees to sell only one of the real properties.  If Maskell defaults and fails to cure the default within ten (10) days, the United States will not be precluded from selling both real properties.

any other pleadings necessary to effectuate the sale by the United States. In connection with that agreement, Maskell agrees that the federal tax liens and judgment lien asserted by the United States and attaching to Maskell's interest in the real properties may be foreclosed and the properties may be sold to satisfy, in whole or in part, the tax liabilities underlying those liens.

A proposed order for the Court's consideration is submitted with this Joint Motion.

DATED:   August 30, 2012

KATHRYN KENEALLY
Assistant Attorney General

By:  /s/ Kimberle E. Dodd                           /s/ David Maskell (by Kimberle Dodd with
                                                                        express permission)

KIMBERLE E. DODD                                David Maskell
AARON M. BAILEY                                  873 Thomaston Street
Trial Attorneys, Tax Division                      Barnesville, GA 30204
Department of Justice
P.O. Box 310, Ben Franklin Station             Counterclaim Defendant
Washington, D.C.  20044                         *Pro Se*
(202) 616-8108 (Dodd)
(202) 305-4929 (Bailey)
Attorneys for Counterclaim Plaintiff
United States of America

Of counsel:

JOHN F. WALSH
United States Attorney
District of Colorado