IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02235-MSK-KMT

UNITED STATES OF AMERICA,

        Counterclaim Plaintiff,

v.

DAVID MASKELL,

        Counterclaim Defendant.

---

### [PROPOSED] ORDER

---

This matter is before the Court pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 3202(a) and 3204. After considering the Joint Motion for Entry of an Installment Payment Order, it is hereby:

ORDERED that the Joint Motion for Entry of an Installment Payment Order is GRANTED;

ORDERED that, beginning September 5, 2012, David Maskell shall make monthly installment payments of at least $2,500.00 on the 5th of each month to the United States until the judgment in the total amount of $424,483.48, plus interest and other statutory additions, entered on November 2, 2009 (Docket No. 130) and the costs in the amount of $6,025.34 entered on November 23, 2009 (Docket No. 135) are satisfied in full;

1

ORDERED that Maskell shall make a good faith attempt to sell either his real property located at 873 Thomaston Street, Barnesville, GA 30204 or his real property located at 4100 E County Highway 30A, Unit 707, One Seagrove Place, Santa Rosa Beach, Florida 32459;

ORDERED that, if Maskell fails to sell either real property by September 1, 2013 and the United States determines that there is a reasonable basis for selling either of the real properties currently owned by Maskell, then the United States and David Maskell shall jointly file an Agreed Decree of Foreclosure and Order of Sale providing for a sale through an auction conducted by the Internal Revenue Service or through a receiver, at the sole discretion of the United States;

ORDERED that David Maskell shall increase his monthly installment payments to $2,500.00 plus either $500.00 after September 1, 2013, or $1,346.26 if and when the Georgia property is sold, or $900 if and when the Florida property is sold, whichever is greater;[1]

ORDERED that the payments shall be made by electronic transfer to the United States using Pay.Gov. The United States shall provide the defendant with the appropriate paperwork to establish automatic monthly payments through Pay.Gov; and

ORDERED that the United States can reinstate its levies without further order of the Court ten (10) days after notice of default of the payment arrangement terms is mailed to defendant.

---

[1] If neither real property is sold by September 1, 2013, but is sold at a later date, the monthly installment payment shall increase to $3,000.00 on September 1, 2013 and shall increase again when either property is sold.

2

DATED this _____ day of _____ 2012.

_____
MARCIA S. KRIEGER
UNITED STATES DISTRICT JUDGE