Return to :   Yvonne Woldeab, Paralegal
Department of Justice, Tax Division
P.O. Box 310, Ben Franklin Station
Washington, DC 20044

## AMENDED ABSTRACT OF JUDGMENT
### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

This Abstract of Judgment amends the Abstract of Judgment (recorded at Book 722, Page 250 on January 8, 2010; and Book 54, Page 52 on January 15, 2010) filed with the Clerk's Office in Superior Court, Lamar County, Georgia. **The parcel of real property commonly known as 873 Thomaston Street, Barnesville, Georgia, is discharged from this Abstract of Judgment.**

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| David Maskell<br>873 Thomaston Street<br>Barnesville, GA 30204-1755 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $424,483.48, on the United States' counterclaim pursuant to 26 U.S.C. § 6672. Interest on this judgment shall accrue from this date until paid pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621. | United States Department of Justice<br>Tax Division, TaxFLU OOR<br>P.O. Box 310<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6567<br>taxflu.taxcivil@usdoj.gov | November 2, 2009<br>07-cv-02235-MSK-KMT |

UNITED STATES OF AMERICA        CLERK'S OFFICE        U.S. DISTRICT COURT
                                                      DISTRICT OF COLORADO
                                                            *SS*

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated:  November 25th        , 2013

By:    s/K Lyons        , Deputy Clerk

10761300.1