CAROLINE D. CIRAOLO
Acting Assistant Attorney General

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164
Fax: (202) 514-9477
Email: Aaron.M.Bailey@usdoj.gov

*Of Counsel*
John F. Walsh
United States Attorney
District of Colorado

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-02235-MSK-KMT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
|  | ) |
| DAVID MASKELL, | ) |
|  | ) |
| Counterclaim Defendant. | ) |

**NOTICE OF SATISFACTION OF JUDGMENT**

To the Clerk:

The agreed judgment entered on November 2, 2009, Docket No. 130, has been satisfied in full.  Accordingly, the Clerk of the United States District Court for the District of Colorado is hereby authorized to satisfy and cancel said judgment of record.

Dated:  April 27, 2015.

        Respectfully Submitted,

        CAROLINE D. CIRAOLO
        Acting Assistant Attorney General


         /s/ Aaron M. Bailey
        AARON M. BAILEY
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-3164
        Fax: (202) 514-9477
        Email: Aaron.M.Bailey@usdoj.gov


        *Of Counsel*
        John F. Walsh
        United States Attorney
        District of Colorado

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2015, I electronically filed the foregoing document (with attachments) with the Clerk of the District Court using its CM/ECF system, which will send notification of such filing to registered participants.

Service of the foregoing document has also been made upon the following nonregistered users by depositing a copy in the United States mail, postage prepaid, on April 27, 2015.

David Maskell  
873 Thomaston Street  
Barnesville, GA 30204  

Daniel Klump  
3449 Lawrenceville-Suwanee Road, Suite E  
Suwanee, GA  30024  
*Counsel for David Maskell*

  /s/ Aaron M. Bailey  
Aaron M. Bailey  
Trial Attorney, Tax Division  
U.S. Department of Justice  
P.O. Box 683  
Ben Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 616-3164  
Fax: (202) 514-9477  
Email: Aaron.M.Bailey@usdoj.gov

12655743.1